


# NOTICE OF APPEAL

## TO

## U.S COURT OF APPEALS, THIRD CIRCUIT

U.S District Court for the Eastern District of Pennsylvania

| | |
|---|---|
| JOHN PAUL OPOKU | CIRCUIT COURT |
| V. | DOCKET NUMBER  --------------- |
| | |
| EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES | DISTRICT COURT DOCKET NUMBER: 12-3457 |
| | |
| CHRISTINA JOY F. GRESE | DISTRICT COURT |
| | JUDGE: HON PETRESSE B. TUCKER, C.J |
| KIMBERLY GRIFFIN | |
| SUZANNE MARTINEZ | |

FILED
OCT - 8 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Notice is hereby given that Plaintiff **JOHN PAUL OPOKU** appeals to the United States Court of Appeals for the Third Circuit from the Order that, "**IT IS HEREBY ORDERED AND DECREED that Defendants' motions are GRANTED, "IT IS FURTHER ORDERED THAT that Plaintiff Opoku's Motion to Amend the Memorandum of Law in Opposition to ECFMG and Grese's Motion to Dismiss Complaint (Doc 17) is DENIED", IT IS FURTHER ORDERED the Clerk of Court shall mark the above- captioned matter [case 12-3457] CLOSED**", entered on SEPTEMBER 25, 2013

Page 1 of 2

Dated OCTOBER 8, 2013

*[signature]*

John Paul Opoku, (Pro se )

2110 Bronx Park East 2A

Bronx Park East 2A

Bronx, New York, NY 10462

Telephone Number:

(718)-829-8978

Barry N. Kramer

PA Office of ATTY General

21 South 12th Street Third Floor

Philadelphia, PA 19107-2921

Phone: (215)560-1581

(Counsel of Kimberly Griffin and Suzanne Martinez)

Brian W. Shaffer and Elisa P McEnroe

Morgan Lewis & Bockius LLP,

1701 Market Street

Philadelphia, PA, 19103

(Counsels for Education Commission for Foreign Medical Graduates and Christina Joy F. Grese)