PBT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN PAUL OPOKU,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, et
al.,

    Defendants.

CIVIL ACTION

NO. 12-3457

FILED
SEP 25 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 24th day of September, 2013, Upon consideration of Defendants Education Common for Foreign Medical Graduates and Christina Grese's Motion to Dismiss for Failure to State a Claim (Doc. 5), Defendants Kimberly Griffin and Suzanne Martinez's Motion to Dismiss for Failure to State a Claim (Doc. 10), and Plaintiff Opoku's Motions in Opposition to Defendants' motions to dismiss (Docs. 15 & 16), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motions are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Opoku's Motion to Amend the Memorandum of Law in Opposition to ECFMG and Grese's Motion to Dismiss Complaint (Doc. 17) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall mark the above-captioned matter **CLOSED** for statistical purposes.

ENTERED
SEP 25 2013
CLERK OF COURT

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, C. J.