OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 10, 2013

John Paul Opoku
2110 Bronx Park East
2A
Bronx, NY 10462

RE: John Opoku v. Educational Commission for For, et al
Case Number: 13-4076
District Case Number: 2-12-cv-03457

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **John Paul Opoku**, docketed at No.**13-4076**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. <u>Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.**

The requirements for the filing of an appearance form, disclosure statement and civil appeal information statement are waived for pro se litigants.

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **(14) fourteen days** of the date of this letter.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,

Marcia M. Waldron, Clerk


By: Maria, Case Manager
267-299-4937

cc:  Barry N. Kramer, Esq.
     Elisa P. McEnroe, Esq.
     Brian W. Shaffer, Esq.