# NOTICE OF DOCKETING OF APPEAL

**John Opoku v. Educational Commission for For, et al**

**District Court No.: 2-12-cv-03457**

**Honorable Petrese B..  Tucker**

An appeal by John Paul Opoku was filed in the above-captioned case on **10/08/2013**, and docketed in this Court on **10/10/2013**, at No. **13-4076**.

Kindly use the Appeals Docket No. **13-4076** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager, **Maria L. Reyes**, and to the e-mail account **CA03db_PAED Appeals**. Please notify the Case Manager at Maria L. Reyes@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Respectfully,

Maria Reyes