RECEIVED
UPS
OCT 18 2013
043 MO
U.S.C.A. 3rd

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

-----------------------------------

Docket No: 13-4076

------------------------------------

JOHN PAUL OPOKU

Appellant

V.

EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, CHRISTINA JOY F. GRESE, KIMBERLY GRIFFIN, and SUZANNE MARTINEZ

Appellees

--------------------------------

# STATEMENT OF DESIGINATION OF RECORDS BY APPELLANT JOHN PAUL OPOKU

--------------------------------------

APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENTERED ON SEPTEMBER 25, 2013

THE HONORABLE PETRESE B TUCKER

--------------------------------------

John Paul Opoku

Pro Se

2110 Bronx Park East 2A

Bronx NY. 10462

Tel. 718-829-8978

Email: Johnopk42@aol.com

Date:

---

**DESIGNATION OF RECORD**

In pursuant of FRAP Rule 10 (b), John Paul Opoku, the Appellant, files this statement of Designation of record, within 14 days after filing Notice of Appeal, **and declares that he has designated all records advised to be already on file at the U.S Court of Appeals for the Third Circuit transmitted from the District Court for the Eastern District of Pennsylvania, Docs 1 to 19 pertaining to the case No. 12-3457, to be included in the Appeal**, and has filed a notice with the Clerk of the U.S Court of Appeals for the Third Circuit and the Appellees to that effect.

In pursuant to Rule 30 (30) (b) (1), Appellant Opoku states that the following Docs from the record will be included in the Appendix:

a. Docs. 15, 16, and 17 of Plaintiff Opoku as factual and legal enhancement highlighting the substantial evidence embodied in Doc 5 and Doc 10.

b. Dos 5; because of the larger volume of Attachment # 2 Exhibit A' and # 3 Exhibit B associated with this document, Appellant will make reference to the copies on record and shall not include them in the Appendix of the Appellant Opening Brief. Appellant will refer to these attachments as falsified documents submitted by the defendants ECFMG and Grese to deceive the District Court.

c. Doc 10; with Attachment # 1 Exhibit Exh 1-11. Appellant will refer to these attachments as forged letters made in the name and under the saved signature of the superiors of Defendants Griffin and Martinez to deceive Plaintiff Opoku between March 2009 and January 2012. The falsified Pennsylvania Human Right Relations Commission Docket

number **200804756** assigned to Plaintiff Opoku by the defendants mark out these documents.

d. Doc 4: Waiver falsified in the name of Plaintiff Opoku by the Defendants Martinez and Griffin and filed at the District Court to extend the deadline (by 14 more days) they were required to respond to the summonses.

e. Doc 1 (Complaint): will be significantly relied on but its appendix will not be included in the appendix of the Appellant Brief. Appellant will rely on the copies on record.

Respectfully submitted

October 17, 2013

John Paul Opoku

(Pro se)

**CERTIFICATE OF RECORD DESIGNATION**

I certify that, in accordance with FRAP Rule 10 (b), I have filed the appellant's Statement of Designation of Record with the U.S Court of Appeals for the Third Circuit on ....10/17/2013.... at Office of the Clerk, Maria Reyes, United States Court of Appeals, 21400 U.S Courthouse, 601 Market Street, Philadelphia, PA, 19106, within the stipulated 14 days after filing the Notice of Appeal.

I further certify that I have served copies of the appellant's statement of Designation of Record and this certificate on the Appellees through their Counsels on record respectively on 10/17/2013..........at

(a) BRIAN W. SHAFFER & ELISA MCENROE
MORGAN LEWIS & BOCKUS, 1701 MARKET STREET, PHILADELPHIA, PA 19103 -2921

(b) BARRY N. KRAMER
PA OFFICE OF ATTY GENERAL, 21 SOUTH 12TH STREET, THIRD FLOOR
PHILADELPHIA, PA 19107
(Counsel on record for Appellees Kimberly Griffin and Suzanne Martinez)

Respectively submitted

October 17, 2013

John Pau Opoku (PRO SE)

2110 BRONX PARK EAST 2A, BRONX NY, 10462