# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4076

John Paul Opoku v. Education Comm'n for Foreign Medical Graduates, et al.

## ENTRY OF APPEARANCE

Please list names of **all** parties represented, using additional sheet(s) if necessary:

**Kimberly Griffin; Suzanne Martinez**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

|  | Petitioner(s) |  | Appellant(s) |  | Intervenor(s) |
|---|---|---|---|---|---|
|  | Respondent(s) | x | Appellee(s) |  | Amicus Curiae |

| (Type or Print) Counsel's Name | Claudia M. Tesoro | | | |
|---|---|---|---|---|
| | Mr. | Ms. | Mrs. | Miss |

| Firm | Pennsylvania Office of Attorney General |
|---|---|
| Address | 21 South 12th Street, Third Floor |
| City, State, Zip Code | Philadelphia, PA 19107 |
| Phone | (215) 560-2908 |
| FAX: | (215) 560-1031 |

**Primary E-Mail Address (required)**     ctesoro@attorneygeneral.gov

**Additional E-Mail Address**     n/a

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses.

**SIGNATURE OF COUNSEL:**     */s/ Claudia M. Tesoro*

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OF COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION T THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

**IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.**

This entry of appearance must be served on all parties.

## CERTIFICATE OF SERVICE

I, Claudia M. Tesoro, hereby certify that the foregoing Entry of Appearance is being filed electronically, so the Notice of Docket Activity that is generated by the court's electronic filing system constitutes service of the filed document on any/all Filing User(s) involved in this case.

I further certify that I have this day served the foregoing Entry of Appearance by depositing a copy of the same in the United States Mail, first class, postage prepaid, addressed to the following non-Filing User(s):

    John Paul Opoku
    2110 Bronx Park East
    #2A
    Bronx, NY  10462

                                              /s/ *Claudia M. Tesoro*
                                              Claudia M. Tesoro
                                              Senior Deputy Attorney General

DATE:  October 22, 2013