RECEIVED
OCT 25
U.S. C.A. 3rd

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

---

Docket No.: 13-4076

---

JOHN PAUL OPOKU

Appellant

V.

EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

Appellees

---

OPENING BRIEF OF APPELLANT

JOHN PAUL OPOKU

---

APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENTERED ON SEPTEMBER 25, 2013

THE HONORABLE PETRESE B TUCKER

---

AFFIDAVIT OF SERVICE

I certify that, delivery by UPS is confirmed regarding the documents listed below and to the Appellees Education Commission for Foreign Medical Graduates and Christina Joy F. Grese, on October 18, 2013 and October 21, 2013 respectively, through their counsels on record at,

Brian W. Shaffer, 1701 Market Street, Philadelphia, PA 19103 -2901. The UPS tracking numbers **1Z4R266630115552146** and **1Z4R26631384334560** establish delivery.

I also certify that, delivery by UPS is confirmed regarding the documents listed below and to the Appellees Kimberly Griffin and Suzanne Martinez, on October 18, 2013 and October 21, 2013 respectively, through their counsel on record Barry N Kramer, 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604. The UPS tracking numbers **1Z4R2663018220922** and **1Z4R26631384332446** establish delivery.

I equally certify that, delivery by UPS is confirmed regarding the documents listed below on October 18, 2013 and October 21, 2013 respectively, and to the Office of the Clerk, Maria Reyes, 601 Market Street, LBBY, Philadelphia, PA 19106 -1737. The UPS tracking numbers **1Z4R266630182216688** and **1Z4R266330182216688** establish delivery.

### Documents delivered

1. Appellant Certificate of Record Designation
2. Appellant Certificate of Statement of Issues
3. Appellant Statement of Representation (Not required of Pro se)
4. Certificate of No Transcript Order ( Indicating that all records are already on file)
5. Copy of Transcript Purchase Order (TPO)
6. Copy of the District Courts ORDER in case 12-3457(Doc 19)

Sworn and signed by

*[signature]*

John Paul Opoku (Appellant)                    Date  **OCTOBER 23, 2013**

*Confirmation of Deliveries attached.*

*[signature]*

Case: 13-4076 Document: 003111434644 Page: 3 Date Filed: 10/29/2013



**STAPLES**
that was easy.

**Shipment Receipt**    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Thu 17 Oct 2013 | **Shipment Information:** | UPS Next Day Com<br>Carrier Letter<br>0.25 lbs Actual<br>LTR Wt Billed<br>Center Packed: 1 |
| **Expected Delivery:** | Fri 18 Oct 2013 10:30AM | | |
| **Ship From:** | JOHN-PAUL OPOKU<br>2110 BRONXPARK EAST<br>APT 2A<br>Bronx, NY 10462<br>Tel: (718) 829-8978<br>Residential | **Service Options:** | |
| | | **Tracking Number:** | 1Z4R266301155552146 |
| | | **Shipment ID:** | MADUFSBNJ0QF7 |
| **Ship To:** | BRIAN W. SHAFFER<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103-2901<br>Business | **Ship Ref 1**<br>**Ship Ref 2** | |
| | | **Description of Goods:** | PAPPER |
| **Shipped Through:** | Staples #1667<br>Bronx (White Plains), NY 10462<br>(718) 409-9260 | **Shipment Charges:** | UPS Next Day Com     21.40<br>Service Option(s)         .00<br>Fuel Surcharge           2.35 |
| | | **Total Charges:** | **$ 23.75** |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Thu 17 Oct 2013 1:55 PM

·Ship



**Shipment Receipt**    Page 1 of 1

Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Fri 18 Oct 2013 | **Shipment Information:** | UPS Next Day Svr Com |
| **Expected Delivery:** | Mon 21 Oct 2013 3:00PM | | Carrier Letter |
| **Ship From:** | JOHN-PAUL OPOKU | | 0.15 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |
| | | **Tracking Number:** | 1Z4R26631384334560 |
| | | **Shipment ID:** | MADUFSBUQRJP1 |
| **Ship To:** | MORGAN LEWIS & BOCKUS | | |
| | 1701 MARKET ST | | |
| | PHILADELPHIA, PA 19103-2901 | **Ship Ref 1** | |
| | Business | **Ship Ref 2** | |
| | | **Description of Goods:** | DOCUMENTS |
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS Next Day Svr Com    19.05 |
| | Bronx (White Plains), NY 10462 | | Service Option(s)    .00 |
| | (718) 409-9260 | | Fuel Surcharge    2.10 |
| | | | **Total Charges:**    $ 21.15 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

*Ship*             Fri 18 Oct 2013 8:07 AM


**Proof of Delivery**

✕ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26631384334560 |
| Service: | UPS Next Day Air Saver® |
| Weight: | .20 lb |
| Shipped/Billed On: | 10/18/2013 |
| Delivered On: | 10/21/2013 10:39 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | BOWMAN |
| Left At: | Reception |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 10/23/2013 9:53 A.M. ET

🖶 Print This Page　　　　　　　　　✕ Close Window


**Proof of Delivery**

✖ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630115552146 |
| Service: | UPS Next Day Air® |
| Weight: | .30 lb |
| Shipped/Billed On: | 10/17/2013 |
| Delivered On: | 10/18/2013 10:26 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | DOMICO |
| Left At: | Inside Delivery |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 10/23/2013 10:12 A.M. ET

🖨 Print This Page          ✖ Close Window



**STAPLES**
that was easy.

# Shipment Receipt  Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Fri 18 Oct 2013 | **Shipment Information:** | UPS Next Day Svr Com |
| **Expected Delivery:** | Mon 21 Oct 2013 3:00PM | | Carrier Letter |
| **Ship From:** | JOHN-PAUL OPOKU | | 0.15 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |

| | | | |
|---|---|---|---|
| | | **Tracking Number:** | 1Z4R26631317663661 |
| | | **Shipment ID:** | MADUFSBXTPPMQ |
| **Ship To:** | OFFICE OF THE CLERK | | |
| | MARIA REYES | | |
| | 601 MARKET ST | **Ship Ref 1** | |
| | LBBY | **Ship Ref 2** | |
| | PHILADELPHIA, PA 19106-1737 | | |
| | Business | **Description of Goods:** | DOCUMENTES |
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS Next Day Svr Com  19.05 |
| | Bronx (White Plains), NY 10462 | | Service Option(s)  .00 |
| | (718) 409-9260 | | Fuel Surcharge  2.10 |
| | | | **Total Charges:**  $ 21.15 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

**Ship**                                                                                     Fri 18 Oct 2013 7:51 AM



**STAPLES**
that was easy.

**Shipment Receipt** Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Thu 17 Oct 2013 | **Shipment Information:** | UPS Next Day Com |
| **Expected Delivery:** | Fri 18 Oct 2013 10:30AM | | Carrier Letter |
| **Ship From:** | JOHN-PAUL OPOKU | | 0.25 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Center Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |

| | | | |
|---|---|---|---|
| | | **Tracking Number:** | 1Z4R26630182216688 |
| | | **Shipment ID:** | MADUFSBB63VM7 |
| **Ship To:** | OFFI OF THE CLERK MANIA RAYES | | |
| | 601 MARKET ST | | |
| | LBBY | **Ship Ref 1** | |
| | PHILADELPHIA, PA 19106-1737 | **Ship Ref 2** | |
| | Business | | |
| | | **Description of Goods:** | PAPPER |
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS Next Day Com 21.40 |
| | Bronx (White Plains), NY 10462 | | Service Option(s) .00 |
| | (718) 409-9260 | | Fuel Surcharge 2.35 |
| | | **Total Charges:** | $ 23.75 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Thu 17 Oct 2013 1:52 PM



Powered by **iShip**

 **Proof of Delivery**    ✕ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630182216688 |
| Service: | UPS Next Day Air® |
| Weight: | .30 lb |
| Shipped/Billed On: | 10/17/2013 |
| Delivered On: | 10/18/2013 10:29 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | MARY |
| Left At: | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:    10/23/2013 10:09 A.M.    ET

🖨 Print This Page              ✕ Close Window

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26631317663661 |
| Service: | UPS Next Day Air Saver® |
| Weight: | .20 lb |
| Shipped/Billed On: | 10/18/2013 |
| Delivered On: | 10/21/2013 10:26 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | BERGEY |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 10/23/2013 10:04 A.M.  ET

🖶 Print This Page                    ☒ Close Window

http://wwwapps.ups.com/WebTracking/processPOD?Requester=&tracknum=1Z4R26631...    10/23/2013



**Shipment Receipt**   Page 1 of 1

Thank you for shipping with us!

| | |
|---|---|
| **Ship Date:** | Fri 18 Oct 2013 |
| **Expected Delivery:** | Mon 21 Oct 2013 3:00PM |
| **Ship From:** | JOHN-PAUL OPOKU<br>2110 BRONXPARK EAST<br>APT 2A<br>Bronx, NY 10462<br>Tel: (718) 829-8978<br>Residential |
| **Ship To:** | PA OFFICE OF ATTY GENERAL<br>21 S 12TH ST<br>FL 3<br>PHILADELPHIA, PA 19107-3604<br>Business |
| **Shipped Through:** | Staples #1667<br>Bronx (White Plains), NY 10462<br>(718) 409-9260 |

| | |
|---|---|
| **Shipment Information:** | UPS Next Day Svr Com<br>Carrier Letter<br>0.15 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| **Service Options:** | |
| **Tracking Number:** | 1Z4R26631384332446 |
| **Shipment ID:** | MADUFSBHRCQN9 |
| **Ship Ref 1** | |
| **Ship Ref 2** | |
| **Description of Goods:** | DOCUMENTS |

| **Shipment Charges:** | | |
|---|---|---|
| UPS Next Day Svr Com | | 19.05 |
| Service Option(s) | | .00 |
| Fuel Surcharge | | 2.10 |
| **Total Charges:** | | **$ 21.15** |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

'Ship                                                                                     Fri 18 Oct 2013 7:57 AM



that was easy:

# Shipment Receipt — Page 1 of 1
Thank you for shipping with us!

| | |
|---|---|
| **Ship Date:** | Thu 17 Oct 2013 |
| **Expected Delivery:** | Fri 18 Oct 2013 10:30AM |
| **Ship From:** | JOHN-PAUL OPOKU<br>2110 BRONXPARK EAST<br>APT 2A<br>Bronx, NY 10462<br>Tel: (718) 829-8978<br>Residential |
| **Shipment Information:** | UPS Next Day Com<br>Carrier Letter<br>0.15 lbs Actual<br>LTR Wt Billed<br>Center Packed: 1 |
| **Service Options:** | |
| **Tracking Number:** | 1Z4R26630182220922 |
| **Shipment ID:** | MADUFSBAVGRGM |
| **Ship To:** | BARRY N. KRAMER<br>21 S 12TH ST<br>FL 3<br>PHILADELPHIA, PA 19107-3604<br>Business |
| **Ship Ref 1** | |
| **Ship Ref 2** | |
| **Description of Goods:** | PAPPER |
| **Shipped Through:** | Staples #1667<br>Bronx (White Plains), NY 10462<br>(718) 409-9260 |
| **Shipment Charges:** | UPS Next Day Com  21.40<br>Service Option(s)  .00<br>Fuel Surcharge  2.35<br>**Total Charges:  $ 23.75** |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Ship                                                                      Thu 17 Oct 2013 1:57 PM

**UPS Proof of Delivery**

❌ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26631384332446 |
| Service: | UPS Next Day Air Saver® |
| Weight: | .20 lb |
| Shipped/Billed On: | 10/18/2013 |
| Delivered On: | 10/21/2013 11:29 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | HARRIS |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 10/23/2013 10:06 A.M. ET

🖨 Print This Page                                    ❌ Close Window

**UPS Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630182220922 |
| Service: | UPS Next Day Air® |
| Weight: | .20 lb |
| Shipped/Billed On: | 10/17/2013 |
| Delivered On: | 10/18/2013 9:43 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | HARRIS |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  10/23/2013 10:15 A.M.  ET

🖨 Print This Page       ☒ Close Window