# CERTIFICATE OF SERVICE

The foregoing Entry of Appearance for Elisa P. McEnroe was served on October 29, 2013, and the Entry of Appearance for Brian W. Shaffer was served on October 22, 2013 upon the following by regular U.S. Mail:

John Paul Opoku
2110 Bronx Park East, 2A
Bronx, NY 10462

*Pro Se Appellant*

Claudia M. Tesoro
Office of Attorney General of Pennsylvania
21 South 12th Street
Philadelphia, PA 19107

*Attorney for Appellees Kimberly Griffin and Suzanne Martinez*

Elisa P. McEnroe
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
emcenroe@morganlewis.com
215.963.5917 (phone)
215.963.5001 (fax)