# IN THE UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

-----------------------------------

### Docket No.: 13-4073

-----------------------------------

### JOHN PAUL OPOKU

**Plaintiff - Appellant**

### V.

### EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA  JOY F. GRESE

**Defendants - Appellees**

-------------------------------

### APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### ENTERED ON SEPTEMBER 25, 2013

### District Court Docket No.: 12-3457

### THE HONORABLE PETRESE B TUCKER

-----------------------------------

### AFFIDAVIT OF PROOF SERVICE Of APPELLANT

### OPENING BRIEF OF JOHN PAUL OPOKU

### WITH APPENDIX VOL. 1 & VOL. 2

I  certify that, delivery by UPS is confirmed of the Appellant Opening Brief of John Paul

Opoku, with joined Appendix Vol. 1 and separate Appendix Vol. 2, delivered to the Office of the

Clerk, Maria Reyes, Case Manager, on October 31, 2013, at 601 Market Street, LBBY,

Philadelphia, PA 19106 -1737. The UPS tracking number **1Z4R26630307669416** establishes

delivery. UPS Proofs of mailing and delivery are attached to this Affidavit.

I also certify that, delivery by UPS is confirmed of the Appellant Opening Brief of John

Paul Opoku, with joined Appendix Vol. 1 and separate Appendix Vol. 2, delivered to Defendants

- Appellees Education Commission for Foreign Medical Graduates and Christina Joy F. Grese,

on October 31, 2013, through Brian W. Shaffer Esq. at 1701 Market Street, Philadelphia, PA

19103 -2901, their counsel of record to the knowledge of Plaintiff John Paul Opoku as of

October 30, 2013 when  the items was committed to UPS to initiate the mailing. The UPS

tracking number **1Z4R26630340998507** establishes a proof of delivery. Proofs of mailing and

delivery are attached to this Affidavit.

I equally certify that delivery by UPS is confirmed of the Appellant Opening Brief of

John Paul Opoku, with joined Appendix Vol. 1 and separate Appendix Vol. 2, delivered to the

Appellees Kimberly Griffin and Suzanne Martinez, on October 31, 2013, through their counsel

of record Ms. Claudia M. Tesoro at 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604.

The UPS tracking number **1Z4R26630307667294** establishes delivery. Proofs of mailing and

delivery are attached to this Affidavit.

ACKNOWLEDGMENT OF NO SERVICE ON DEFENDANTS

THROUGH MS ELISA P. McEnroe Esq

It is to be noted that the name of Ms. Elisa P. McEnroe, Esq, the Associate Counsel of

Education Commission for Foreign Medical Graduates and Christina Grese, was not mentioned

in both the Certificate of Service attached to the Appellant Opening Brief of Plaintiff John Paul

Opoku, and that attached to the associated Vol. 2 Appendix mailed on October 30, 2013. The

underlying reasons are given below:

a. The legitimacy of Ms. McEnroe's official entry of appearance is in the Court of Appeals for the Third Circuit is in question, as she did not fulfill her basic legal obligation in the case 13-4076 within 14 days it was docketed (October 10, 2013 to October 24, 2013).

b. Plaintiff Opoku was not aware of her attempted official entry of appearance at the time of mailing the above mentioned items on October 30, 2013. It was not until after 3:45 pm on October 31, 2013 that Plaintiff Opoku came to know, through a mail delivered after 3:45 pm regarding Ms. McEnroe's notification of an attempted entry of appearance filed electronically to the Court of Appeals on October 29, 2013.

c. More so, filed electronically on October 29, 2013, to the Court of Appeals of the 3rd Circuit, three additional days were required for Plaintiff Opoku to take official note (which falls on November 1, 2013), even if it were legitimate, and the Appellant Opening Brief of John Paul Opoku had already been delivered through UPS on a day before.

Sworn and signed by

John Paul Opoku (Appellant)

Date November 2, 2013



**that was easy.**

**Shipment Receipt**    Page 1 of 1

Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Wed 30 Oct 2013 | **Shipment Information:** | UPS Ground Com |
| **Expected Delivery:** | Thu 31 Oct 2013 End of Day | | Other Packaging: 13 x 11 x 2 |
| **Ship From:** | JOHN-PAUL OPOKU | | 3.40 lbs Actual |
| | 2110 BRONXPARK EAST | | 4.00 lbs Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |

| | | | |
|---|---|---|---|
| | | **Tracking Number:** | 1Z4R26630307667294 |
| | | **Shipment ID:** | MADUFSB6BA5R9 |
| **Ship To:** | CLAUDIA M. TESORO | | |
| | 21 S 12TH ST | | |
| | FL 3 | | |
| | PHILADELPHIA, PA 19107-3604 | **Ship Ref 1** | |
| | Business | **Ship Ref 2** | |

| | | |
|---|---|---|
| | **Description of Goods:** | BINDED LEGAL DOC |

| | | | |
|---|---|---|---|
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | |
| | Bronx (White Plains), NY 10462 | UPS Ground Com | 8.85 |
| | (718) 409-9260 | Service Option(s) | .00 |
| | | Fuel Surcharge | .62 |
| | | **Total Charges:** | $ 9.47 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Ship

Wed 30 Oct 2013 2:39 PM



**STAPLES**
that was easy.

# Shipment Receipt    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Wed 30 Oct 2013 | **Shipment Information:** | UPS Ground Com |
| **Expected Delivery:** | Thu 31 Oct 2013 End of Day | | Other Packaging: 13 x 11 x 2 |
| **Ship From:** | JOHN-PAUL OPOKU | | 3.40 lbs Actual |
| | 2110 BRONXPARK EAST | | 4.00 lbs Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |

| | | | |
|---|---|---|---|
| | | **Tracking Number:** | 1Z4R26630340998507 |
| | | **Shipment ID:** | MADUFSBMRUVMJ |
| **Ship To:** | MORGAN LEWIS & BOCKUS | | |
| | 1701 MARKET ST | | |
| | PHILADELPHIA, PA 19103-2901 | **Ship Ref 1** | |
| | Business | **Ship Ref 2** | |
| | | **Description of Goods:** | BINDED LEGAL DOC |

| | | | | |
|---|---|---|---|---|
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS Ground Com | 8.85 |
| | Bronx (White Plains), NY 10462 | | Service Option(s) | .00 |
| | (718) 409-9260 | | Fuel Surcharge | 62 |
| | | | **Total Charges:** | $ 9.47 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Ship

Wed 30 Oct 2013 2:36 PM



**STAPLES**
that was easy.

# Shipment Receipt    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Wed 30 Oct 2013 | **Shipment Information:** | UPS Ground Com |
| **Expected Delivery:** | Thu 31 Oct 2013 End of Day | | Other Packaging: 18 x 12 x 12 |
| **Ship From:** | JOHN-PAUL OPOKU | | 29.75 lbs Actual |
| | 2110 BRONXPARK EAST | | 30.00 lbs Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | | |
| | Tel: (718) 829-8978 | **Service Options:** | |
| | Residential | | |

| | | | |
|---|---|---|---|
| | | **Tracking Number:** | 1Z4R26630307669416 |
| | | **Shipment ID:** | MADUFSBWSBPA7 |
| **Ship To:** | OFFICE OF THE CLERK | | |
| | MARIA REYES | | |
| | 601 MARKET ST | | |
| | LBBY | **Ship Ref 1** | |
| | PHILADELPHIA, PA 19106-1737 | **Ship Ref 2** | |
| | Business | | |
| | | **Description of Goods:** | BINDED LEGAL DOCUMENTS |

| | | | |
|---|---|---|---|
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | |
| | Bronx (White Plains), NY 10462 | UPS Ground Com | 17.44 |
| | (718) 409-9260 | Service Option(s) | .00 |
| | | Fuel Surcharge | 1.22 |
| | | **Total Charges:** | $ 18 66 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Ship

Wed 30 Oct 2013 2:48 PM

 **Proof of Delivery**

⊠ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z4R26630307669416
**Service:** UPS Ground
**Weight:** 29.80 lbs
**Shipped/Billed On:** 10/30/2013
**Delivered On:** 10/31/2013 10:58 A.M.
**Delivered To:** PHILADELPHIA, PA, US
**Signed By:** OCHMANOWICZ
**Left At:** Office

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2013 8:38 P.M. ET

⊡ Print This Page                    ⊠ Close Window

 **Proof of Delivery**

☐ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26630307667294 |
| **Service:** | UPS Ground |
| **Weight:** | 3.40 lbs |
| **Shipped/Billed On:** | 10/30/2013 |
| **Delivered On:** | 10/31/2013 11:51 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | OSTER |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  11/01/2013 8:45 P.M.  ET

☐ Print This Page                    ☐ Close Window

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26630340998507 |
| **Service:** | UPS Ground |
| **Weight:** | 3.40 lbs |
| **Shipped/Billed On:** | 10/30/2013 |
| **Delivered On:** | 10/31/2013 10:42 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | THOMPSON |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2013 8:41 P.M. ET

🖨 Print This Page                                         ☒ Close Window