Docket No.: 13-4076

-----------------------------------------

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

JOHN PAUL OPOKU

                                              **Plaintiff - Appellant**

V.

EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

                                              **Defendants - Appellees**

---------------------------------

APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENTERED ON SEPTEMBER 25, 2013

District Court Docket No.: 12-3457

THE HONORABLE PETRESE B TUCKER

---------------------------------

### AFFIDAVIT

I also certify the document delivery (0.15 lbs. Actual weight) on 11/05/2013 to Ms. Elisa P. McEnroe at 1701 Market Street, Philadelphia, PA 19103-2901, as confirmed by UPS, and it is in regard of Appellant John Paul Opoku's Motion to acknowledge the illegitimacy of the late entry of Appearance by Ms. Elisa P. McEnroe Esq. on behalf of the Defendants Education

Commission for Foreign Medical Graduates and Christina Joy F. Grese, which though was beyond the deadline by about 8 more days was not preceded by any motion for extension of time to act by law (the 14 days deadline following the docketing of the Appeal 13-4076 on 10/10/2013). The UPS tracking number **1Z4R266307140103338** establishes a proof of delivery. Proofs of mailing and delivery are attached to this Affidavit.

I also certify that an identical copy of the same document (0.15 lbs. Actual weight) indicated above was delivered on 11/05/2013 to Defendants - Appellees Education Commission for Foreign Medical Graduates and Christina Joy F. Grese through Brian W. Shaffer Esq. at 1701 Market Street, Philadelphia, PA 19103 -2901, as confirmed by UPS. The UPS tracking number **1Z4R26630747345782** establishes a proof of delivery. Proofs of mailing and delivery are attached to this Affidavit.

I equally certify that an identical copy of the document indicated above (0.15 lbs. Actual weight) was delivered on 11/05/2013 to the Appellees Kimberly Griffin and Suzanne Martinez through their counsel of record Ms. Claudia M. Tesoro Esq. at 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604, as confirmed by UPS.  The UPS tracking number **1Z4R266307140166690** establishes delivery. Proofs of mailing and delivery are attached to this Affidavit.

I certify  the delivery of documents ( 0.25 lbs. Actual weight) by the UPS on 11/05/2013, to the  Office of the Clerk of Court, Maria Reyes, Case Manager, at 601 Market Street, LBBY, Philadelphia, PA 19106 -1737, which comprised,  (a) Affidavit of service with proof of mailing and delivery of Appellant Opening Brief and two volumes of appendices  to the Third Circuit Court and all parties, and (b) identical copy of  the document ( 0.15 lbs. Actual Weight)

regarding Appellant John Paul Opoku's Motion acknowledging the illegitimacy of the late entry of Appearance by Ms. Elisa P. McEnroe Esq. on behalf of the Defendants Education Commission for Foreign Medical Graduates and Christina Joy F. Grese, which though was late was not preceded by any motion for extension of the time to act by law (14 days deadline following the docketing of the Appeal # 13-4076 on 10/10/2013). The UPS has confirmed delivery and the tracking number **1Z4R266630714014576** establishes delivery. UPS Proofs of mailing and delivery are attached to this Affidavit.

Sworn and signed by

John Paul Opoku (Appellant)

Date November 10, 2013



**STAPLES**
that was easy.

**Shipment Receipt**    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Mon 4 Nov 2013 | **Shipment Information:** | UPS 2nd Day AM |
| **Expected Delivery:** | Wed 06 Nov 2013 10:30AM | | Carrier Letter |
| **Ship From:** | JOHN-PAUL OPOKU | | 0.25 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |
| **Ship To:** | OFFICE OF THE CLERK | **Tracking Number:** | 1Z4R26630714014576 |
| | MARIA REYES | **Shipment ID:** | MADUFSBJN93FT |
| | 601 MARKET ST | | |
| | LBBY | **Ship Ref 1** | |
| | PHILADELPHIA, PA 19106-1737 | **Ship Ref 2** | |
| | Business | | |
| | | **Description of Goods:** | DOCUMENTS |
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS 2nd Day AM        16.45 |
| | Bronx (White Plains), NY 10462 | | Service Option(s)        .00 |
| | (718) 409-9260 | | Fuel Surcharge          1.73 |
| | | | **Total Charges:**     $ 18.18 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Sat 2 Nov 2013 11:12 AM



| | | Shipment Receipt | Page 1 of 1 |
|---|---|---|---|

Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Mon 4 Nov 2013 | **Shipment Information:** | UPS 2nd Day AM |
| **Expected Delivery:** | Wed 06 Nov 2013 10:30AM | | Carrier Letter |
| **Ship From:** | JOHN-PAUL OPOKU | | 0.15 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | **Service Options:** | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |
| | | **Tracking Number:** | 1Z4R26630714016690 |
| **Ship To:** | CLAUDIA M. TESORO | **Shipment ID:** | MADUFSBXH921J |
| | 21 S 12TH ST | | |
| | FL 3 | **Ship Ref 1** | |
| | PHILADELPHIA, PA 19107-3604 | **Ship Ref 2** | |
| | Business | | |
| | | **Description of Goods:** | DOCUMENTS |
| **Shipped Through:** | Staples #1667 | **Shipment Charges:** | UPS 2nd Day AM         16.45 |
| | Bronx (White Plains), NY 10462 | | Service Option(s)          .00 |
| | (718) 409-9260 | | Fuel Surcharge            1.73 |
| | | | **Total Charges:**      $ 18.18 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Sat 2 Nov 2013 11:17 AM

Powered by iShip    Version 13.0.1.2020.0 (OS) Printed 11/2/2013 8:17:22 PM UTC



**Shipment Receipt**  Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| Ship Date: | Mon 4 Nov 2013 | Shipment Information: | UPS 2nd Day AM |
| Expected Delivery: | Wed 06 Nov 2013 10:30AM | | Carrier Letter |
| Ship From: | JOHN-PAUL OPOKU | | 0.15 lbs Actual |
| | 2110 BRONXPARK EAST | | LTR Wt Billed |
| | APT 2A | | Customer Packed: 1 |
| | Bronx, NY 10462 | Service Options: | |
| | Tel: (718) 829-8978 | | |
| | Residential | | |
| | | Tracking Number: | 1Z4R26630714010338 |
| | | Shipment ID: | MADUFSBWMP8S1 |
| Ship To: | Morgan Lewis & Bockus | | |
| | 1701 MARKET ST | | |
| | PHILADELPHIA, PA 19103-2901 | Ship Ref 1 | |
| | Business | Ship Ref 2 | |
| | | Description of Goods: | DOCUMENTS |
| Shipped Through: | Staples #1667 | Shipment Charges: | UPS 2nd Day AM  16.45 |
| | Bronx (White Plains), NY 10462 | | Service Option(s)  .00 |
| | (718) 409-9260 | | Fuel Surcharge  1.73 |
| | | **Total Charges:** | **$ 18.18** |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Sat 2 Nov 2013 10:52 AM

Powered by iShip   Version 13.0.12080.0 (07) Printed 11/2/2013 5:52:17 PM UTC



**STAPLES**
that was easy:

# Shipment Receipt — Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Mon 4 Nov 2013 | **Shipment Information:** | UPS 2nd Day AM<br>Carrier Letter<br>0.15 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| **Expected Delivery:** | Wed 06 Nov 2013 10:30AM | | |
| **Ship From:** | JOHN-PAUL OPOKU<br>2110 BRONXPARK EAST<br>APT 2A<br>Bronx, NY 10462<br>Tel: (718) 829-8978<br>Residential | **Service Options:** | |
| **Ship To:** | MORGAN LEWIS & BOCKUS<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103-2901<br>Business | **Tracking Number:**<br>**Shipment ID:**<br><br>**Ship Ref 1**<br>**Ship Ref 2** | 1Z4R26630747345782<br>MADUFSBSS7UWF |
| | | **Description of Goods:** | DOCUMENTS |
| **Shipped Through:** | Staples #1667<br>Bronx (White Plains), NY 10462<br>(718) 409-9260 | **Shipment Charges:** | UPS 2nd Day AM            16.45<br>Service Option(s)              .00<br>Fuel Surcharge                1.73<br>**Total Charges:**       **$ 18.18** |

**Track Your Shipment**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

**Damaged, Lost or Late Claims**
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

**Ship Center Terms and Conditions**
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

:Ship                                                                                     Sat 2 Nov 2013 10:59 AM

 **Proof of Delivery**                    ☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630714010338 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .20 lb |
| Shipped/Billed On: | 11/04/2013 |
| Delivered On: | 11/05/2013 10:26 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | BANFORD |
| Left At: | Inside Delivery |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  11/05/2013 7:34 P.M.  ET

🖨 Print This Page                    ☒ Close Window

## UPS Proof of Delivery

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R266307140166690 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .20 lb |
| Shipped/Billed On: | 11/04/2013 |
| Delivered On: | 11/05/2013 9:33 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | COLON |
| Left At: | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 11/05/2013 7:38 P.M. ET

Print This Page                    Close Window



**Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630714014576 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .30 lb |
| Shipped/Billed On: | 11/04/2013 |
| Delivered On: | 11/05/2013 9:33 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | DUBACK |
| Left At: | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:    11/05/2013 7:25 P.M.    ET

🖨 Print This Page                    ☒ Close Window



**UPS Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z4R26630747345782 |
| Service: | UPS 2nd Day Air A.M.® |
| Weight: | .20 lb |
| Shipped/Billed On: | 11/04/2013 |
| Delivered On: | 11/05/2013 10:26 A.M. |
| Delivered To: | PHILADELPHIA, PA, US |
| Signed By: | BANFORD |
| Left At: | Inside Delivery |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   11/05/2013 7:31 P.M.   ET

🖨 Print This Page          ☒ Close Window