# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-4076

John Opoku v. Educational Commission for For, et al

2-12-cv-03457

# O R D E R

The Court has received the 2nd Reply Brief from **John Paul Opoku**.

**The 2nd reply brief does not comply with the following Court requirements:**

<u>Form of Appendix</u>- The following aspect(s) of the appendix is/are noncompliant:

**.** 2nd Reply Brief filed without a motion for leave to file

In order to cure errors with respect to FORM, **John Paul Opoku** must file a motion for leave to file the 2nd reply brief with a Certificate of Service attached. Please note that the court allows you to file one (1) reply brief to respond to all opposing parties. Any additional reply brief require a motion to file.

**Counsel or the party(ies) must correct the above listed deficiencies by 12/23/2013. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  12/20/2013

MCW/cc:     **Elisa P. McEnroe, Esq.**
            **John Paul Opoku,**
            **Brian W. Shaffer, Esq.**
            **Claudia M. Tesoro, Esq.**

**For questions please contact the Clerk's Office at 267-299-4940.**