RECEIVED
DEC 2 3
U.S.C.A. 3rd. CIR

-----------------------------

**Docket No: 13-4076**

-----------------------------

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

### JOHN PAUL OPOKU

**Plaintiff -Appellant**

### V.

### EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

**Defendants-Appellees**

-----------------------------

## APPELLANT OPOKU'S MOTION FOR THE COURT'S LEAVE REGARDING THE VALIDITY OF THE REPLY TO DEFENDANTS ECFMG AND GRESE'S APPELLEE'S BRIEF

-----------------------------

## APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### ENTERED ON SEPTEMBER 25, 2013

### HONORABLE PETRESE B TUCKER

-------------------------------------

John Paul Opoku

2110 Bronx Park East 2A

Bronx, NY 10462

Tel.: 718-829-8978

Email: johnopk42@aol.com

(PRO SE)

Ms. Claudia M. Tesoro,                        Brian W. Shaffer / "Elisa P. McEnroe "

21 South 12th ST, Philadelphia,                    1701 Market Street

3rd Floor, PA 19107 – 3604.                    Philadelphia, PA 19103- 2901

(Counsel for Griffin                        (Counsel (s) for ECFMG & Grese)

and Martinez)                                  Appellees

## TABLE OF CONTENTS

Page (s)

TABLE OF AUTHORITIES.................................................................3

STATUTES.............................................................................3

TABLE OF OTHER AUTHORITIES.....................................................3- 4

INTRODUCTION…………………………………………………………….4

FACTUAL BACKGROUND………………………….…………………….4 - 5

ARGUMENTS………………………………………………………….6 - 7


CERTIFICATE OF SERVICE………………………………………….…..8

## TABLE OF AUTHORITIES

Gomez V. Toledo,(1980),

U.S) 64 L Ed 2d 572, 100S. Ct. 1920………………………………………6

Picking v. Pennsylvania Railway 151 F2d 240…..;...………………………..6

## STATUTES

28 U.S. C § 1654………………..…………………………………………….6

## TABLE OF OTHER AUTHORITIES

3rd Circuit Appellate Rules, Rule 27.3………………………………………..6

Third Circuit Local Appellate Rules Rule 27.2 (b)……………………………4

FRAP 25 (c)………………………………………………………….……...4

L.A.R Misc. 113……………………………………………………..……...4

Local Civil Rule 7.1 (d))…………………………………………………....…6

## A MOTION FOR LEAVE REGARDING PLAINTIFF OPOKU'S REPLY BRIEF TO APPELLEE'S BRIEF OF DEFENDANTS ECFMG AND GRESE

### INTRODUCTION

Now COMES Plaintiff Opoku and for a motion requesting the Court to grant leave for the Appellant's Reply Brief that responds to the Appellee's Brief of Defendants ECFMG and Grese. Plaintiff Opoku mailed the Appellant's reply Brief on December 14, 2013 and was delivered to the Court of Appeals and all Defendants by UPS on December 18, 2013. The Brief is in response to the Appellee's Brief of Defendants ECFMG and Grese that was separately filed.

This is a Pro se motion being filed in paper form drawing on the exemption granted by the Court regarding electronic filing of Briefs and Motions. (See Third Circuit Local Appellate Rules Rule 27.2 (b), FRAP 25 (c), L.A.R Misc. 113,)

### FACTUAL BACKGROUND

On November 27, 2013, Defendants Griffin and Martinez filed Appellee's Reply Brief to the Appellant's Opening Brief of Plaintiff Opoku.  In their Appellee's Brief, Defendants Griffin and Martinez defined its scope stating that, **"ECFMG and Ms. Grese are separately represented. This Brief is only on**

**behalf of Ms. Griffin and Ms. Martinez.'"** (See Footnote 2, Doc 003111446719, p. 11) (Plaintiff Opoku makes the emphasis).

Accordingly, on December 3, 2013, the court received Plaintiff Opoku's Appellant's Reply Brief in response to the Appellee's Reply Brief of Defendants Griffin and Martinez, which Plaintiff Opoku had completed and signed on December 1, 2013 for copying and binding and was able to initiate its mailing to the Court and Defendants ECFMG, Grese, Griffin, and Martinez on the same day.

Defendants ECFMG and Grese filed their Appellee's Reply Brief electronically on December 2, 2013, (Monday), which was probably the last day of the thirty days FRAP stipulates for the Appellee's Reply Brief ( due to holidays and weekends that came in between. Defendants- Appellees are responsible to compute the appropriate deadlines. Third Circuit Appellate Rules and Local Misc. may prescribe other applicable deadlines).

Plaintiff Opoku felt obliged to seize the dilemma by the horn due to the many factual distortions, vital omissions, and fallacious arguments embodied in the Defendants ECFMG and Grese' Brief. This is Plaintiff Opoku's way of preventing the Court of Appeals from being misled by the Defendants, as the same tactics by the Defendants prevailed and misled the District Court. The many essential flaws that characterize the Appellee's Reply Brief of Defendants ECFMG and Grese

prove to be more intentional than not as it embodies trumped up technicalities, ambiguities, vital omissions, factual distortions, and fallacies.

## ARGUMENTS

On December 14, 2013, Plaintiff Opoku completed Appellant's Reply Brief pertaining to Defendants ECFMG and Grese's Appellee's Reply Brief and initiated the mailing the same day. Defendants ECFMG and Grese had chosen to separate themselves from the other two defendants (Defendants Griffin and Martinez) to confuse Pro se Plaintiff Opoku even though the Courts have shown strong aversion for the use of trumped up technicalities to derail justice to the disadvantage of a Pro Se litigant. Gomez V. Toledo,(1980), U.S) 64 L Ed 2d 572, 100S. Ct. 1920; Picking v. Pennsylvania Railway 151 F2d 240. (3rd Circuit); 28 U.S. C § 1654

As far as the Court of Appeals considers valid the Appellee's Brief of Defendants ECFMG and Grese despite its many intentional flaws, factual distortions, ambiguities, and fallacies, it is imperative, in the interest of justice, that the Court considers as well Plaintiff Opoku's Appellant's Reply Brief in response to that Brief. Plaintiff Opoku therefore respectfully prays the Court for leave that recognizes the validity of his reply to the Appellee's Brief of Defendant ECFMG and Grese without necessarily condoning on the many intentional major flaws that

characterize the Appellee's Brief of Defendants ECFMG and Grese. (See 3rd

Circuit Appellate Rules, Rule 27.3; Local Civil Rule 7.1 (d))

Respectfully Submitted

Date: December 21, 2013

John Paul Opoku (Pro se- Appellant- Plaintiff)

## CERTIFICATE OF SERVICE

I certify that by the USPS Express/Registered mail Service I have served a copy of this motion on the Court of Appeals for the Third Circuit through the Clerk of Court, Maria Reyes at Office of the Clerk, Maria Reyes, Case Manager, 601 Market Street, 21400 U.S. CourtHouse, Philadelphia, PA 19106 – 1737.

I certify that by the USPS Express/Registered mail Service I have served a copy of this motion on Defendants ECFMG and Grese through their counsel(s) of record at Brian W. Shaffer Esq. 1701 Market Street, PA 19103 – 2901.

I certify that by the USPS Express/Registered mail Service (USPS) I have served a copy of this motion on Defendants Griffin and Martinez through their counsel(s) of record at Ms. Claudia M. Tesoro 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 -3604.

Declared and signed by

Date. December 21, 2013

John Paul Opoku (Appellant – Plaintiff- Pro Se).