**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

RECEIVED
JAN - 2 2013
m/K

-------------------------------------

**Docket No.: 13-4076**

---------------------------------------

**JOHN PAUL OPOKU**

**Plaintiff - Appellant**

**V.**

**EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE**

**Defendants - Appellees**

-------------------------------

# AFFIDAVIT

---------------------------------

**APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ENTERED ON SEPTEMBER 25, 2013**

**District Court Docket No.: 12-3457**

**THE HONORABLE PETRESE B TUCKER**

-------------------------------------

# AFFIDAVIT

I, Plaintiff John Paul Opoku, certify that I have complied with the 12/20/2013's order of the Court of Appeals for the third Circuit by filing a **Motion for Leave requesting the Court of Appeals to grant a leave that recognizes the validity of the Appellant's Reply Brief of Plaintiff John Paul Opoku in response to Defendants ECFMG and Grese's Appellee's Brief.** As the cure for the non-intentional error identified therewith, Plaintiff Opoku has made special reference to the indication for the Brief as laid out in Doc 003111446719, p. 11, Footnote 2.

The motion indicated above was delivered to the Office of the Clerk, Maria Reyes, Case Manager, on December 23, 2013, as ordered, at Court of Appeals, 601 Market Street, Philadelphia, PA 19106 -1737, by the USPS Registered/ Express mail. The required service of the same documents was made on Defendants ECFMG and Grese on December 23, 2013 by the USPS Registered/ Express mail at Brian W. Shaffer Esq. 1701 Market Street, Philadelphia, PA 19103 -2901. The required service of the same document was made on Defendants Griffin and Martinez on December 23, 2013 by the USPS Registered/ Express mail at Ms. Claudia M. Tesoro Esq., 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604. USPS Proofs of mailing and delivery are attached to this Affidavit.

I also certify that service of the **Appellant's Reply Brief of Plaintiff Opoku in response to the Appellee's Brief of Defendants ECFMG and Grese** was made by UPS starting on December 14, 2013 and ending on December 18, 2013, at the Court of Appeals, 601 Market Street, Philadelphia, PA 19106 -1737, **as acknowledged in the court records of the case13-4076**. The required service of the same document was made on Defendants ECFMG and Grese by the UPS starting on December 14, 2013 and ending on December 18, 2013 at Brian W. Shaffer Esq., 1701 Market Street, Philadelphia, PA 19103 -2901. The required service of the same document was made on Defendants Griffin and Martinez by UPS starting on December 14, 2013 and ending on December 18, 2013 at Ms. Claudia M. Tesoro, 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604 due to bad weather. UPS Proofs of mailing and delivery are attached to this Affidavit. (BAD WEATHER: Massive snow and the resulting delay in mail transmission in many parts of the U.S including Philadelphia, affected the delivery, as indicated in the news media for this period)

I also certify that service of the **Appellant's Reply Brief of Plaintiff Opoku in response to Appellee's Brief of Defendants Griffin and Martinez** was made by UPS on December 3, 2013 at the Court of Appeals, 601 Market Street, Philadelphia, PA 19106 -1737. The required service of the same document was made on December 3, 2013, on Defendants Griffin and Martinez by the UPS at

Ms. Claudia M. Tesoro, 21 South 12th ST, Philadelphia, 3rd Floor, PA 19107 – 3604. The required service of the same document was made on December 3, 2013, on Defendants ECFMG and Grese by the UPS at Brian W. Shaffer Esq., 1701 Market Street, Philadelphia, PA 19103 -2901. UPS Proofs of mailing and delivery are attached to this Affidavit.

Sworn and signed by

John Paul Opoku (Appellant-Plaintiff- Pro se) Date DECEMBER 30, 2013

**Proofs of mailing/delivery attached**


that was easy.

## Shipment Receipt



Thank you for shipping with us!

**Ship Date:** Mon 16 Dec 2013

**Expected Delivery:** Tue 17 Dec 2013 3:00PM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-8978
Residential

**Shipment Information:** UPS Next Day Svr Com
Carrier Letter
0.35 lbs Actual
LTR Wt Billed
Customer Packed: 1

**Service Options:**

**Tracking Number:** 1Z4R26631330637905

**Shipment ID:** MADUFSBVQ0ZZ7

**Ship To:** CLAUDIA M. TESORO
21 S 12TH ST
FL 3
PHILADELPHIA, PA 19107-3604
Business

**Ship Ref 1**
**Ship Ref 2**

**Description of Goods:** Documents

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Svr Com | 19.05 |
| Service Option(s) | .00 |
| Fuel Surcharge | 2.00 |
| **Total Charges:** | $ 21.05 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

RE: Appellant's Reply Brief in response to Appellees' Brief of ECFMG and Greese.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26631330637905 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .40 lb |
| **Shipped/Billed On:** | 16/12/2013 |
| **Delivered On:** | 18/12/2013 10:57 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | COLON |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 19/12/2013 7:23 P.M. ET

Print This Page Close Window




that was easy.

## Shipment Receipt

Page 1 of 1

Thank you for shipping with us!

**Ship Date:** Mon 16 Dec 2013

**Expected Delivery:** Tue 17 Dec 2013 3:00PM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-8978
Residential

**Ship To:** MORGAN LEWIS & BOCKUS
1701 MARKET ST
PHILADELPHIA, PA 19103-2901
Business

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Information:** UPS Next Day Svr Com
Carrier Letter
0.30 lbs Actual
LTR Wt Billed
Customer Packed: 1

**Service Options:**

**Tracking Number:** 1Z4R26631330640026

**Shipment ID:** MADUFSBS06C91

**Ship Ref 1**

**Ship Ref 2**

**Description of Goods:** Documents

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Svr Com | 19.05 |
| Service Option(s) | .00 |
| Fuel Surcharge | 2.00 |
| **Total Charges:** | $ 21.05 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

RE: Appellant's Reply Brief in response to Appellees' Brief of ECFMG and Greese.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26631330640026 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .30 lb |
| **Shipped/Billed On:** | 16/12/2013 |
| **Delivered On:** | 18/12/2013 11:54 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | BANFORD |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 19/12/2013 7:13 P.M. ET

Print This Page Close Window

| | |
|---|---|
| 10/31/2013 | PRO SE APPENDIX on behalf of Appellant John Paul Opoku, filed. Volumes: 2 (Volume I attached to brief). Certificate of Service dated 10/30/2013 by US mail. (KEL) |
| 11/05/2013 | Service made by Appellant John Paul Opoku on 11/02/2013. (SJB) |
| 11/12/2013 | Affidavit of Service made by Appellant John Paul Opoku on 11/10/2013. (MLR) |
| 11/27/2013 | ECF FILER: ELECTRONIC BRIEF on behalf of Appellees Kimberly Griffin and Suzanne Martinez, filed. Certificate of Service dated 11/27/2013 by ECF, US mail. (CMT) |
| 11/27/2013 | HARD COPY RECEIVED from Appellees Kimberly Griffin and Suzanne Martinez - Brief. Copies: 7. (SJB) |
| 12/02/2013 | ECF FILER: ELECTRONIC BRIEF on behalf of Appellees Educational Commission for Foreign Medical Graduates and Christina J.F. Grese, filed. Certificate of Service dated 12/02/2013 by ECF, US mail. (BWS) |
| 12/02/2013 | HARD COPY RECEIVED from Appellees Educational Commission for Foreign Medical Graduates and Christina J.F. Grese - Brief. Copies: 7. (KEL) |
| 12/03/2013 | PRO SE REPLY BRIEF on behalf of Appellant John Paul Opoku, filed. Pages: 15. Certificate of Service dated 12/01/2013 by US mail. (SJB) |
| 12/18/2013 | PRO SE REPLY BRIEF on behalf of Appellant John Paul Opoku in response to Appellees ECFMG and Grese's brief, filed. Pages: 15. Certificate of Service dated 12/14/2013 by US mail. (MCW) |
| 12/20/2013 | NON COMPLIANCE Order issued to Appellant John Paul Opoku regarding the reply brief filed on 12/18/2013. Please open the attachment for the full text of the Order. Compliance due by 12/23/2013. This Order does not change the deadline for filing the next brief. (MCW) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Third Circuit - 12/29/2013 21:57:53 | | | |
| **PACER Login:** | jp6045 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 13-4076 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

This document is here marked as the proof of delivery for the Appellant's Reply Brief in response to Appellees ECFMG and Grese's Brief. Stated by John Paul Opoku

[signature] 12/30/2013

GENNADIY MAIAKOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087608
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

12/30/2013

If you view the Full Docket you will be charged for 2 Pages $0.20

**General Docket**
**Third Circuit Court of Appeals**

**Court of Appeals Docket #:** 13-4076 **Docketed:** 10/10/2013
**Nature of Suit:** 3440 Other Civil Rights
John Opoku v. Educational Commission for For, et al
**Appeal From:** United States District Court for the Eastern District of Pennsylvania
**Fee Status:** Paid

**Case Type Information:**
**1)** civil
**2)** private
**3)** Federal question

**Originating Court Information:**
**District:** 0313-2 : 2-12-cv-03457
**Court Reporter:** Joan Carr
**Trial Judge:** Petrese B. Tucker, U.S. District Judge
**Date Filed:** 06/19/2012

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 09/25/2013 | 09/25/2013 | 10/08/2013 |


that was easy.

# Shipment Receipt



Thank you for shipping with us!

**Ship Date:** Mon 16 Dec 2013

**Expected Delivery:** Tue 17 Dec 2013 10:30AM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-8978
Residential

**Ship To:** OFFICE OF THE CLERK
MARIA REYES
601 MARKET ST
LBBY
PHILADELPHIA, PA 19106-1737
Business

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Information:** UPS Next Day Com
Small Carrier Box: 13 x 11 x 2
3.20 lbs Actual
4.00 lbs Billed
Customer Packed: 1

**Service Options:**

**Tracking Number:** [redacted]5475

**Shipment ID:** [redacted]M7E

**Ship Ref 1**
**Ship Ref 2**

**Description of Goods:** Documents

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Com | 31.50 |
| Service Option(s) | .00 |
| Fuel Surcharge | 3.31 |
| **Total Charges:** | $ 34.81 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

Tracking number has been redacted for the purpose of closing the loophole that might be abused by the opposing party to discredit the appeal Court's acknowledgement of receiving the document on 12/18/2013. [signature] 12/30/2013

GENNADIY MATAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087608
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

12/30/2013

Document to the Court of Appeals.

RE: Appellant's Motion for Leave.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

JOHN PAUL OPOKU
2110 BRONX PARK EAST 2A
BRONX NY 10462

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☒ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

DEC 21 2013

**TO:** (PLEASE PRINT) PHONE ( )

CLERK OF COURT
MARIA REYES
601 MARKET STREET
21400 U.S COURTHOUSE
PHILADELPHIA, PA 19106-

ZIP + 4® (U.S. ADDRESSES ONLY) 1737

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EK 076146629 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 04622 | 12/23/13 | $ 14.10 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 12/21/13 | 3.00 ☐ AM ☒ PM | $ — | $ — |
| Time Accepted | | Return Receipt Fee | |
| 12:29 ☐ AM ☒ PM | ☐ Loss Guarantee Only | $ — | |
| Weight ☐ Flat Rate | ☐ Live Shipment | Total Postage & Fees | |
| 2 lbs. ozs. | ☐ Sunday/Holiday Premium | $ 14.10 | |
| | | Acceptance Employee Initials | |
| | | LH | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JULY 2013 PSN 7690-02-000-9996 **2-CUSTOMER COPY**

English Customer Service USPS Mobile Register / Sign In

USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
**Have questions? We're here to help.**

Tracking Number: **EK076146629US**

Scheduled Delivery Date: **December 23, 2013, 3:00 pm**
**Money Back Guarantee**
Signed for By: C APPEALS // PHILADELPHIA, PA 19106 // 11:06 am

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™

**Features:** $100 insurance included PO to Addressee

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 23, 2013 , 11:06 am** | **Delivered** | **PHILADELPHIA, PA 19106** |
| December 23, 2013 , 9:51 am | Out for Delivery | PHILADELPHIA, PA 19107 |
| December 23, 2013 , 9:41 am | Sorting Complete | PHILADELPHIA, PA 19107 |
| December 23, 2013 , 5:48 am | Arrival at Post Office | PHILADELPHIA, PA 19107 |
| December 22, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 22, 2013 , 2:25 am | Processed through USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 21, 2013 , 4:58 pm | Processed at USPS Origin Sort Facility | NEW YORK, NY 10199 |
| December 21, 2013 , 4:22 pm | Dispatched to Sort Facility | BRONX, NY 10462 |
| December 21, 2013 , 12:31 pm | Acceptance | BRONX, NY 10462 |

## Available Options

**Proof of Delivery**

**Email Updates**

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Document to Defendants Griffin and Martinez

RE: Appellant's Motion for leave.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

JOHN PAUL OPOKU
2110 BRONX PARK EAST 2A
BRONX NY 10462

EK 076141119 US

UNITED STATES POSTAL SERVICE®

**PRIORITY ★ MAIL ★ EXPRESS™**

**Post Office To Addressee**

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**DELIVERY OPTIONS (Customer Use Only)**

☑ **SIGNATURE REQUIRED**

Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

DEC 21 2013

**TO:** (PLEASE PRINT) PHONE ( )

MS CLAUDIA M. TESORO
21 SOUTH 12TH ST
PHILADELPHIA 3RD FLOOR

ZIP + 4® (U.S. ADDRESSES ONLY)

PA 19107-3604

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 10462 | 12/23/13 | $ 14.10 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 12/21/13 | 3:00 ☐ AM ☑ PM | $ — | $ — |
| Time Accepted | | Return Receipt Fee | |
| 12:33 ☐ AM ☑ PM | ☐ Loss Guarantee Only | $ | |
| Weight ☐ Flat Rate | ☐ Live Shipment | Total Postage & Fees | |
| 2 lbs. ozs. | ☐ Sunday/Holiday Premium | $ 14.10 | |
| | | Acceptance Employee Initials: HD | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

- **For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.**
- **$100.00 insurance included.**

LABEL 11-B, JULY 2013 PSN 7690-02-000-9996 **2-CUSTOMER COPY**

English Customer Service USPS Mobile Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
**Have questions? We're here to help.**

Tracking Number: **EK076141119US**

Scheduled Delivery Date: **December 23, 2013, 3:00 pm**
**Money Back Guarantee**
Signed for By: J KINGSLAND // PHILADELPHIA, PA 19107 // 12:08 pm

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™

**Features:** $100 insurance included PO to Addressee

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 23, 2013 , 12:08 pm** | **Delivered** | **PHILADELPHIA, PA 19107** |
| December 23, 2013 , 11:44 am | Notice Left (No Authorized Recipient Available) | PHILADELPHIA, PA 19107 |
| December 23, 2013 , 9:51 am | Out for Delivery | PHILADELPHIA, PA 19107 |
| December 23, 2013 , 9:41 am | Sorting Complete | PHILADELPHIA, PA 19107 |
| December 23, 2013 , 5:48 am | Arrival at Post Office | PHILADELPHIA, PA 19107 |
| December 22, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 22, 2013 , 2:23 am | Processed through USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 21, 2013 , 4:58 pm | Processed at USPS Origin Sort Facility | NEW YORK, NY 10199 |
| December 21, 2013 , 4:22 pm | Dispatched to Sort Facility | BRONX, NY 10462 |
| December 21, 2013 , 12:33 pm | Acceptance | BRONX, NY 10462 |

## Available Options

**Proof of Delivery**

**Email Updates**

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›

**ON USPS.COM**
Government Services ›

**ON ABOUT.USPS.COM**
About USPS Home ›

**OTHER USPS SITES**
Business Customer Gateway ›

Document to Defendants ECFMG and Corese -
RE: Appellant's Motion for Leave

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( ) ______

JOHN PAUL OPOKU
2110 BRONX PARK EAST 2A
BRONX NY 10462

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

DEC 21 2013

TO: (PLEASE PRINT) PHONE ( ) ______

BRIAN W. SHAFFER ESQ
1701 MARKET STREET
MORGAN, LEWIS
PHILADELPHIA, PA 19103-2901

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EK 076141096 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 04622 | 12/23/13 | $ 14.10 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 12/21/13 | 3:00 ☐ AM ☒ PM | $ — | $ — |
| Time Accepted | ☐ Loss Guarantee Only | Return Receipt Fee | |
| 12:31 ☐ AM ☒ PM | | $ — | |
| Weight ☐ Flat Rate | ☐ Live Shipment | Total Postage & Fees | |
| 2 lbs. ozs. | ☐ Sunday/Holiday Premium | $ 14.10 | |
| | | Acceptance Employee Initials: HB | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, JULY 2013 PSN 7690-02-000-9996 2-CUSTOMER COPY

English Customer Service USPS Mobile Register / Sign In

USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code
Hold Mail
Change of Address

Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
**Have questions? We're here to help.**

Tracking Number: **EK076141096US**

Scheduled Delivery Date: **December 23, 2013, 3:00 pm**
**Money Back Guarantee**
Signed for By K AXELROD // PHILADELPHIA, PA 19103 // 8:03 am

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™

**Features:** $100 insurance included PO to Addressee

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 23, 2013 , 8:03 am** | **Delivered** | **PHILADELPHIA, PA 19103** |
| December 23, 2013 , 4:05 am | Arrival at Post Office | PHILADELPHIA, PA 19104 |
| December 22, 2013 | Depart USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 22, 2013 , 2:23 am | Processed through USPS Sort Facility | PHILADELPHIA, PA 19176 |
| December 21, 2013 , 4:58 pm | Processed at USPS Origin Sort Facility | NEW YORK, NY 10199 |
| December 21, 2013 , 4:22 pm | Dispatched to Sort Facility | BRONX, NY 10462 |
| December 21, 2013 , 12:32 pm | Acceptance | BRONX, NY 10462 |

## Available Options

**Proof of Delivery**

**Email Updates**

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General
Postal Explorer ›

USPS.COM Copyright© 2013 USPS. All Rights Reserved


that was easy.

## Shipment Receipt



Thank you for shipping with us!

**Ship Date:** Mon 2 Dec 2013

**Expected Delivery:** Tue 03 Dec 2013 3:00PM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-8978
Residential

**Ship To:** CLAUDIA M. TESORO
21 S 12TH ST
FL 3
PHILADELPHIA, PA 19107-3604
Business

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Information:** UPS Next Day Svr Com
Carrier Letter
0.40 lbs Actual
LTR Wt Billed
Customer Packed: 1

**Service Options:**

**Tracking Number:** 1Z4R26631394589419

**Shipment ID:** MADUFSBDHFDCC

**Ship Ref 1**

**Ship Ref 2**

**Description of Goods:** documents

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Svr Com | 19.05 |
| Service Option(s) | .00 |
| Fuel Surcharge | 2.00 |
| **Total Charges:** | $ 21.05 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

RE: Appellant's Reply Brief in Response to Appellee's' Brief of Defendants Griffin and Martinez.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26631394589419 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .40 lb |
| **Shipped/Billed On:** | 02/12/2013 |
| **Delivered On:** | 03/12/2013 10:58 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | COLON |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 19/12/2013 7:45 P.M. ET

Print This Page Close Window



that was easy.

**Shipment Receipt** Page 1 of 1

Thank you for shipping with us!

**Ship Date:** Mon 2 Dec 2013

**Expected Delivery:** Tue 03 Dec 2013 3:00PM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-3978
Residential

**Ship To:** MORGAN LEWIS & BOCKUS
1701 MARKET ST
PHILADELPHIA, PA 19103-2901
Business

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Information:** UPS Next Day Svr Com
Other Packaging: 12 x 10 x 2
0.40 lbs Actual
2.00 lbs Billed DimWt
Customer Packed: 1

**Service Options:**

**Tracking Number:** 1Z4R26631327920631

**Shipment ID:** MADUFSB5T8954

**Ship Ref 1**

**Ship Ref 2**

**Description of Goods:** documents

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Svr Com | 23.00 |
| Service Option(s) | .00 |
| Fuel Surcharge | 2.42 |
| **Total Charges:** | $ 25.42 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

RE: Appellant's Reply Brief, in Response to Appellees' Brief of Defendants Griffin and Martinez



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26631327920631 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .40 lb |
| **Shipped/Billed On:** | 12/02/2013 |
| **Delivered On:** | 12/03/2013 11:17 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Signed By:** | BANFORD |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 12/19/2013 7:52 P.M. ET

Print This Page Close Window




## Shipment Receipt



Thank you for shipping with us!

**Ship Date:** Mon 2 Dec 2013

**Expected Delivery:** Tue 03 Dec 2013 10:30AM

**Ship From:** JOHN-PAUL OPOKU
2110 BRONXPARK EAST
APT 2A
Bronx, NY 10462
Tel: (718) 829-8978
Residential

**Shipment Information:** UPS Next Day Com
Other Packaging: 13 x 11 x 2
3.35 lbs Actual
4.00 lbs Billed
Customer Packed: 1

**Service Options:**

**Tracking Number:** 1Z4R26630194585178

**Shipment ID:** MADUFSBQ1Y2KE

**Ship To:** office of the clerk
maria reyes
601 MARKET ST
LBBY
PHILADELPHIA, PA 19106-1737
Business

**Ship Ref 1**

**Ship Ref 2**

**Description of Goods:** documents

**Shipped Through:** Staples #1667
Bronx (White Plains), NY 10462
(718) 409-9260

**Shipment Charges:**

| | |
|---|---|
| UPS Next Day Com | 31.50 |
| Service Option(s) | .00 |
| Fuel Surcharge | 3.31 |
| **Total Charges:** | $ 34.81 |

Track Your Shipment
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

Damaged, Lost or Late Claims
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924. All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Customers will need to ensure they keep ALL packaging materials and this Shipping Invoice, as well as proof of value in the event of a Damaged or Lost package; a repair estimate may be requested. Claims can take 6-8 weeks to be processed and payment to be issued.

Ship Center Terms and Conditions
I understand/agree that:
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples / UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer (b) repair cost (c) replacement cost (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International packages may be subject to duties, taxes and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, a $10 fee is charged upon package pick up.

RE: Appellant's Reply Brief in Response to Appellees' Brief of Defendants Griffin and Martinez.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z4R26630194585178 |
| **Service:** | UPS Next Day Air® |
| **Weight:** | 3.40 lbs |
| **Shipped/Billed On:** | 12/02/2013 |
| **Delivered On:** | 12/03/2013 10:28 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Left At:** | Other - released |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 12/19/2013 7:55 P.M. ET

Print This Page Close Window