UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>13-4076</u>

Opoku v. Educational Commission for Foreign Medical Graduates

To:     Clerk

1)     Motion by Pro Se Appellant, John Paul Opoku,  for Leave to File Second
       Reply Brief; and

2)     Affidavit in support

_____

The foregoing Motion is granted with filing as of December 18, 2013.

For the Court,

<u>/s/ Marcia M. Waldron</u>
Clerk

Dated:  January 9, 2014

MMW/jw

cc:     Mr. John Paul Opoku
        Elisa P. McEnroe, Esq.
        Brian W. Shaffer, Esq.
        Barry N. Kramer, Esq.
        Claudia M. Tesoro, Esq.