**2110 Bronx Park East 2A**

**Bronx NY, 10462**

**April 8, 2014**



THE OFFICE OF NEW YORK STATE ATTORNEY GENERAL ERIC T SCHNEIDERMAN,
THE CAPITOL, ALBANY, NY 12224 - 0341

RE: **COVER LETTER & SUPPLEMENTARY COMPLAINT**

Your Excellency,

Please receive greetings from the Bronx, New York. Attached please find my complaint and accompanied exhibits.

I would like to add as a note of further elucidation that at the point of mailing my complaint to you another wave of dubious tactics of the hidden conspirators come forth. The latest irregular activity of the conspirators is very consistent with the portion of my complaint relating how a devious unidentified individual abused my social security number and personal information and opened a credit card account in my name. I immediately cancelled that account when it came to my attention. The latest event, similar to that one, has the following pattern:

a. On March 29, 2014, the hidden conspirator consulted my credit report through the Transunion Agency while impersonating Bank of America. **(Supplemental Exhibit A)**
b. Bank of America Privacy Assist immediately alerted me about the irregular activity on March 29, 2014 but I did not assess the email until April 5, 2014. **(Supplemental Exhibit B)**
c. I consulted Bank of America Credit card on April 7, 2014 and they denied consulting my credit report.
d. Coming from work on April 7, 2014 I took delivery of a letter supposedly coming from Bank of America Credit Card Company. That letter does not

   only bear the last four digits of my Bank of America Credit Card Account and my name as John Opoku, but also asking me to call a number and activate a new credit card account. I was suspicious because my Bank of America Credit Card Account has the name John P Opoku and the company always communicates to me with my name as John P. Opoku.
e. I contacted Bank of America Credit Card Company on April 8, 2014 and they have not only denied sending the letter but have also stated that the information on them is not authentic. (**Supplemental Exhibit C**)

INSIGHT: Apparently the conspirators picked the last four digits of my Bank of America Credit Card Account from the credit report they obtained unlawfully on March 29, 2014. Meanwhile I took another delivery of solicitation of the imposter called the Publication Office of Brooklyn College Alumni Association. (Exhibit D)

   I hope the latest development will throw more light on what my complaint has detailed and my concern about what could be the next plot of the conspirators.

   I wish to end here with my best regards in the hope of hearing from you at your earliest convenient time.

   Yours Respectfully

   [signature]   Date: 4/8/14   **Supplemental Exhibits attached**
   John Paul Opoku


   Cc : 1. Office of the Clerk, Maria Reyes, 601 Market Street, 21400 U.S

       CourtHouse, Philadelphia, PA 19106-1737

       2. Harlem Dialysis Center, 2615 Frederick Douglas Blvd, NY, NY 10030

**Bank of America**

Contact Us · Logout · Home

Overview · Privacy Assist Premier · Account Information · Dispute Center · FAQs · Español

## Inquiries

| | | | |
|---|---|---|---|
| **Date reported:** | | **Reporting Agency:** | TransUnion |
| **Company:** | BK OF AMER | Company Bureau ID: | 1619 B 6199555 |
| **Address:** | PO BOX 982238<br>EL PASO, TX 79998 | Industry: | Banks |
| **Telephone:** | 800-421-2110 | Type: | |

If you have questions regarding item(s) listed above please click here

Help

Report 1 of 1   View All

Home · Financial Tools · Consumer Resources · Privacy & Security · FAQs · Policies · Terms of Use · Contact Us

Bank of America, N.A. Member FDIC.  Equal Housing Lender
© 2014 Bank of America Corporation. All rights reserved. Intersections Inc. is the service provider for Bank of America's Privacy Assist products.

*Copy from the original*
*John Paul Opoku  4/8/14*
*[signature]*

**A A**

GENNADIY MAIAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087809
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

4/8/14

From: Bank of America Privacy Assist <notificationservice@privacyassist.bankofamerica.com>
To: johnopk42 <johnopk42@aol.com>
Subject: NOTIFY EXPRESS(R) Credit File Activity Alert - 2nd Notice
Date: Sat, Apr 5, 2014 2:06 am

Activate Now

*Copy from the original*
*John Paul Opoku*
*4/8/14*



GENNADIY MATAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6037600
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

**Identity Fraud is Serious**

According to Javelin Strategy & Research, 11.2 million Americans fell victim to identity fraud in 2009 totaling over $54 billion in losses.

Dear John Paul,

We recently alerted you via email about certain activity detected in your credit file. To date, you have not accessed your Bank of America® Privacy Assist Premier® account to review this activity.

**It is important that you review your NOTIFY EXPRESS® alert immediately so you can respond promptly if necessary.** Click on "Access my account" below. Once signed in, click on "View all alerts".

*4/8/14*

Access Your Account

Thank you,
Bank of America Privacy Assist® Member Services

For more information visit us online at
www.bankofamerica.com/member

To speak to a representative, please call us at 1.800.516.9561, Monday through Friday 8 a.m. to 11 p.m., and Saturday 9 a.m. to 6 p.m. Eastern.

B B

**Email preferences**
This is a service email from Bank of America. Please note that you may receive service email in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

**Contact us**
Please do not reply to this email as it is auto-generated and will not be answered. If you have questions, please either call the toll-free customer service phone number on your account statement or visit the Bank of America website to access the Contact Us page so we can properly verify your identity. The security and confidentiality of your personal information is important to us. Please do not reply to emails with sensitive information, such as account number, PIN, password, or Online ID.

**Privacy and security**
Keeping your financial information secure is one of our most important responsibilities. For an explanation of how we manage customer information, please visit the Bank of America website to read our Privacy Policy. You can also learn how Bank of America keeps your personal information secure and how you can help protect yourself.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

C█C

**ELECTRONIC SERVICE REQUESTED** 4465



## Earn 5X points

on qualifying home improvement purchases through June 30, 2014*

Hardware | Interior furnishings | Garden supplies

John Opoku
2110 Bronx Park E., Apt. 2A
Bronx, NY 10462-2236

Your credit card ending in 4147

Dear John Opoku,

Activate your offer today to earn **5X points** (up to 2,500 bonus points) on qualifying hardware, interior furnishing, and garden supply store purchases made with your BankAmericard Rewards® Visa Signature® credit card through **June 30, 2014**.

──────── **Activation is easy** ────────

Visit **bankofamerica.com/easyrewards**
or call **1.888.205.5781**

Use registration code:
0444 6201 7414 4704

or

Scan this QR code for
automatic registration

When it's time to reward yourself, choose from unlimited cash, travel, popular gift cards, and more at bankofamerica.com/myrewards.

We appreciate your business. Thank you for choosing Bank of America.

*[signature]*
GENNADIY MAIAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6037699
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20
4/8/14

*Copy from the original*
*John Paul Opoku*
*4/8/14*


**Bank of America**

007531761-J99585-V004-DS100-04465-A-0098-A-BY-4-4147-zz-8BUN-8BUN-N-N-EN-EN-P-Y-HN5P--S-BR-0444620174144704-010800-.00-2QCB0314



D D

Publication Office for
**BROOKLYN COLLEGE ALUMNI ASSOCIATION**
P.O. Box 3140
Chesapeake, VA 23327-3140

**Electronic Service Requested**

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
HCI

**FIRST-CLASS**

Received 4/7/14



**Brooklyn College** Alumni Association

Mr. John Paul Opoku, '09
2110 Bronx Park E Apt 2A
Bronx, NY 10462-2236

**FINAL NOTICE**

92290  105  146

Copy from the original

John Paul Opoku
4/8/14

GENNADIY MATAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6037869
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

4/8/14