

## COMPLAINT TO THE ATTORNEY GENERAL OF NEW YORK

### DATE: MARCH 29, 2014

### TO:

THE OFFICE OF NEW YORK STATE ATTORNEY GENERAL ERIC T SCHNEIDERMAN,
THE CAPITOL, ALBANY, NY 12224 - 0341

### FROM:

JOHN PAUL OPOKU (JOHN OPOKU: VICTIM), 2110 Bronx Park E 2A Bronx, NY
10462, TEL. 718-829-8978

### AGAINST:

a. COHEN & SLAMOWITZ, LLP/MIDLAND FUNDING LLC, 199 Crossways Park
   Dr. Woodbury, NY 11797, Tel. 516-564-6006
b. SOME HIDDEN ADVERSARIES AND CONSPIRATORS
c. THE PUBBLICATION OFFICE FOR BROOKLYN COLLEGE ALUMINI
   ASSOCIATION, P. O. BOX 3140 CHESAPEAKE, VA 23327-3140, TEL:1-800-
   550-4765.

### SUBJECT:

REPORTING DENTITY THEFT, FRAUD, ROBBERY, IRREGULAR ACTIVITIES,
UNLAWFUL INVASION OF MY PRIVACY, FALSE REPRESENTATION OF THE COURT,
POSSIBLE CIVIL CONSPIRACY, EXTORTION, HARASSMENT ETC

--------------------------------------------------------------------------------

## TABLE OF CONTENT

Subject                                                                                             Page

1. **COVER PAGE**………………………………………………………………………………………………1
2. **GREETINGS**………………………………………………………………………………………………4
3. **GENERAL OVERVIEW**
   a. Preamble & Legal Overtone……………………………………………………4 - 5
   b. The Special Characteristics of
      the Issues at stake………………………………………………………………5 – 8
   c. Summary of Issues…………………………………………………………………8 - 9
   d. Probable Motivations……………………………………………………………9 - 11
4. RELEVANT INSIGHTS:
   a. Why the pick of the Providian Credit Card
      Company of Old……………………………………………………………………11-13
   b. Initiation of Date of Birth Correction……………………………………13-15
   c. Cohen and Slamowitz, LLP surveyed my Credit
      Report for Loopholes that did not Exist……………………………………16–17
   d. The immediate Circumstances in which
      Cohen and Slamowitz, LLP emerged out of the blue………………17 – 21
   e. An Analysis of a Big Lie…………………………………………………………21 - 22
   f. Cohen and Slamowitz LLP Diverted their
      Harassment to my home address………………………………………..22 -23
5. OTHER FACTUAL REVELATIONS
   a. Unlawful wage Garnishment
      By Cohen & Slamowitz, LLP …………………………………………………23 - 24
   b. Fraudulent Writ of Garnishment……………………………………………24 - 25
   c. David A Cohen Esq. makes self-incriminating
      Reference to September 12, 2013……………………………………….25 – 26
   d. Possible Existence of an Accomplice
      In the Bronx County Court Revealed……………………………………26 - 27

e. Cohen & Slamowitz LLP/ Midland Funding LLC Possible

   Futile Attempts to Break my Strategic Silence …………………………………… 27

f. Accomplices at 2100 Park Associates LLC………………………………………27 - 30

g. Urgent Requests……………………………………………………………………………30 - 32

h. CONCLUSION………………………………………………………………………………………32

6. IDENTIFICATION OF  EXHIBITS………………………………………………………………33 – 34

7. CERTIFICATION……………………………………………………………………………………...35

8. **Separate Appendix of Exhibits Accompanied As Bound Document**

## GREETINGS:

To His Excellency, the Attorney General of the State of New York, and his Office, I send you sincerest greetings from the Bronx, New York.

## GENERAL OVERVIEW

### a. PREAMBLE & LEGAL OVERTONE

His Excellency, I write this to bring to your attention three important issues of great concern that form the core of this complaint. I ask pardon for the length of this complaint arising from the complexities of the issues therein. The fiction-like problem that brings me to contact you presents with complexity but I have tried to make it simple by way of in-depth analysis of the evidence.

    i.    Cohen & Slamowitz, LLP/ Midland Funding LLC have commenced unlawful wage garnishment against me since February 21, 2014. My delay in contacting your office has resulted from putting my facts and evidence together. In the process of doing so, many disturbing related developments have cropped up to enhance what I have always believed to be the key motivation of the culprits. I believe that, among many other violations, the actions of the culprits also violate the Fair Debt Collection Practices Act (FDCPA) at 15 USC § 1692 et seq. This codified law stresses in relevant part that, "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt", which includes, "the false representation of the character, or legal status of any debt," and the threat to take any action that cannot legally be taken."

    ii.    Presenting as a related product of the orchestration of some hidden instigators is the sudden suspicious importunities spearheaded by certain impersonators of the **Publication Office for Brooklyn College Alumni Association.** The activity of these apparent conspirators **started** on March 13, 2014 and ran on for some days.

iii.    In an apparent lack of the actual success sought in the foregoing disturbances, dubious agents at the management of 2100 PARK ASSOCIATES LLC, 145 HUGUENOT STREET, SUITE 503, NEW ROCHELLE, NY 10801 have taken the stage to harass me, apparently driven by the same hidden instigators that look to derive some benefits.

## THE SPECIAL CHARACTERISTICS OF THE ISSUES IN THE COMPLAINT

### *Cohen & Slamowitz, LLP/ Midland Funding LLC*

### *(Possible Attempts to frame me up for consumer fraud Allegation)*

The fiction-like, jaw-dropping problem I bring seems to have been orchestrated by a group of hidden conspirators who have some inkling that they could be investigated for fraud, conspiracy, or serious violations of the law of the United States and have therefore taken to some dubious measures of cover up in an attempt to make me a victim again and again. It is in this context that I believe that the issues raised in this complaint have any meaning and relevance.

First and foremost, in addition to exhibiting all the characteristics forbade by the FDCPA at 15 USC § 1692, the activities undertaken by Cohen & Slamowitz, LLP/ Midland Funding LLC against me since August 18, 2012 exhibit some unique characteristics that require a different kind of appreciation, namely consideration of possible hidden instigators, and motivations that go beyond money. The scheme seems to target a fabrication of some false basis to get me demonized for the purposes of some unscrupulous hidden instigators.

Cohen & Slamowitz, LLP/ Midland Funding LLC's unauthorized and mysterious source of my social security number and other personal information (identity theft), as well as the timing of their sudden emergence from nowhere to start trouble, in addition to their proven false claims, and dubious falsifications, and impersonation of the Bronx County Court, seem to support the existence of some conspiracy emanating from some vengeful tactics spearheaded by some hidden accomplices.

### *OF the Brooklyn College*

### *Alumni Association Impersonators*

### *(Possible Attempts to impersonate my person by false publicationand representations)*

Equally, exactly at the time when the months of struggle by Cohen & Slamowitz, LLP/ Midland Funding LLC have resulted in unlawful wage garnishment seemingly without the full accomplishment targeted, certain impersonators who call themselves the **Publication Office for Brooklyn College Alumni Association** comes in with suspicious importunities.  Even though I have been an inactive member of the **Brooklyn College Alumni Association** since graduating with Masters Degree from Brooklyn College of CUNY in 2009, I have had no contact, whatsoever, with this organization and therefore their out of the blue and sudden contact marked by a suspicious timing, suspicious demonstration of urgency, and suspicious tone of solicitation, especially at the time close to when the judges of the Third Circuit Court of Appeals may begin taking a decision on my court case 13-4076 10/10/13, gives a cause for concern.

Some **undated** solicitation cards from the so-called **Publication Office for Brooklyn College Alumni Association** delivered to me on 3/13/2014, respectively have given a hint that those hidden individuals are in possession of some dooming publication material of unknown nature and origin they intend to publish in my name to damage my image. **(See Exhibits 41 – 42)** Since taking delivery of three solicitation cards from the "**Publication Office for Brooklyn College Alumni Association", which is** said to be based in the State of Virginia, at least seven phone calls from the phone number 718-951-5000 identified with Brooklyn College have followed .  In breakdown, the mentioned phone calls came in the following order, 3/22/14 (2 calls to my Home and Cellular phones), 3/23/14 (Sunday, at 4:05 PM, on my home and Cellular phones), 3/29/14 (Saturday, 11:47AM, on my Cellular phone), 3/30/14 (Sunday, two calls, 4:03 PM).

Remarkably all the above phone calls were made to me on the Weekends. I have noted the phone number 718-951-5000 to be associated with my former College, the Brooklyn College of CUNY in New York. I have had authentic phone calls and text messages from Brooklyn College of CUNY in the past years in association with my donations to the Brooklyn College Foundation, or the CUNY Emergency Alert systems. Significantly noted, in those authentic phone contacts messages were left by the callers in regard to the purpose of the contacts. On the contrary, however, in the recent suspicious phone calls in point the person failed to leave any message.

It appears that just as the hidden instigators worked together with Cohen & Slamowitz, LLP/ Midland Funding LLC through accomplices in in the Bronx County Court to facilitate their scheme (to be exposed shortly), so have they found accomplices and impersonators at the **Publication Office of Brooklyn College Alumni Association.** There has been a sign that a person at the Brooklyn College administration, who has demonstrated some interest to lure me into trouble, has abetted the scheme of the hidden instigators. It would therefore be precarious for me not to trust my instinct (as doing so has been beneficial to me most of the times) and view the sudden contact by the so-called **Publication Office for Brooklyn College Alumni Association** and the apparent follow-up calls as extraordinary.

Most importantly, following the last suspicious phone call I declined on Sunday, 3/30/14, I received on 3/31/14 an invitation card supposedly coming from the **Brooklyn College Alumni Association**. What, however, might look very ordinary does not look so ordinary in the context I have been positioned.

### *Of the Agents at 2100 Park Associates LLC*

#### *(Possible Attempts to misrepresent my Home Address to pave way*

#### *For impersonation)*

Just as the impersonators of the Brooklyn **College Alumni Association** suddenly kicked in when the efforts of Cohen & Slamowitz, LLP/ Midland Funding LLC came to a dead-end without the apparent full result they desired for their

hidden instigators and promoters, so have some dubious conspirators from **2100 Park Associates LLC** conspired to abet my hidden foes who seek my downfall

Thorough review of **Exhibits 43- 49** would favor the belief that the same hidden conspirators, who without success chose my work place as a platform to destroy my image through Cohen & Slamowitz, LLP/Midland Funding LLC, shifted to the Brooklyn College of CUNY to where I am connected, and has now brought their scheme to the very abode where I go to lay my head after a long day of labor, are the ones behind the Apartment farce. The question is, what do they want?

## SUMMARY OF ISSUES

In a gist, Cohen & Slamowitz, LLP/ Midland Funding LLC have illegally procured my social security number and other personal information from an unidentified unauthorized source, have devised a scheme around it upon possibly consulting the pre-screened credit offer list managed and maintained by the ESPERAN Consumer Credit report agency (*this list shows the Credit Card Companies that have come to be in association with the last four digits of the social security number of any pre-screened consumer. It does not include specifics, such as where a person works or has worked. If it did, Cohen & Slamowitz, LLP would probably not have demanded on 8/18/12 that Harlem Dialysis Center tells them a possible new work place if I were still not working there (See Exhibit 53 – highlighted information*).

Cohen & Slamowitz, LLP picked from the above indicated source the knowledge that I had once done business with the **Providian National Bank Credit Card** of old that no longer exists, (as it was sold out in 2005 to another owner and was sold again to a third owner about two years later and had since been under new terms, new owners, and new management (See **Exhibit 54**)), went on to make a debt tied to my name and my social security number in relation to this company of old, persistently harassed me at my work place (Harlem Dialysis Center) by letters and apparent unanimous phone calls, later turned their harassment to my home address through letters, and finally bypassed my work

place to contact Automatic Data Processing (ADP) directly to begin garnishing my wages on some false claim that there has been a court judgment against me.

Again, my graduation **Suma Cum Laude** from Brooklyn College in the top 1% of my graduation class comes in to highlight my academic standard in the natural sciences everywhere else, and ridicules the exceptional prejudice meted out to me in the issues that form the core of my Federal Appeals' Court Case 13-4076; 10/10/13 still pending. The key defendants in this case are aware of my academic performance, including that in Brooklyn College of CUNY from where they received my official academic transcript. **(See Exhibit 52)** Apparently, in an effort to sway the public, my distractors are seeking to publish something totally contradictory to this truth.

## PROBABLE MOTIVATIONS

AS **PERTAINS TO COHEN & SLAMOWITZ, LLP**: I should like to state that, the circumstances surrounding the August 18, 2012 emergence of Cohen & Slamowitz, LLP/ Midland Funding LLC out of the blue, as well as their irregular activities organized around the unlawful possession of my personal information, lead me to infer that the money currently being garnished from my wages by these individuals is only a subsidiary motivation that has stood out in their malicious scheme because of my strategic silence. Apparently the strategic silence I have adopted to deal with the otherwise dilemmatic situation has made it possible for the individuals to be found in the act of robbery, but I believe that there is more to it than just money. Ostensibly operating under their license as debt collectors, Cohen & Slamowitz, LLP/ Midland Funding LLC, in a show of solidarity with some hidden conspirators, have decided to abuse my social security number that has been illegally handed to them by those vengeful individuals who have demonstrated the penchant to make life unbearable for me in the United States.

**AS PERTAINS TO THE PUBLICATION OFFICE FOR BROOKLYN COLLEGE ALUMNI:** The motivation behind the contact by the **Publication Office for Brooklyn College Alumni Association** is uncertain, as I have been a totally private person since graduating from Brooklyn College of CUNY, and there is no simple

understanding as to why they will be suddenly excited about contacting me. I graduated Summa Cum Laude in 2009 from this College but I was not published then and I was not approached with a request to be published. I have had no contact whatsoever with this publication office at any point, as I have not deemed that necessary in any way, have not authorized anybody to arrange that on my behalf or submit any publication material on my behalf, or do not see the merits of doing so, for me or the Brooklyn College at this time. If even I were to see the merits of doing so, why does it have to be urgent, as the notice from the **Publication Office for Brooklyn College Alumni Association** makes it look? This publication Office with which I have had no contact in any way writes in their undated solicitation notice stating that, "*We are currently in the final stages of preparing Brooklyn College Alumni Today, a publication that will feature listings along with photos and essays submitted by alumni. We need your help! A brief telephone call will ensure your listing is completely accurate and up-to-date*." **(See Exhibit 41).**

The above statement presupposes that there is some publishing material at the **Publication Office for Brooklyn College Alumni Association** and they want to review its accuracy with me by phone before publishing it. Apparently there are so many loopholes in this invitation for my foes to exploit if they are indeed the instigators and I make any mistake to contact these publishers who suddenly come at me with a sense of urgency soliciting my contact. Can one check the accuracy of a photo on the phone as they claim? What about if the photo they say they have to go with some listings is somebody else's photo my adversaries have submitted to support their attempt to seek defense through making up a story of impersonation? Again, I have not written any essay or made any statement to the **Publication Office for Brooklyn College Alumni Association** to be published. What if the person seeking my contact by the phone presents to me ambiguous queries on the phone and goes on to reframe it in the way he/she and my adversaries are pleased to have it framed?

Most importantly, what about if the person requesting my contact has been engaged by my opponents and takes my mere contact, irrespective of what I

say, to falsely represent that I have endorsed whatever false material they have to publish?

My insights regarding the so-called **Publication Office for Brooklyn College Alumni Association** might not be farfetched, as it will be known shortly in details that in the course of the scheme put forth by Cohen & Slamowitz, LLP/ Midland Funding LLC, the mail contact by the apparent **Jury duty Office in the Bronx county Court on** September 12, 2013 has been forced into association with a false claim of my knowledge of some court Judgment against me. If the same hidden schemers, as powerful and influential as they might be, have favorable connection with someone at the **Publication Office for Brooklyn College Alumni Association** and have submitted some publishing materials that contradict the truth they and I know in connection with my association with the Brooklyn College, and that falsehood comes to be published under my name faking my endorsement to deceive the public, then I would have been tricked to contribute to my own downfall.

### AS PERTAINS TO THE DUBIOUS AGENTS AT 2100 PARK ASSOCIATES LLC:

The hidden conspirators have been aggressive to get my contact through many dubious means in support of their efforts to frame me up. Since every means they have tried so far has been unsuccessful, they have brought their scheme to my residence in their effort to discredit the truth about my address.

### RELEVANT INSIGHTS

### a. WHY THE PICK OF THE PROVIDIAN CREDIT CARD COMPANY OF OLD BY COHEN & SLAMOWITZ, LLP/ MIDLAND FUNDING LLC?

Apparently, Cohen & Slamowitz, LLP/ Midland Funding LLC have presumed that it has been long since the Providian Credit Card Company of old was sold out in 2005 and sold again to CHASE. As it were, an average number of credit card customers might not be able to preserve the documents of their business transaction with a company for thirteen years and therefore these individuals imagine a big loophole to exploit. (I have discarded most of the documentation of my transaction with this company as well but I have sufficient preserved to prove

the nature of my relationship).This company is not present to be consulted and be questioned about the claims of Cohen & Slamowitz, LLP/ Midland Funding LLC, as my attempt to contact and question the new Providian has confirmed. The Providian was sold out nine years ago to new owners and has been under new management. Therefore Cohen & Slamowitz, LLP/ Midland Funding LLC apparently see an opportunity to presume upon their position as licensed debt collectors and present themselves as the remnant of that non-existing credit card company with the rights to make debtors of its former customers they find convenient to be subjected to harassment, abuse, extortion, and robbery.

The truth Cohen & Slamowitz, LLP/ Midland Funding LLC do not know yet about my business relationship with the Providian Credit card of old, however, is that, as my first ever credit card in my early twenties, when I was still in Medical School outside the United States but used to visit my relatives in the States from time to time, I opened the credit card account with Providian National Bank Credit Card of old in 1999. The credit card account number indicated by Cohen & Slamowitz, LLP/ Midland Funding LLC in their briefs (XXXX-XXXX-XXXX-2100) does not reflect any of the credit card accounts I operated with Providian National Bank Credit Card. My credit card account number with Providian was originally XXXX-XXXX-XXXX-7482). When I closed my Providian National Bank Credit Card account in good standing in October 2001, the company did not only assign me a new credit card account number XXXX-XXXX-XXXX-6696 for the purpose of settling the remaining balance of $815.00 in monthly installment but also at my request changed the mailing address I had on record to a new mailing address I provided. It is obvious that the pre-screened credit offer listings consulted by Cohen & Slamowitz LLP et al does not provide this detail history.

By the end of August 2002, I had paid off the total balance due on the closed account in monthly installment, according as I had arranged with the Credit Card Company. I received notices for the monthly instalment payment of my balance, as well as a notice of the final payment. (**See Exhibits 1– 16: Providian Credit Card Account information**). Consequently my credit report has not shown delinquency or collections at any point in time and I have always enjoyed

excellent credit status since I established credit in 1999. (**See Exhibits 17 – 20: Credit Reports**)

## b. THE NECESSARY INITIATION OF DATE OF BIRTH CORRECTION IN 2009 HAS BEEN <u>APPARENTLY DEEMED A SOFT SPOT BY OPPORTUNISTIC ADVERSARIES</u>

In May 2009, when all the vital basic requirements were completed for me to proceed to initiate a correction of some typological error in my year of birth, I first brought it to the attention of Brooklyn College of CUNY from where I would soon exit on graduation for Masters Degree. (**See Exhibit 50**). I had also hinted some representatives of the Education Commission for Foreign Medical Graduates (ECFMG) about the need to make the correction someday and had received guidance as to how to go about it. ECFMG tangled me with prejudice immediately after I finished the USMLE Step 1 and it showed my performance was excellent. That did not give me focus to do anything that was necessary regarding credentialing program. Nearly eighteen months later, when the correction was accomplished at some basic level and I was entertaining some belief that ECFMG had learned some lessons about my intolerance about injustice as a result of the Civil Right complaint of discrimination, profiling, mistreatment, and I brought against them at the Pennsylvania Human Relations Commission (PHRC), I came to focus on credentialing again and the things that were necessary.

Notably, the legal battle with ECFMG had not only preoccupied my attention but had also brought me to question the integrity of ECFMG. The signs I read from an Attorney I had retained at the time rekindled my interest to go on with ECFMG's certification program and the correction of my year of birth that was presented to me to be at a critical point came into focus. Notably, in July 2010, I was made to understand that I satisfied all the requirements needed to proceed on the correction of my year of birth in my ECFMG's private record. Accordingly, I effected the correction and submitted in support a copy of my birth certificate, as required of every candidate that needed that service.

Markedly, for me alone, (already battling the prejudice of ECFMG) ECFMG demanded a copy of my passport, as well, and I obliged. (**See Exhibit 51**)

Unfortunately, however, ECFMG apparently came to regard the correction of my date of birth in my private record as a sprung up loophole to tap to support their cover-up of the prejudice already meted out to me. Again, seeing same as a loophole to exploit, their baseless efforts to demonize me to justify their mistreatment mounted. In a fake *Motion to Dismiss Complaint,* which they submitted in August 2009 to a PHRC that came to be identified as fake, ECFMG and their lawyer gave a hint that they were ready to put unkind construction on the date of birth correction I effected with their advice and guidance. However, when I counteracted their argument citing that I took the advice of ECFMG operatives to effect the change I deemed necessary, even at a time when I did not see it as opportune to do so, ECFMG backed off and has not openly brought it up anywhere else.

Notably, ECFMG's efforts to turn the date of birth correction into a loophole to justify their mistreatments of me failed when it later came to light that they had ill-influenced the representatives of PHRC against judicial integrity by presenting and fooling me with a fake PHRC marked by a fake Docket number and forged letters sent to me in the name of some of the officials of the authentic PHRC, including at least one who had long retired from the authentic PHRC. The unfortunate finding about the lack of integrity of the "PHRC" representatives I was dealing with was a game-changer and ECFMG and their lawyer could not move forward with their efforts to demonize me by turning my date of birth correction into a loophole.

In the wake of the above revelation, ECFMG quickly and secretly moved their Registration office involved in the scandal from Philadelphia (PA) to Newark in New Jersey (A new Sate) while falsely claiming that PHRC had no jurisdiction over my complaint. This was exactly at a time when a champion at the authentic PHRC had found out about the underground fake PHRC's due process and unexpectedly stood up for me to challenge the conspirators involved. As it indicated, the complaint I believed had been officially filed at the authentic PHRC and was being properly handled was rather not officially documented or recognized at the authentic PHRC and therefore became an issue in the Federal

District Court Case 12-3457 later. The case is still pending as the Third Circuit Court of Appeals' case 13-4076, 10/10/13.

As it were, ECFMG and their lawyer could not move forward with their efforts to make a loophole of my date of birth correction due to lack of any tangible reason but something mysterious happened some few weeks later, which is very consistent with what is happening now. Notably, in 2010, shortly after accomplishing my year of birth correction with ECFMG, a credit card Company opened a credit card account in my name without my consent. It happened that a representative of the Company based in Philadelphia contacted me on the phone talking about the benefits of owing their credit card. I politely turned down the offer and requested the representative to send me the literature for my review to help me make an informed decision (I already had a credit card with $10,000.00 credit line and I was not using even $1000.00 a year and I did not see the need for another). The representative verified only my mailing address. The next mail I took from the credit card company, however, was a credit card statement with a credit card attached to it signifying that a credit card had already been opened under my corrected Date of Birth that still needed to go through further legal steps to become public. (**See Exhibits 17 -20**)

Since I was aware that my corrected date of birth still needed to go through further legal steps to become fully official in my public records, the above action was something I never tolerated. As required, I immediately called the Credit Card Company and had the credit card account closed. (**See Exhibit 17, at p. 12**) Notably, the credit card was opened without my consent, as I did not give my **social security number** to the said representative who contacted me in a phone call. The transaction, however, appeared later on my credit report suggesting that someone mysterious somewhere, who had access to my social security number and is highly knowledgeable about the consumer law, had probably filed an online application for the credit card in my name, out of malice, using my corrected date of birth that I had not fully made official, (**probably in an attempt to create a legal loophole for consumer fraud allegation to discredit me in view of the scandals I uncovered**).

### c. COHEN & SLAMOWITZ, LLP SURVEYED MY CREDIT REPORT FOR LOOPHOLES THAT DID NOT EXIST

Through the Credit Security I have set on my identity since the above incidence occurred, it has come to my attention that Cohen & Slamowitz, LLP consulted my credit report in September 2012 without my consent shortly after writing to my work place (Harlem Dialysis Center) for the first time. Thus, it stands clear that when Cohen & Slamowitz decided to start this trouble, they surveyed my credit report and found no loopholes (No record of delinquency or collections documented or removed within the last seven years in which they claim a civil right court action was brought against John Opoku with the social security number XXX-XX-8201) but they still ignored the absence of any loophole that would make their scheme successful. **(See Exhibit 17, at p. 10: highlighted)**

The consultation with my credit report by Cohen & Slamowitz, LLP that took place more than six years after their alleged court judgment against me and shortly after they wrote to my Work place to ask for my social security number (so to cover their unlawful source of my social security number and other personal information), could not have been done without my social security number. **(See Exhibit 17, p. 10).** Again, **when computed from October 2005 when Providian National Bank was sold (Cohen & Slamowitz claim that they filed court case against me in February 2006) to September 2012 when** Cohen & Slamowitz consulted my credit report, it is noted that seven years had not yet passed but there was no record of **Delinquency or Collection** in place or removed from my financial records. On what basis did these individuals still proceed on their scheme?

Few more questions emanate to enhance the facts above consideration: Why did Cohen & Slamowitz, LLP defer the unlawful consultation of my credit report to few days after writing to my work place on August 18, 2012, something they had the opportunity to do before, since they already had illegal possession of my personal information, especially my social security number? Notably the same pre-screened offer that lists my old address also lists my current home

address along and not my work address. Why did Cohen & Slamowitz, LLP pretend to have no knowledge of my current home address? Could this also not be an indication that Cohen & Slamowitz LLP did not come to possess my Social Security number unlawfully until August 15, 2012 and certainly not after September 2012? If they had it earlier than 8/15/12, what would have prevented their aggressive use of it, as they have exhibited? Was their survey of my credit report meant to detect the status of the credit card that was opened by a mysterious person in my name using my corrected date of birth that still had to go through additional legal steps to become fully incorporated into my public?

### d. THE IMMEDIATE CIRCUMSTANCES IN WHICH COHEN AND SLAMOWITZ EMERGED OUT OF THE BLUE WELDING MY SOCIAL SECURITY

### <u>NUMBER LIKE A TROPHY</u>

His Excellency, to appreciate and understand the possible motives behind the efforts by Cohen & Slamowitz, LLP/Midland Funding LLC to link me to some debt they have made up, as well as from where they unlawfully got my social security number and other personal information to drive their scheme, it might be worthwhile that special attention is paid to the immediate circumstances in which the individuals suddenly emerged out of the blue with my social security number and started the massive assault on my peace of mind.

Cohen & Slamowitz LLP came fiercely at me and out of the blue on 08/18/2012 while illegally wielding my social security number and falsely claiming that the **Bronx County Court Clerk** had entered judgment against me. Three days before this date, specifically on 8/15/12, the federal District Court for the Eastern District of Pennsylvania had just documented my pro se plaintiff brief revealing the self-incriminating evidence presented to the Court by some of the defendants in the federal court case 12-cv-03457 (See also 13-4076; 10/10/13). The defendants could not raise any objections to the revelations therein. Is it possible that one or two individuals related to that case might have had some contact with Cohen & Slamowitz LLP, as attorney friends, to solicit their help against me not only for them to make up some debt as a reason to invade my privacy to check for

loopholes they believed could exist but also to lure me into contact with them for their scheme to frame me up?

Since it was August 18, 2012, just three days after the above indicated revelation in a brief I submitted in the Federal District Court that Cohen & Slamowitz, LLP/Midland Funding LLC, out from nowhere, wrote to my work place at Harlem Dialysis Center in New York (by a letter signed by David A Cohen Esq. on 8/17/12), wielding my social security number, it is not unreasonable to assume that they were acting under some ill influence. It was the first time I ever heard of these individuals. In addition to my old mailing address, the letter they sent bore my social security number they had come to illegally possess, most likely not earlier than August 15, 2012, yet under pretense they were still asking my work place to give them my social security number and other personal information and requested that to be notarized. The letter was also accompanied by a false subpoena that was meant to intimidate my work place into obliging. (**See Exhibit 25**). I believe that the above said letter demonstrates an attempt to cover their unlawful source of my personal information.

Once again, the aggressive use of my social security number by Cohen & Slamowitz, LLP/Midland Funding LLC, including parading it as a trophy on every document they sent to a third party while falsely portraying that they had found their fugitive, suggests that they could not have unlawfully possessed this most sensitive personal information of mine earlier than August 15, 2012, for nothing would have prevented them from being equally aggressive before August 15, 2012 if they had this information before then. Cohen & Slamowitz, LLP/Midland Funding LLC have unlawfully assumed the right to wield my most sensitive personal information or use it to invade my privacy on the pretext that I owe them, and not only these actions raise the following questions but also their sudden and out of the blue appearance that coincided with one of the most revealing Court Briefs I submitted in the case 12-cv-03457, as I see it:

1. Has the unrelated Federal District Court Civil Case 12-cv-03457 filed by me on June 19, 2012 at the Eastern District of Pennsylvania and the Federal Third Circuit Court of Appeals case 13-04076, 10/10/13 (Opoku

v. Education Commission for Foreign Medical Graduates et al) inspired the dubious and vengeful attack by Cohen & Slamowitz LLP who unlawfully came to wield my most sensitive personal information?

2. Could at least one or two individuals of interest have formed some mutually beneficial scheme with Cohen & Slamowitz LLP whereby Cohen & Slamowitz, LLP/Midland Funding LLC, in their capacity as licensed debt collectors, would benefit from some debt they have made up and tied to my social security number while the others benefited from a dilemma that would set me up and allowed Cohen & Slamowitz LLP to act as **Intervenor ? (Federal Rules of Civil Procedure Rule 24)**.

3. Notably, at least one or two of the defendants in the above case, because of their special business connection with me, is in possession of everything I own that I can describe as personal and most sensitive information, including my social security number, my work address, my current home address, my home phone number, my cellphone number, email address, copy of my passport, copy of my birth certificate , work phone number, work address, copies of all my academic certificates, official medical school transcripts, and other official academic transcripts, my Medical School Graduate Diploma, in fact every information I have as a person, and above all the knowledge that I have initiated the correction of some error with my year of birth.

4. Cohen & Slamowitz, LLP's sudden survey of my credit report in 09/2012 without my consent and invasion of my privacy at my work place without my consent came in line with the right they have assumed over me while abusing their license as a debt collector. By falsely making me a debtor who owes them, using my personal information they have come to acquire unlawfully from some unidentified unauthorized interested source, they might appear to third parties as legitimate, as ADP has demonstrated. If I did not have sufficient amount of my records with the Providian National Bank of old preserved, as I do with

most personal documents, could Cohen & Slamowitz, LLP and their instigators not get me doomed to get away with public corruption?

5. Now, in a Federal Court case I am involved as the plaintiff, I have raised and proved that my opponents have subjected me to unlawful and inhumane treatments that violate my civil and human rights. It is a federal question case whose outcome affects every individual in my social and legal class. The defendants have argued that I deserve the inhumane treatment but have not been able to provide a single evidence to support their claim. Our arguments touch on the foundations of the Constitution of the United States. To be able to pass over the big gulf in their arguments, the defendants, represented by seasoned lawyers, would have to find a way to isolate me from my social and legal class and distinguish me as misfit. This means that they have to prove that I am essentially and uniquely evil, injurious to society, and distinguished from every human being. Would such defendants spare any dubious means to use **INTERVENTION** in Law?

6. Under the foregoing circumstances, Cohen & Slamowitz, LLP/Midland Funding LLC came at me fiercely and with a dilemma.

7. In this dilemma presented to me, my opponents would be on the winning side if I were to contact Cohen & Slamowitz, LLP/Midland Funding LLC to declare with/without any evidence that I did not owe the debt they have created, as they apparently expected me to do. Since they have demonstrated that they are not interested in the truth, for they would have backed off after secretly consulting my credit report, and found no loophole. If I ever contacted them, as they have labored in vain without achieving, could they not have put in my mouth any words that serve their interest? If I were naïve to do so, they could for instance make a false claim that I am running away from a debt I have supposedly incurred under my officially documented date of birth. In this setting, the possible hidden instigators of the scheme could also make a case of consumer fraud to satisfy their search for avenues to portray me as a danger to society in order to get away with injustice and abuse.

8. I have seized the dilemma by the horn by remaining silent while gathering my evidence rather than contacting Cohen & Slamowitz, LLP/Midland Funding LLC to refute their claim. I have quietly and painfully watched them garnishing 10% of my wages unlawfully every bi-weekly but by so doing I have apparently denied them and their possible instigators the key benefits they sought from the scheme. My strategy, however, has cast light on Cohen & Slamowitz, LLP/Midland Funding LLC exactly in the middle of a crime, the same trap they had cleverly set for me as a dilemma.

### e.  **AN ANALYSIS OF A BIG LIE PERTAINING TO THE ALLEGED COURT JUDGMENT**

Cohen & Slamowitz, LLP's letter of August 17, 2012, postmarked August 18, 2012 did not only claim that the Bronx County Court Clerk had entered judgment against me in their favor on May 22, 2006 for $2,792.22 with interest, but also cited the old Providian National Bank as the original creditor and stated that the said "judgment" remained unpaid because I disappeared thereafter and my whereabouts were not known. (**My credit line with Providian National Bank was less than $2000.00 !!!!!!!!!!!!!**)

The lies of Cohen & Slamowitz, LLP/Midland Funding LLC regarding the claim of some Court judgment against me become evident when viewed against its lack of consistency with the court system. Absolutely no tax payer who files annual income tax returns every year and receives income tax refund can run away from a judgment by a Court for $2,792.22 since May 2006 for it to accumulate to $4,630.49.00 in 2013. Notably, I have been filing Federal and State Income tax returns every year during at least the period of 2006 and 2013 and taking in a tax refund not less than $2000.00 every year in Federal and State Income tax returns combined. Between 2006 and 2013 I have received Federal and State Income tax refund not less than $10,000.00. Absolutely no income tax refund has been withheld from me by IRS ever.

From the way the court system works, a person who is documented by the Court to owe any money to the government or a party in court judgment never gets his/her due income tax refund from IRS until his or her debt documented by the Court is fully paid off by the tax refund. This is because the tax refund goes first to cover any Court judgment.

Now, Cohen & Slamowitz, LLP/Midland Funding LLC write to Harlem Dialysis Center about August 18, 2012, parading my social security number, as if it were a trophy taken in a battle field from a defeated enemy, and claims that the person with that social security number (**John Opoku**) disappeared and was nowhere to be found by the court after the said court judgment on May 22, 2006. Meanwhile the person (**John Opoku**) receives his full income tax refund every year, which makes the falsehood of the claim of Cohen & Slamowitz, LLP/Midland Funding LLC self-evident. In representing the same falsehood, Cohen & Slamowitz, LLP/Midland Funding LLC have further stated that as a result of my alleged disappearance the said court judgment of $2,792.22 has accumulated to $4,630.49.00 in 2014. They have begun garnishing my wages on the basis of this false claim. Is the 10% bi-weekly wage garnishment by Cohen & Slamowitz, LLP/Midland Funding LLC towards this made –up debt not vicious robbery and exploitation?

### f. COHEN AND SLAMOWITZ, LLP DIVERTED THEIR HARASSMENT

### TO MY HOME ADDRESS

As it were, the Officials of Harlem Dialysis Center, who took possession of the above mentioned letter, brought it to my attention and disregarded it on account of my denial of the claims and on my advice. Beginning October 26, 2012, about two months after this letter was sent to Harlem Dialysis Center and it had not received any response, Cohen & Slamowitz/Midland Funding LLC started directing their correspondence to my current home address. (**See Exhibits 26 – 32.**) Notably, they had earlier indicated in their letter of August 17, 2012 that they did not know my current home address or my whereabouts after the alleged court judgment against me. (**See Exhibit 25**) It appears that they wanted to manipulate and mislead my work place into taking responsibility of their illegal

possession of my social security number and other personal information, to start with, to cover their unlawful source of that information, as the accompanied false subpoena had indicated.

## OTHER FACTUAL REVELATIONS

### a. Unlawful wage Garnishment by Cohen & Slamowitz LLP

As the climax of an identity theft, false representations, deceptions, and severe harassment engaged in by Cohen & Slamowitz, LLP/ Midland Funding LLC since August 2012, my bi-weekly wages at the **New York Dialysis Services (Harlem Dialysis Center)** have been subjected to unlawful garnishment to the tune of 10% of my bi-weekly wages. The unlawful wage garnishment that began on February 21, 2014 with an amount of $282.38 or10% of my pre-tax wages is set to continue every pay period to the tune of $4,630.49.00 and more. **(See Exhibit 22 – 24).** As of the time of writing this complaint, $1184.02 has been unlawfully garnished from my wages and it is continuing. **(See Exhibit 22)**

Notably, the Writ of Garnishment  Cohen & Slamowitz, LLP/ Midland Funding LLC presented to deceive the Automatic Data Processing (ADP) **(See Exhibit 21)** to cause the unlawful garnishment of my wages is marked by three important clues of fraud, namely,

i. I closed my Providian National Bank Credit Card account in good standing in October 2001. I paid off any balance due on my account and therefore the need for me to be referred to a collection agency did not arise at any point in time. My Providian credit card account documents in my possession, reinforced by my credit report that was unlawfully consulted by Cohen & Slamowitz, LLP in September 2012, bear the testimony. **(Exhibits 1 – 16)**

ii. To the best of my knowledge, there has not been any court judgment against me, as claimed by Cohen & Slamowitz, LLP/ Midland Funding LLC. To this effect the Writ of Garnishment written by David A Cohen Esq. and sent to ADP has no attachment of any official court order or

judgment, as one with keen knowledge of the intricacies of the law would expect. This is because Cohen & Slamowitz, LLP/ Midland Funding LLC's claim of court judgment against me on May 22, 2006 for $2,792.22 with interest is false. **(See Exhibits 17 – 20; 26 – 32; 34-36; )**

iii. Notably, David A Cohen Esq. makes self-incriminating reference to September 12, 2013 on the false Writ of Garnishment. I have sufficient knowledge to form a belief that this statement on the false Writ of Garnishment by David A Cohen Esq. uncovers a clear evidence of abuse of the Bronx County JURY DUTY process by Cohen & Slamowitz, LLP/ Midland Funding LLC and some hidden accomplices. **(Exhibits  33-36)**

## b.  *The Fraudulent Writ of Garnishment wrote to ADP by David A. Cohen ESQ has no attachment of any official court order or judgment because the claim is false.*

Besides the fact that between at least the period of 2006 -2013 I have been receiving my full income tax refund from both the State and federal that is more than the false debt Cohen & Slamowitz, LLP has indicated, (which is inconsistent with the claim by Cohen & Slamowitz, LLP that the court has been looking for me and cannot find me), the Public Records section of my Credit report has not indicated at any point in time that there has ever been any court judgment against me. I did not receive any court summons at any point in time at my old address where my relatives still reside, neither at my new address, so as to justify any judgment against me in default by the Clerk of Court of the Bronx County Court instead of a Judge. **(See Exhibits 17 - 20: Official Credit Report).**

Again, as reinforcement of the above insight, the most authentic sources for Court Case records have not documented any court judgment against me at any point in time. Notably, the **PACER Case Locator** listings of all case types do not establish any civil lawsuit against me pertaining to the Court index number 11242-06 cited by Cohen & Slamowitz, LLP/Midland Funding LLC. Equally, the **WebCivil Supreme**, another authentic source of Court records, has not linked me with the court index number 11242-06. **(See Exhibits 38 - 39).**

### c. *David A Cohen Esq. makes self- incriminating reference*
### *to September 12, 2013*

Specifically, under the heading "CURRENT AMOUNT DUE" subheading on the false writ of garnishment, Cohen & Slamowitz, LLP/Midland Funding LLC have stated, *"$4,630.49 plus interest from September 12, 2013"* (**See Exhibits 21, & 34- 36, highlighted**.) This statement seems to suggest that I have had contact with the Bronx County court on *September 12, 2013* in connection with the fabricated debt, and it is completely untrue.

The truth behind the preposterous reference to September 12, 2013 is in connection with JURY DUTY invitation sent to me on 9/12. On September 12, 2013, I took delivery of a mail in relation to the JURY DUTY questionnaire I was being asked to answer and return. Specifically the document enclosed was requiring me to provide my social security number and other personal information along with some enquiries. I was required to mail it back to the court in an enclosed envelope on which I was expected to write my current home address.

Suspicious of the process I had been asked to participate, as I had not too long ago presented at the Bronx County Court in person to respond to an invitation for jury duty, I provided the information requested but I also trusted my instinct and notarized it with an affidavit on September 17, 2013, specifying that I was providing the information specifically for the purpose stated on the form. (**See EXHIBIT 33**). I placed the form in the enclosed envelope without writing my address on it, as demanded, and then placed the whole envelope in an UPS express mail envelope that was mailed the same date as certified mail directly to the Commissioner of Jurors (Bronx County Court Clerk).

I have sufficient knowledge to form a belief that Cohen & Slamowitz, LLP/Midland Funding LLC and their possible hidden accomplices never got back the information I provided on the Jury Duty form because of the manner in which I packaged and sent the form back to the Court on September 17, 2013 and therefore they believe that I did not send it back. The date of dispatch, however, is documented by whomever in the court that sent it. It is therefore significant

that Cohen & Slamowitz, LLP/Midland Funding LLC reveal themselves as the brain behind the scheme by making reference only to the **September 12, 2013** on which the Jury Duty form was sent to me, and not the date I sent it directly back to the Commissioner of Juror notarized with the information demanded.

### POSSIBLE EXISTENCE OF AN ACCOMPLICE IN THE BRONX

### COUNTY COURT REVEALED

In removing every doubt, David A. Cohen Esq.'s reference to **September 12, 2013** is not only self-incriminating but also reveals an accomplice at the Bronx County Court. It uncovers a clear evidence of an abuse of the JURY DUTY process in the County of Bronx for the illegal ends of some opportunistic individuals. Apparently, upon knowing that Harlem Dialysis Center and I had ignored all their opportunistic contacts meant to validate their unlawful possession of my social security number and other personal information, Cohen & Slamowitz, LLP/Midland Funding LLC undertook a new strategy to represent an involvement of the office of a Court official, namely the office of the New York City Marshal Gregg E. Bienstock,(Badge No. 17.) (**See Exhibits 34 – 36**)

The last three false letters dispatched to me and my work place (Harlem Dialysis Center) by Cohen & Slamowitz, LLP/Midland Funding LLC after the JURY DUTY stunt, which just preceded the unlawful garnishment of my wages, were written on the letter heads of the City Marshal Gregg E. Beinstock (Badge No. 17). Those letters were dated September 19, 2013, October 10, 2013, and December 19, 2013 respectively. (**See Exhibits 34 - 36**). It goes without saying that, on September 12, 2013, slightly more than one year after Cohen & Slamowitz, LLP/Midland Funding LLC had made their very first contact with Harlem Dialysis Center through a letter carrying my Social security number, these individuals engaged in a deceptive scheme to bring into their scheme City Marshal Gregg E. Beinstock (Badge No. 17).

Once again, Cohen & Slamowitz, LLP/Midland Funding LLC's reference to **September 12, 2013** on the false Writ of Garnishment presented to the Automatic

Data Processing (ADP) is an embodiment of the dubious scheme they fostered so that their claim of court judgment against me would look credible.

### d. *Cohen & Slamowitz, LLP/Midland Funding LLC Possible Futile Attempts to Use Third Parties to break my Strategic Silence*

In their desperation for contact with me, which I have absolutely avoided believing that I am under no obligation to make any contact with some individuals who have illegal possession of my social security number and have demonstrated inclination to use it as a tool to malign me or rob me, Cohen & Slamowitz, LLP/Midland Funding LLC have apparently tried other means to get my contact. In an attempt to break my strategic silence, Cohen & Slamowitz, LLP/Midland Funding LLC, in a possible disguise, have apparently attempted to induce my contact through a mail sent by some unidentified individuals who claim to have identified me as someone sued by Midland Funding LLC. (See Exhibit 37). It has become obvious that Cohen & Slamowitz, LLP/Midland Funding LLC's motivation is beyond money.

Again, as a confirmation that the money being garnished by Cohen & Slamowitz, LLP/Midland Funding LLC' might not be the only motivation for their abuses meted out to me since August 18, 2012, the unanimous phone calls to my work place (and to my house phone with the same character) that characterized the period between August 18, 3012 and February 21, 2014 when my wages was first garnished, continued and occurred at least three times, as witnessed by at least two of my co-workers. It is shortly after these ignored phone calls that the importunities of the Brooklyn College Alumni Association kicked in.

### ACCOMPLICES AT 2100 PARK ASSOCIATES LLC AND SIMPLY BETTER APARTMENT HOMES

2100 Park Associates LLC owns the buildings where I have my apartment with the address 2110 Bronx Park East, 2A Bronx, NY 10462. From time to time I pay a little over my monthly base rent of $1061.75, so that my December rent is usually reduced. On March 13, 2014, I paid $1,085.00 instead of the due $1048.53 and I was expecting the financial statement of my April 2014 rent to read

$1,025.28. April 2014 rent statement from 2100 Park Associates LLC was not at my door on April 1, 2014. On April 2, 2014, about 6:pm, I saw a note fixed to my door reading among other things that, "*We are willing to introduce ourselves and to inform you that as of April 1, 2014, 2100-2110 Bronx Park East has been purchased and is now part of the SimplyBetter Apartment Homes family*". The notice was directing me to send a check for a rent amount of $1061.75.00 to the order of **NYSANDY4 NBP15 LLC**. (See Exhibit 51) I called the Building Super on his phone 917-754-0906 and he confirmed the notice.

On April 3, 2014, I took delivery of a letter supposedly coming from *SimplyBetter Apartment Homes*. It was a single page invoice without a serial number. The document does not only falsely state that my March 2014 statement is attached but also falsely states that my due rent is $1,061.75 instead of $1,025.28. Coupled with the facts that one day notice of change of ownership of property of that value is unusual in the State of New York, making a check to **NYSANDY4 NBP15 LLC** and in the wrong amount I did not expect was mind boggling as well.

Aware, however, that there are a group of dubious hidden individuals seeking to lure me into their contact for my downfall and do not mind the means they use, I chose to contact the office of **2100 Park Associates LLC** several times by the phone number **954-971-9852** and when nobody answered me I trusted my instinct and considered calling the NYC Department of Buildings instead of **Simply Better Apartment Homes**. Connected to 311 by the NYC Department of buildings I found out that 2100 Park Associates LLC still owns the Buildings 2100 – 2110 Bronx Park East, including my apartment building. Further search has not only confirmed the 311 information I received but has also indicated that there has not been any property transfer by 2100 Park Associates LLC in the City Register for the 30 days.

My call to the NYS Department of Housing and the subsequent referral to a specialist through 311 have confirmed my suspicion and proved that the building at **2110 Bronx Park East** where I have my residence is still owned by **2100 Park Associates LLC** and the story I have been approached with is all false. What are

the hidden conspirators up to by bringing their plot to my apartment building? Knowledge of my Federal Court Case 13-4076 10/10/13 still pending is a key to understanding the insights I have in these plots.

As supported by ample evidence (**See Exhibits 43- 49**), these agents have plotted to place me at a different address for the purpose of maligning me somewhere or causing my mysterious disappearance, whichever will serve their purpose. Specifically, instead of my present address at a property owned by **2100 Park Associates LLC** at **2110 Bronx Park East 2A, Bronx, NY 10462,** the schemers have subtly conspired to attempt to place me at a different address by falsely claiming that another Company, **Simply Better Apartment Homes,** has purchased that property and they can arrange transfer for me from my current address. Because their story is false they are cleverly severing me from my present apartment.

**Again,** the schemers expect me to be naïve and write on a check **NYSANDY4 NBP15 LLC** as my rent for April 2014 **and** put it in an envelope with my name on it and mail it to **Simply Better Apartment Homes** to establish a false contact. I do not know what that name stands for, which could even be a terrorist group, and they can use this to malign me.

Furthermore, the schemers want me to establish a false new address other than my true address. The false invoice from these schemers seeks to misrepresent that I have already paid March 2014 rent to the imposter, **Simply Better Apartment Homes.** If these schemers are my opponents in court, then they can change my address in the Court records and write anything to the court without my knowledge and by so doing cut me off from my court case and do anything they want thereafter.

Moreover, if I do not pay my rent to **2100 Park Associates LLC,** as I have been doing every month, and I am caused by my foes to disappear mysteriously, the management of **2100 Park Associates LLC** will bear a false witness by saying that they do not know my whereabouts and as evidence of that I did not pay my rent for the month of April. What about if they can misrepresent my home address and get agents to bear false witness that I have transferred from my

current address to a new building owned by **Simply Better Apartment Homes** and then they cause me to disappear mysteriously thereafter in order to use somebody to impersonate me for their purposes? Would they worry any more about their futile struggle to get my contact as a way to drive forward their scheme to frame me up?

In addition to all the above exposition, the schemers have said that they will follow up to my apartment to inspect what needs to be done. Since their claim of ownership is fake, it seems like they intended to use this as a camouflage to storm my apartment and seize the documents they have presented to me knowing that they have falsified them? So far, I can think of only one group of individuals who would want my downfall or want to hurt me. Would these individuals hesitate to engage anyone willing to accomplish that evil desire by any dubious means they can think of or through any perverse who would be willing to be an instrument for that purpose and has the opportunity to do so or at least can assume the opportunity to do so? Notably, Slamowitz, LLP/ Midland Funding LLC and their hidden accomplices have misled ADP into garnishing my money by falsely representing the Bronx County court, and would have equally turned my work place (**Harlem Dialysis Center)** against me if I were not present to steer my co-workers away from being misled.

From the foregoing analysis, it becomes clear that I do not become paranoid by drawing inferences from the sudden emergence and aggression demonstrated by Slamowitz, LLP/ Midland Funding LLC, the so-called **Publication Office for Brooklyn College Alumni Association based in Virginia asking for my contact,** and agents from **Simply Better Apartment Buildings** and  **2100 Park Associates LLC**.

## URGENT REQUESTS

a. I respectfully request that Cohen & Slamowitz, LLP/Midland Funding LLC not only be asked to cease the unlawful wage garnishment and refund to me through ADP any money they have garnished from my wages but also be held criminally liable for the identity theft, robbery, injury, mysterious disappearance, and any harm that occurs to me.

b. I respectfully request that **2100 Park Associates LLC/Simply Better Apartment Homes** be held liable for any tampering of my apartment at 2110 Bronx Park East 2A, robbery, injury, mysterious disappearance, fraud committed in my name, and any harm that occurs to me.

c. I request that the Office of the Attorney General and investigators be acquainted with my federal Court case 12-cv-3457 and 13-4076, 10/10/13.

d. I respectfully request that the **Publication Office for Brooklyn College Alumni Association** advised to stop their suspicious pursuit and any publication that could be linked to me by a third party.

e. I respectfully request that Cohen & Slamowitz, LLP/Midland Funding LLC, and their hidden accomplices who handed them my social security number and other personal information, as well as **2100 Park Associates LLC/Simply Better Apartment Homes**, be held prime suspects in case of any sudden and unnatural death, injury, mysterious disappearance, or abode tampering that occurs to me. (On 2/13/13 Wednesday, about 10:45 AM, a man came at my door wearing a mask in the face, a pair of blue jeans, and blue sweater. He knocked hard on my door three times and took some steps back to take a hurry pose. He was looking back and forth. I was already quiet at the door watching him. As if in a hurry he started towards upstairs and before he stepped on the first stair he looked back to see if I was coming to the door before continuing to the next floor upstairs to take the elevator to go downstairs. A man of the same height and built in blue jacket and black jeans had come to my door to knock on Monday, 2/11/2012, about 3: 15pm. He turned 90 degrees to face the door of my neighbor waiting to hear somebody coming to my door. He knocked two more times facing my neighbor's door while I stood at the door watching. After the third knock he went one floor up to take the elevator to go downstairs. This happened few months after I filed my federal Court Case 12-cv-3457 in the Eastern District of Pennsylvania. I did not find a proper context to present this issue without being misunderstood as paranoid. In the wake of what is happening I bring this to the attention of the office of AG, since I do not know the next step my hidden foes might take when they are unsuccessful with their frame-up schemes.)

## **CONCLUSION**

Whether Cohen and Slamowitz LLP/Midland Funding LLC are working alone or in accomplice with some hidden adversaries who stand to benefit in kind from their unlawful actions is still a matter of reasonable assumption at this point. What is, however, crystal clear is that, I did not know Cohen and Slamowitz LLP/Midland Funding LLC before August 18, 2012 and I have absolutely had no contact with them before hearing about them on August 18, 2012. They are in illegal possession of my social security number and other personal information (identity theft), and while abusing their license as debt collectors and legal practitioners they have created and tied to my name and social security number a debt I do not owe. They unlawfully consulted my credit report in September 2012 to do some preliminary survey before moving forward with their scheme but still ignored every indication that they would not be successful in their plot due to lack of loopholes. Using deception as a tool they have falsely represented the Bronx County Court, unlawfully invaded my privacy, and begun garnishing my wages unlawfully in an act of robbery that causes me severe emotional distress.

Equally, it is quite uncertain why the **Publication Office for Brooklyn College Alumni Association** has suddenly taken interest in me and has taken to importunities to publish me. I believe that the actions of Cohen and Slamowitz LLP/Midland Funding LLC are unlawful, intentional, abusive, reckless, corrupt, and intolerable in any civilized society and that of the **Publication Office for Brooklyn College Alumni Association** is incomprehensible.

I respectfully request the urgent intervention of the Office of the Attorney General of New York for my protection and that of the public.

Respectfully presented,

……………………………………………..

John Paul Opoku,  MBChB, MPH

## IDENTIFICATION OF EXHIBITS

INDEX                                             DESCRIPTION

Exhibit 1 -16:          My Providian Credit Card Account Information

Exhibit 17- 20          My Official Credit Reports

Exhibit 21:             Unlawful Wage garnishment

Exhibit 22 – 24:        Pay Stubs showing wage garnishment

Exhibit 25:             Cohen & Slamowitz, LLP's first Letter to my work place

                        (Harlem Dialysis Center)

Exhibits 26 – 32:       Cohen & Slamowitz, LLP's Harassing Letters to my Home

                        Address following their First mail contact with my work place

Exhibit 33:             Apparent Jury Duty Scam

Exhibits 34 – 36        Cohen & Slamowitz, LLP's false Writ on Garnishment on the

                Letter heads of NY City Marshall Gregg E. Beinstock (Badge No. 17).

Exhibits 37:            Apparent letter from Cohen & Slamowitz's promoter

Exhibits 38 – 39:  PACER Case Locator and WebCivil Supreme records regarding

                Court INDEX Number 11242-06

Exhibit 40:         An Affidavit Clearing Harlem Dialysis Center as the source of

                Cohen& Slamowitz, LLP/ Midland Funding LLC's

                unlawful possession of my Social Security Number and

                other personal information

Exhibit 41 - 42:    Apparent imposter solicitation: the Publication Office

Exhibit 43:        2100 Park Associates LLC's Resident Lease

Exhibit 44:        March 2014 Rent Statement and Evidence of Payment

Exhibit 45:        Purchase Notice by Simply Better Apartments Building

Exhibit 46:        Simply Better Rent Solicitation/ mailing envelope

Exhibit 47-49:     Background Checks on   Simply Better Apartments

Exhibit 50:        Date of Birth Correction in Brooklyn College records

Exhibit 51:        Date of Birth Correction in ECFMG record

Exhibit 52:        Brooklyn College Transcript request form for ECFMG

Exhibits 53:       Pre-screened Credit offer list mentioned in ESPERAN's Notice

Exhibit 54:        History of Providian National Bank Credit Card

**CERTIFICATION**

I certify that the information I have provided in this complaint is true to the best of my knowledge.

I also certify that, as a precautionary measure to protect the information I have provided the Federal Court, I intend to send a courtesy copy of this complaint to the Case Manager, Maria Reyes in the Office of the Clerk of Court for the Third Circuit Court of Appeals, 601 Market Street, Philadelphia, PA 19106-1737, and it is to be post-marked on the same date I mail this complaint to the Office of the Attorney General of New York.

I certify that, on the same date of sending this to the office of the Attorney General of NY, I have given a courtesy copy of this complaint to my work place (Harlem Dialysis Center2615 Frederick Douglas Blvd, New York, and NY 10030) to provide some closure, and as a damaged image repairing effort.

_____          April 6, 2014

John Paul Opoku