

----------------------

**Docket No: 13-4076**

----------------------

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### MEMORANDUM OF OUT OF COURT NOTICE

DATE: APRIL 8, 2014

FROM: John Paul Opoku (Appellant –Plaintiff),

2110 Bronx Park East 2A, Bronx, NY 10462

TO: Clerk of Court/Case Manager, Maria Reyes, 601 Market Street,

21400 U.S Court House, Philadelphia, PA 19106-1737

SUBJECT: **IMPORTANT NOTICE REGARDING POSSIBLE OUT OF COURT IRRGULARITIES BY SOME HIDDEN INTERESTED PARTIES**

Dear Ms. Reyes,

Please receive greetings from John Paul Opoku (Plaintiff-Appellant)

I would like you and the Court to be in the notice that since August 18, 2012, there have been attempts by some hidden deviant individuals to lure me into a position where some false statements or deeds could be placed under my authorship for an unknown reason. Since filing my current Federal appeal Court case 13-4076 on 10/10/13, the irregular activities of the said individuals have intensified through massive waves of different strategies.

At the threshold of every observation I have made is the fact that, certain individuals forming the secret force behind some irregular activities, due to my legal business relationship with them, are in possession of all information I can call personal and sensitive, which make them believe that they can turn them over to other individuals (if they choose to and do not care about moral rectitude) who are willing to use them to make up misdeeds to harm me and possibly my current Appeal case 13-4076.

Since some of the defendants-Appellees in my court case 13-4076 are in possession of all sensitive and personal information I have as a person, and can have a motive under the exceptions granted in the **Hearsay Law of the Federal Rules of Evidence 801-803,** I am taking the benefit of the doubt and the necessary precaution to alert the court of these irregular activities I have observed, not only to safeguard the integrity of the judicial process and my safety, but also to prevent the court from being misled.

Enclosed please find copies of the complaint I make to the Attorney General of New York while dealing with the apparent agents who openly come to confront me with falsehood.

For the rest I am fine and send you my best regard.


Yours sincerely

*[signature]*         Date: 4/8/14

John Paul Opoku (Pro se-Plaintiff-Appellant)