**Docket No: 13-4076**

-----------------------------



# IN THE UNITED STATES COURT OF APPEALS

# FOR THE THIRD CIRCUIT

### JOHN PAUL OPOKU

**Plaintiff -Appellant**

### V.

### EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA   JOY F. GRESE

**Defendants-Appellees**

-------------------------------

## ADMINISTRATIVE NOTICE

---------------------------------------

## APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## ENTERED ON SEPTEMBER 25, 2013

## HONORABLE PETRESE B TUCKER

---------------------------------------

# TABLE OF CONTENTS

Subject                                                                                    Page

GREETINGS…………………………………………………..…….3

ALERTS AND REQUESTS …………………………………………....3- 4

THE FACTUAL BASIS FOR THE

ALERTS AND REQUESTS……………………………….…….……..4 - 7

CIRCUMSTANTIAL EVIDENCE

THAT COULD POSSIBLY LINK

"SIMPLY BETTER" TO

THE DISAPPEARANCE OF THE MAIL?.................................................7- 12

CONCLUSION……………………………………………...…..12 – 13

DESCRIPTION OF EXHIBITS ATTACHED.................................................14

COVER PAGE FOR EXHIBITS………………………………………...16 - 25

CERTIFICATE OF SERVICE……………………………………………….26

Dear Ms. Maria,

## <u>ADMINISTRATIVE NOTICE</u>

## <u>GREETINGS</u>

I send you greetings from the Bronx, New York.

## ALERTS AND REQUESTS

This is to alert you and the Court of the ongoing out of Court harassment and retaliation I have been subjected to by some hidden criminal and civil conspirators whose actions have demonstrated a direct link with the issues argued before the Third Circuit Court of Appeals in the case 13-4076. This is also to request the Court of Appeals to advice the Defendants and their Counsels in the case 13-4076 so that they could reexamine themselves and the people related to them who might have some interest in the case 13-4076 and might want to engage in out of court irregularities.

I would also like the Third Circuit Court of Appeals to take notice that after June 30, 2014 my address remains the same as **2110 Bronx Park East 2A Bronx NY 10462,** as I take legal battles with the entities related to my abode to secure my fundamental human rights.

### THE FACTUAL BASIS FOR THE ALERTS AND REQUESTS

For the latest, the whereabouts is reported not known of a factual enhancement document I (Plaintiff Opoku) mailed to the Third Circuit Court of Appeals on May 27, 2014 and was guaranteed to be delivered on May 28, 2014. The document is an exact copy of the document I sent to the Attorney General of

New York on the same date and was apparently delivered on May 28, 2014, according to the postal records. **See Exhibit Set A.**

The mysterious disappearance of the mail intended for the Court, the content of the document involved in that mail, and many other irregular activities being undertaken by some hidden conspirators who seem to have interest in the case 13-4076, lead me to believe that those hidden conspirators seem to support a notion that when a person perceives, on the basis of strong evidence, that his civil and human rights have been violated by another person and goes forward to invoke the Court to look into the facts from the perspective of the law in order that a decision could be taken about available possible reliefs for the complainant, those who have allegedly engaged in the violation or someone related to them can take offense and go on outside the Court to make life a hell for the complainant in an attempt t disrupt the process.

In the month of April, 2014, in addition to what I have detailed in document filed on 04/09/2014, the same hidden conspirators behind the irregular activities, while abusing my identity information, as had occurred earlier, presented themselves as **JOHN OPOKU** to infiltrate my Bank checking account and fraudulently added a strange third phone number (with the area code 718 and I have caused that number deleted and in place listed my cellphone number as the security alert contact) to the account's customer phone contacts. The same hidden

individuals presenting as JOHN OPOKU replaced my email address on my checking account security alert with a fake email address to disable my Bank security alert to make it impossible for my Bank to alert me by email of the new changes fraudulently made on my Bank checking account. **See Exhibit Set I.** Luckily I was able to spot all the irregularities in time before it caused any damage to my financial records. This happened at the same time when the hidden conspirators consulted my credit report and were trying to open a credit card account in my name as JOHN OPOKU; at the same time as the hidden conspirators suddenly changed my name JOHN P. OPOKU in my Macy's Credit card account to JOHN OPOKU; at the same time as some entity pretending to be my Landlord suddenly appeared for the first time in almost nine years of living in this apartment and demonstrated an attempt to place me at a different address while demanding that I make a check for my April 2014 apartment rent to another strange company I had not heard of.

The latest development adds to the extremely stressful and degrading situation I have had to deal with since I took a decision to avail my medical knowledge and skills to the American public, and more so since my Court action commenced in the Federal Court. For the very latest, the facts regarding the apparent disappearance of the May 28, 2014 mail on its way to the Third Circuit Court presents a very worrisome picture.

a. Om May 27, 2014, I initiated a USPS Express/registered mail meant to bring to the Third Circuit Court of Appeals a document that would give a factual enhancement to the supporting document filed on 04/09/2014. It is a copy of a document I sent on the same date to the Attorney General of New York by the same means. Sadly however, on May 28, 2014, the mail apparently disappeared mysteriously on its way from the Post Office of the Zip Code 19107 in Philadelphia, PA to its destination at the Third Circuit Court of Appeals.

b. I have enclosed a copy of the document as **Exhibit Set B**.

c. On June 11, 2014, I made an insurance claim for the lost mail and I am expecting the USPS insurance program to investigate how the mail disappeared. **See Exhibit Set C**

## CIRCUMSTANTIAL EVIDENCE THAT COULD POSSIBLY LINK "SIMPLY BETTER" TO THE DISAPPEARANCE OF THE MAIL?

Apparent link of **"SIMPLY BETTER" OF 1075 GERALD AVENUE, BRONX NY 10452 and/or 413-415-417 E 81 REALTY LLC or (FORMERLY, 2100 PARK ASSOCIATES LLC)** of the hidden conspirators and their complicity in the apparent disappearance of the May 28, 2014 mail for the Court could be reasonably deduced from an activity engaged in by this individual or entity at

about 2:00pm on May 28, 2014, the very day the mail destined to the Third Circuit Court disappeared.

1. At about 2:00PM on May 28, 2014, **"SIMPLY BETTER" OF 1075 GERALD AVENUE, BRONX NY 10452** initiated the mailing of a document that was delivered to Plaintiff Opoku on May 29, 2014. **See Exhibit Set D**. The content of document was not only in a deceptive way addressing the key issue I had raised in the lost document about this entity and my landlord **2100 PARK ASSOCIATES LLC** that has secretly changed its name to **413-415-417 E 81 REALTY LLC** since April 3, 2014, but also confirmed what the hidden conspirators have recently devised in an attempt to trick me to replace my 04/09/2014 complaint to the Attorney General of New York State. **See Exhibit Set B**

2. The issue mentioned above is specifically about my Landlord's failure to issue me a notice for the renewal of my tenancy lease that ends on June 30, 2014. This is a violation of the New York State's Rent Stabilized tenancy laws that require a 90 days' notice to the tenant for the renewal of a tenant lease and I have raised a question about this vicious omission in the document that I sent to the Attorney General of NYS and had mailed a copy to the Court. **See Exhibit Set E.**

3. In addressing the issue above, **"SIMPLY BETTER" OF 1075 GERALD AVENUE, BRONX NY 10452** apparently representing **413-415-417 E 81 REALTY LLC (FORMERLY, 2100 PARK ASSOCIATES LLC)** sent me an inauthentic lease that cannot be signed into any legally binding contract. Notably, the content of this document takes the character of urgency and reactionary response not only by reason of its inclusion of an undated letter but also a fake lease backdated to January 1, 2014 when the NYSANDY4 NBP15 LLC misrepresented on the document as the owner of the **2100- 2110 Bronx Park East** apartments issuing the rent lease was not even formed. **See Exhibit Set A**

4. Going by the date written on the fake lease, my time to respond the fake notice would have expired by April 1, 2014, the very date marking the document **"Simply Better"** suddenly appeared from nowhere with to present themselves as my new landlord. There is ample evidence to support the fact that **2100 PARK ASSOCIATES LLC** (that has changed its name to **413-415-417 E 81 REALTY LLC** since April 3, 2014) undeniably had a legal claim of the **2100 -2110 Bronx Park East apartments** between January 2014 and March 31, 2014 while NYSANDY4 NBP15 LLC and **"Simply Better"** had not yet appeared in the picture. **See Exhibit Set F**

5. Should "Simply Better" argue that the January 1, 2014 was a typological error and that they intended to write January 21, 2014, which is the day the entity <u>NYSANDY4 NBP15 LLC</u> was officially formed in the New York State, the above notation still makes that excuse invalid.

6. Meanwhile, a document from **"Simply Better" (<u>413-415-417 E 81 REALTY LLC, formerly, 2100 PARK ASSOCIATES LLC)</u>** to me dated May 19, 2014 had indirectly indicated that my tenancy in the apartment <u>2110 Bronx Park East 2A</u> is being unlawfully terminated.

7. As apparent member of the civil conspiracy network, there is absolutely no chance for **Simply Better" (<u>413-415-417 E 81 REALTY LLC, formerly, 2100 PARK ASSOCIATES LLC</u>** to argue that they got the information about my lease from the office of the Attorney General of New York State, since  another document dated May 22, 2014 from an imposter from the Office of New York State Attorney General Eric T. Schneiderman based in New York City has cast doubt on whether my correspondence to the NYS Attorney General Schneiderman are being intercepted or not. **See Exhibit Set A**

8. Notably, when the imposter **"Simply Better Apartment Homes"** [1]came

forth on April 2, 2014 to make a claim of **2100 -2110 Bronx Park East**

**Apartments,** they falsely claimed that they had purchased the buildings

from **2100 PARK ASSOCIATES LLC** that two days later changed its

name to **413-415-417 E 81 REALTY LLC** . Following my complaint to

the Attorney General of New York in which I questioned why I was

being asked to pay my rent to a third party (NYSANDY4 NBP15 LLC)

and in the wrong amount, ($1061.75) for that matter, the entity

NYSANDY4 NBP15 LLC suddenly came to be linked to the property

2100 -2110 Bronx Park East buildings as the owner and **"Simply Better"**

has now shifted its role to being a manager even though this imposter

impersonating the actual "Simply Better Apartment Homes" based in

other States is not listed to do business in the State of New York. **See**

**Exhibit Set G (Please take notice of the inconsistencies due to the**

**interchange of the Logos of the two versions of "Simply Better" in**

**public versus private letters to  John Paul Opoku)**

---

[1] The actual "Simply Better Apartment Homes" announces itself on the internet to the public as an entity that has no business in the State of New York. In impersonating this company to Plaintiff Opoku, **413-415-417 E 81 REALTY LLC** formerly **2100 PARK ASSOCIATES LLC** created a legal loophole to escape liability for their claims and actions. **See Exhibit H**

9. If NYSANDY4 NBP15 LLC were in fact the owner of 2100 -2110 Bronx Park East buildings, as "**Simply Better**" has falsely claimed, why the fake lease backdated to January 1, 2014 when this entity was not even formed and the many other inconsistencies?

10. Ambiguous documentation that later surfaced in the New York State Public Registry (after I filed my compliant with the Office of the New York State Attorney General) links 2100 **PARK ASSOCIATES LLC** to NYSANDY4 NBP15 LLC in April 1, 2014 document of a value of **$21,000,000** filed on April 11, 2014. Meanwhile, 2100 -2110 Bronx Park East buildings is a property with the official current (2014) value of about $6, 368,000.00, projected to be $7,398,000.00. There is no current UCC3 document for the property and the **Capital One Bank** has dropped its interest in the property by giving up its UCC3 connection. **See Exhibit Set J.** Who will, for instance, buy a property that currently values $368,000,000.00 for an amount three times its current value considering all the property tax implications and mortgage sponsorship?  With the developments and inconsistencies that have come up about my 4/9/2014 complaint to the Office of the New York State Attorney General Eric T Schneiderman, coupled with a fake lease sent to me, it is tough for

anyone to believe in the authenticity of what is being displayed in this documentation.

## CONCLUSION

There is no question now that **2100 PARK ASSOCIATES LLC** that has changed its name to **413-415-417 E 81 REALTY LLC** is the pretender that calls itself **"Simply Better Apartment Homes."** and they are apparently in a conspiracy with NYSANDY4 NBP15 LLC and some hidden instigators in an attempt to misrepresent my address in order to fault my factual assertions in the Court Briefs or cut me off from my case.

It is extremely sad that some individuals at USPS are apparently playing part to bring the reputation of this noble Institution into question. Because the letter from Ms. Crystal Lewis is likely unauthorized by the New York State Attorney General Eric Schneiderman, it is not certain whether the 04/09/2014 complaint I sent to the Attorney General of New York (Acknowledged in this Docket as Docs 003111606193 and 0031116061914) was intercepted also by the agents of the hidden conspirators. It appears that the apparent corruption is gradually taking tentacles to be a national crisis and I entreat the Court to take the necessary action to safeguard the image of one of the world's most honorable judicial systems.

For the rest I am fine and send you my best regard.


Respectfully submitted

Date...JUNE 15, 2014

John Paul Opoku

2110 Bronx Park East 2A

Bronx NY, 10462, Tel 718-829-8978


## DESCRIPTION OF EXHIBITS ATTACHED

1. **Exhibit Set A  :**     **Postal Records of the May 28, 2014 Documents**

2. **Exhibit Set B :**     **Replacement for May 28, 2014 lost Document**

3. **Exhibit Set C :**     **Evidence of Insurance claim on**

    **the lost May 28, 2014 Document**

4. **Exhibit Set D.**     **Fake Apartment Lease from "Simply Better"**

5. **Exhibit Set E**     **NYS Rent Stabilized Laws in Part**

6. **Exhibit Set F**     **Rent Statements From January 2014**

7. **Exhibit Set G**     **Simply Batter Letter and docs of May 19, 2014**

8. **Exhibit H**              **Internet Publication of the two versions**

                             **"Simply Better Apartment Homes"**

9. **Exhibit Set I**         **Evidence of the tampering of my Bank Checking**

                             **Account**

10. **See Exhibit Set J**    **Ambiguous NYC records  depicting**

                             **2100 PARK ASSOCIATES LLC  and**

                             **NYSANDY4  NBP15 LLC**



CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( )

JOHN PAUL OPOKU
2110 BRONX PARK E 2A
BRONX NY 10462

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

OFFICE OF THE CLERK OF
COURT/ MARIA REYES
601 MARKET STREET
PHILADELPHIA
PA 19106-1737

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE®

EK 255007349 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code    ☐ Day    ☐ 2-Day    ☐ Military    ☐ DPO

10030

Date Accepted (MM/DD/YY)    Scheduled Delivery Date (MM/DD/YY)    Postage
5/21/14                        5/25/14                                $ 19.99

Time Accepted    ☐ AM    Scheduled Delivery Time    Insurance Fee    COD Fee
11:38            ☐ PM    ☐ 10:30 AM  ☐ 3:00 PM    $              $
                              12:00 NOON

Weight    ☐ Mail Rate    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
7.80      lbs.    oz.    $                          $                     $

Sunday/Holiday Premium Fee    Total Postage & Fees
$                              $ 19.99

Acceptance Employee Initials    Employee Signature

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996

2-CUSTOMER COPY

English    Customer Service    USP3 Mobile

Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages    Subr

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™

✉ Customer Service ›
Have questions? We're here to help.

Tracking Number: **EK255007349US**

Scheduled Delivery Day: **Wednesday, May 28, 2014, 12:00 pm**
**Money Back Guarantee**

## Product & Tracking Information

| Postal Product:<br>Priority Mail Express 1-Day™ | Features:<br>$100 insurance included | PO to Addressee |
| --- | --- | --- |
| **DATE & TIME** | **STATUS OF ITEM** | **LOCATION** |
| **May 28, 2014 , 11:53 pm** | Delivery status not updated | |

The delivery status for this item has not been updated as of May 28, 2014, 11:53 pm.

| | | |
| --- | --- | --- |
| May 28, 2014 , 9:53 am | Out for Delivery | PHILADELPHIA, PA 19107 |
| May 28, 2014 , 9:43 am | Sorting Complete | PHILADELPHIA, PA 19107 |
| May 28, 2014 , 4:50 am | Arrival at Post Office | PHILADELPHIA, PA 19107 |
| May 28, 2014 , 1:53 am | Processed through USPS<br>Sort Facility | PHILADELPHIA, PA 19176 |
| May 27, 2014 , 11:55 pm | Depart USPS Sort Facility | NEW YORK, NY 10199 |
| May 27, 2014 , 4:37 pm | Processed through USPS<br>Sort Facility | NEW YORK, NY 10199 |
| May 27, 2014 , 11:40 am | Acceptance | NEW YORK, NY 10030 |

## Available Actions

Proof of Delivery

Text Updates

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**    Copyright© 2014 USPS. All Rights Reserved.

*Graff, June 15, 2014*

**USPS.COM**                                        Search USPS.com or Track Packages    Subr

Quick Tools            Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™

Customer Service ›
**Have questions? We're here to help.**

Tracking Number: **EK255007321US**

Scheduled Delivery Day: **Wednesday, May 28, 2014, 12:00 pm**
**Money Back Guarantee**
Signed for By: E DOCK // ALBANY, NY 12224 // 11:46 am

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: | | |
|---|---|---|---|
| Priority Mail Express 1-Day™ | $100 insurance included | PO to Addressee | |

Proof of Delivery

USPS Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 28, 2014 , 11:46 am** | Delivered | **ALBANY, NY 12224** |
| May 28, 2014 , 8:41 am | Out for Delivery | ALBANY, NY 12288 |
| May 28, 2014 , 8:31 am | Sorting Complete | ALBANY, NY 12288 |
| May 28, 2014 , 4:42 am | Arrival at Post Office | ALBANY, NY 12288 |
| May 27, 2014 , 6:12 pm | Depart Post Office | NEW YORK, NY 10030 |
| May 27, 2014 , 4:37 pm | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| May 27, 2014 , 11:41 am | Acceptance | NEW YORK, NY 10030 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**    Copyright© 2014 USPS. All Rights Reserved.

*[signature]* June 15, 2014

**Exhibit Set A  :  Postal Records of the May 28, 2014 Documents**

**Exhibit Set B:  Replacement for May 28, 2014 lost Document**

*June 15, 2014*

DATE: MAY 2014

## TO:

**THE NEW YORK STATE ATTORNEY GENERAL ERIC T SCHNEIDERMAN, THE CAPITOL, ALBANY, NY 12224 - 0341**

## FROM:

**JOHN PAUL OPOKU (JOHN OPOKU: VICTIM), 2110 Bronx Park E 2A Bronx, NY 10462, TEL. 718-829-8978**

## SUBJECT:

**NEW EVIDENCE OF CRIMINAL AND CIVIL CONSPIRACY UNCOVERED**

-----------------------------------------------------------------------------------------

# TABLE OF CONTENT

<u>Subject</u>                                                                                    <u>Page</u>

GREETINGS.................................................................................................3

BACKGROUND..........................................................................................3

NEW EVIDENCE OF CRIMINAL AND CIVIL

CONSPIRACY ........................................................................................3- 4

<u>WHY 2100 PARK ASSOCIATES LLC</u> SUDDENLY

CHANGED ITS NAME...........................................................................4 - 5

"SIMPLYBETTER"'S ALLUSION TO

CHECK #6853184 ...............................................................................5 - 6

WHY W-9 FORM? (See Exhibit 8B)....................................................6 - 7

CRIMINAL CONSPIRATORS TO DESECRATE THE OFFICE OF AN

ATTORNEY GENERAL OF NEW YORK STATE ?................................ 7 - 9

CONCLUSION...................................................................................10 - 11

APPENDIX OF EXHIBITS.........................................................................12

CRETIFICATION.......................................................................................13

**GREETINGS:**

His Excellency Attorney General Eric T. Schneiderman,

    I send you greetings from the Bronx, once again.

    As reinforcement of my previous complaint, I hereby submit some new evidence highlighting the apparent involvement of <u>2100 Park Associates LLC</u> **( 413-415-417 E 81 REALTY LLC)** in the criminal conspiracy complaint I made to tour office on April 8, 2014. There has been concrete evidence that <u>2100 Park Associates LLC</u> **( 413-415-417 E 81 REALTY LLC)** is the same company that has disguised itself as "SimplyBetter" out of deception apparently in furtherance of the criminal and civil conspiracy of some hidden accomplices.

**Background**

    Pertaining to my Landlord <u>2100 Park Associates LLC</u>, a portion of my April 8, 2014 complaint revealed that on April 2, 2014, instead of the Landlord <u>2100 Park Associates LLC</u>, it was supposedly another unrecognized entity that calls itself "SimplyBetter" that appeared out of the blue to demand that my April 2014 rent be made in check to <u>NYSANDY4 NBP15 LLC</u>". This ghost entity made this appearance on the claim that they have come to own the apartment buildings <u>2100 -2110 Bronx Park East</u> through purchase even though there was and has been nothing in the registry of the New York State registry to corroborate that claim.

**NEW EVIDENCE OF CRIMINAL AND CIVIL
CONSPIRACY HAS SURFACED**

1. It has come to my attention through my search that on or about April 3, 2014, a day after "SimplyBetter" submitted a document dated April 1, 2014 to make its claim of ownership of the Apartment Building <u>2100-2110 Bronx Park East</u>, my Landlord **2100 Park Associates LLC** that had had existed under this registered name since

April 22, 1997 also mysteriously changed and registered its name as **413-415-417 E 81 REALTY LLC. See Exhibit B1**

2. It has also come to my attention through the same search that the NYSANDY4 NBP15 LLC to which the ghost entity "SimplyBetter" has incomprehensibly demanded that I make payments of my rent starting April 1, 2014 also registered in New York State as CORPORATION SERVICE COMPANY on or about January 21, 2014. **See Exhibit B2 (Also Exhibit B7, and 45 & 46 in my complaint).**

3. The ghost name "SimplyBetter" does not exist as any registered or recognized business entity in the New York State.

## WHY DID 2100 PARK ASSOCIATES LLC SUDDENLY CHANGE ITS NAME TO 413-415-417 E 81 REALTY LLC AND CAME TO OPERATE UNDERCOVER AS "SIMPLYBETTER"

Concrete evidence has surfaced pointing to one important revelation and that is, when my Landlord 2100 **Park Associates LLC** decided to participate in an apparent criminal and civil conspiracy spearheaded by some hidden accomplices for the purpose of trapping me, they first considered creating a legal loophole by changing their legal name to **413-415-417 E 81 REALTY LLC** to back what they had just initiated under a ghost name known as "SimplyBetter". Hiding behind this legal loophole, they awaited to see their plot progress into getting me to pay my April 2014 Apartment tenancy rent to a third company called NYSANDY4 NBP15 LLC that had also been recently formed.

1. Notably, in managing the above dilemma presented to me on April 2, 2014 by 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC)** disguised as "SimplyBetter", I made a decision to continue honoring the terms of my tenancy lease. Consequently I made electronic payments of my April 2014 and May 2014 monthly rent to 2100 Park Associates LLC through my Bank, as I had been doing for the past 22 months. I was making this payment to the same account that had been managed by **2100 Park Associates LLC.**

2. Notably, for the nearly nine years that I have been a good and peaceful tenant at **2100 Park Associates LLC** I have been making my rent payments to the same account.

3. Exhibits B3, B4, B5, and B6 show the payments of my monthly rent for March 2014, April 2014, May 2014, and some of the months before. Exhibit B6, which is a summary, shows that I have not heeded to the demand by "SimplyBetter" to make payment of my rent as remittance to <u>NYSANDY4 NBP15 LLC</u>.

4. While continuing to make my rent payment in the way revealed above instead of the manner in which "SimplyBetter" had demanded, I surmised that it would induce <u>2100 Park Associates LLC</u> (**413-415-417 E 81 REALTY LLC**) to come out and make it clear what their exact connection with "SimplyBetter" is but strangely they have kept mute.

### "SIMPLYBETTER"'S ALLUSION TO CHECK #6853184

### ESTABLISH THE CRIMINAL PRETENSE

Exhibit B7 is a document dated May 19, 2014. It was sent to me by "SimplyBetter" on May 22, 2014 in continuance of its claims. The submission of this document had removed every doubt that "SimplyBetter" is in fact the disguised **2100 Park Associates LLC** metamorphosed into **413-415-417 E 81 REALTY LLC**.

a. Notably "SimplyBetter" has made a specific reference to check# **6853184** that my Bank sent to **2100 Park Associates LLC (413-415-417 E 81 REALTY LLC)** for the rent of the month May 2014. (See Exhibit B5 and Exhibit B7)

b. Despite continuing to make the payment of my rent to**2100 Park Associates LLC (413-415-417 E 81 REALTY)** and not <u>NYSANDY4 NBP15 LLC</u>, as SimplyBetter" had demanded, SimplyBetter is still the entity that acknowledges the rent payment I make with specific references such as the business check# **6853184** my Bank sent to **2100 Park Associates LLC (413-**

**415-417 E 81 REALTY LLC)** for May 2014 rent.  (Compare Exhibit B5 and Exhibit B7).

c. By continuing to make payments to 2100 Park Associates LLC, I have been able to unsettle the dilemma presented by "SimplyBetter" whereby making payments to NYSANDY4 NBP15 LLC, as they had demanded, could have led me being found defaulting on my rent according to the terms of my lease.

d. Now my one year lease with **2100 Park Associates LLC (413-415-417 E 81 REALTY LLC)** and I have no intention to move from this apartment. As against the New York State rent laws, 2100 Park Associates LLC ( **413-415-417 E 81 REALTY LLC )** has not given me a renewal notice for my lease that ends on June 30, 2014.  I have not recognized "SimplyBetter" or NYSANDY4 NBP15 LLC as authentic, as **2100 Park Associates LLC (413-415-417 E 81 REALTY LLC)** has not given me any notice of their transfer of this notice.

e. Except as efforts to trap me and arbitrarily retaliate against me to appease some hidden instigators who are driving them on that path, it would be incomprehensible to conceive why 2100 Park Associates LLC ( **413-415-417 E 81 REALTY LLC)** would subject a good and peaceful tenant for nearly nine years to such a shameful treatment.

f.  The difficulty now is how 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC)** going to deal with the dilemma they have created, since "SimplyBetter" that has claimed to have purchased the Apartment building 2100-2110 Bronx Park East since April 1, 2014 is certainly not only lying but is not recognized in the State of New York to cut Apartment lease. Apparently a new drama has unfolded and apparently 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC)** is seeking a way out of the trouble they have created.

## WHY W-9 FORM? (See Exhibit 8B)

In a criminal and civil conspiracy, 2100 Park Associates LLC ( **413-415-417 E 81 REALTY LLC)** disguised as "SimplyBetter" is now demanding that I fill Form W-9 in order for them to invest my security deposit. Apparently in their effort to help **Cohen & Slamowitz, LLP/Midland Funding LLC** cover

their unlawful source of my social security number, 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC) is** making this ludicrously this shameful demand whereas there is no requirement in the New York State that tenants fill W-9 Form for their deposit to be invested. Notably, 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC)** has already invested my security deposit and gives me yearly tax withholding statement for me to file my taxes. Why they have disguised as "SimplyBetter" and are asking me to fill Form W-9 after nearly nine years of being their tenant speaks of the criminal conspiracy. Apparently having lawyers among them, I hope they know the definition of criminal conspiracy. Notably, the IRS W-9 Form is filled by employees so that their employers can withhold taxes. I am not an employee of 2100 Park Associates LLC (**413-415-417 E 81 REALTY LLC)** to be asked to fill W-9 Form.

## ANOTHER POSSIBLE ATTEMPT BY THE CRIMINAL CONSPIRATORS TO DESECRATE THE OFFICE OF AN ATTORNEY GENERAL OF A STATE ?

Exhibit B9 leads me to infer that I am dealing with a group of opportunistic hidden individuals who have no sense of respect for any noble Institution in the United States and will spare no move to degrade these Institutions for their shameful ends.

Notably, my April 6, 2014 complaint detailing criminal and civil conspiracy by Cohen & Slamowitz, LLP/Midland Funding LLC and their hidden accomplices was mailed on April 8, 2014 to the Office of the Attorney General in Albany NY through the USPS Express Mail/Certified mail. The mail was delivered in Albany NY on April 9, 2014. I am aware that Attorney General Eric T. Schneiderman is handling the complaint appropriately with the wisdom it requires.

Unfortunately, however, seemingly a group of conspirators caught up in the confusion of their own schemes is not relentless about ill-influencing another

State's official to drag her into trouble. While not only trying to lose her job but also falling into the same ditch the hidden conspirators has sadly misled many State officials,  poor Ms. Crystal Lewis writes me this letter stating,

> "On behalf of Attorney General Eric T. Schneiderman, thank you for contacting us. In order to determine whether we can assist you, **kindly complete the enclosed complaint form and include a clear, simple and brief statement of the problem and the relief you are seeking**. In your reply, please mention our file number and the full name of the company." See Exhibit B9.

The following indications are notable in the letter of Ms. Crystal Lewis and it is sad that she did not appear to have the insight I have about the forthcoming clues before accepting the role to desecrate the Attorney General's Office to please some unscrupulous hidden conspirators who have selfishly chosen to place her into trouble:

a. Identical copy of the complaint and the evidence I sent to Attorney General Eric T. Schneiderman on April 8, 2014 was sent to the third Circuit Court of Appeals and my work place. Certified Post office packages are protected by weight specificity identification and some special specifications provided on the mailing receipts.

b. It is unlikely that Attorney General Eric T. Schneiderman will receive a comprehensive complaint on April 9, 2014 and after apparently giving it a file number **2014-1165779** according to Ms. Crystal Lewis' letter, will then ask the complainant about 46 days later to write a summary of the complaint to be sent back to the office along with another set of copies of the same evidence.

c. Ms. Crystal's letter is apparently not only seeking to reduce the gravity of the offence of **Cohen & Slamowitz, LLP/Midland Funding LLC** but also seeking to replace my comprehensive complaint with an abridged one for all the benefits that can result for some hidden conspirators.

d. Ms. Lewis's letter indirectly testifies that the Attorney General Eric T. Schneidermann has not yet made my complaint and its evidence known

to **Cohen & Slamowitz, LLP/Midland Funding LLC**. The Court's identical copies of the document submitted to the Attorney General of NY have been posted in the Court records in the case 13-4076. Since the glitch with Ms. Lewis' letter makes it unlikely for it to be authorized by the Attorney General of New York, it can be reasonably inferred that some hidden conspirators related to **Cohen & Slamowitz, LLP/Midland Funding LLC** are driving Ms. Lewis into her action.

e. What Ms. Crystal Lewis should have known is that the Attorney General of the State of New York has options as to how to make complaints to his office and those options include disregarding the complaint Forms and writing the complaint along the guidelines provided. The Attorney General has no preference as to which option to choose. Again, the complaint need not be only about consumer fraud but fraud and any unlawful acts that disregard the laws and the discipline of the State of New York. The evidence-based facts in my complaint revealing criminal and civil conspiracy of a very serious kind are not something the New York State Attorney General Eric T. Schneiderman will take lightly.

Dabbling in pretenses, however, the hidden conspirators have found another State official they want to draw into trouble. This person writes a letter that does not only contradict the convictions of New York State Attorney General Eric T. Schneiderman but also does so by not even identifying her position in the office of the Attorney General while expecting me to take her seriously. Again, this person wants me to duplicate my complaint with much less comprehensive account for my adversaries to find loopholes and use it to discredit the earlier one. As one of the tricks used by the same hidden conspirators when I had to write my Appellant Principal Brief in the Appeal Court case 13-4076, I am very familiar with it, as there were many attempts to get me to sacrifice importance for brevity knowing its impact. Those conspirators did not succeed and I wonder why they believe that they can succeed this time around.

**CONCLUSION**

Your Excellency, I am already feeling some relief of the wave of importunities that encompassed me, swarmed around me like bees, and blazed like fire among thorns before April 9, 2014 tormenting me. I believe that I owe it with gratitude to you and the Third Circuit Court for taking notice. There are still many challenges ahead, as I brace for legal battles against <u>2100 Park Associates LLC</u> (<u>**413-415-417 E 81 REALTY LLC**</u>)<u>'s</u> unlawful attempt to oust me from my apartment to satisfy the retaliatory quest of some hidden instigators despite my having been a good and peaceful tenant in this building for nine years.

I am aware that the same hidden conspirators are still on their efforts to frame me up and have not only been inspecting my mails and tempering with them through their agents but are also dumping into my mailbox letters in window envelopes with my apartment number on it but addressed to strange persons. Apparently, the perpetrators, as they have indirectly demonstrated, are hoping that they can get me this way to write some statement in my handwriting on some envelopes that could be used to make false claims. (Some of the letters have the marks of IRS but the addresses from where they are supposed to come do not even exist). For instance, <u>2100 Park Associates LLC</u> (<u>**413-415-417 E 81 REALTY LLC**</u>) have not given me a lease renewal notice and if I should write on one of the envelopes of those falsely addressed mails and leave it outside my mailbox stating that, "the person does not live here", they can just use it as a justification to misrepresent that they sent the lease renewal notice to my apartment and was caused to be returned by the person who lives there. Also, **Cohen & Slamowitz, LLP/Midland Funding LLC** that appear to have some connection in my apartment building would love to refute the truth about not getting my social security number from me by getting such a window envelope bearing my handwriting.

I am hoping that these conspirators will finally begin to pay attention to the fact that there are certain individuals among us who have the gift of insight and cannot be defeated with tricks, which will cause them to stop digging themselves into deeper and deeper holes or making it necessary for me to fight, as I have

always had aversion for litigation as far as it depends on me to choose the path of peace first.

For the rest I remain with my best regards.


Yours respectfully

May 27, 2014

John Paul Opoku


June 15, 2014

## APPENDIX

| EXHIBITS | DESCRIPTION |
|---|---|
| EXHIBIT B1 | 2100 Park Associates LLC Suddenly changed its legal name |
| EXHIBIT B2 | NYSANDY4 NBP15 LLC newly formed |
| EXHIBIT B3 | Evidence of March 2014 Rent payment |
| EXHIBIT B4 | Evidence of April 2014 Rent Payment |
| EXHIBIT B5 | Evidence of May 2014 Rent payment |
| EXHIBIT B6 | Evidence of Rent Payment to 2100 Park Associates LLC |
| EXHIBIT B7 | "SimplyBetter" as a disguise |
| EXHIBIT B8 | Why W-9 Form for an old Tenant |
| EXHIBIT B9 | Crystal Lewis' QEUSTIONABLE Letter |

CERTIFICATION

I certify that by USPS express mail/certified mail I have sent a copy of this supplementary document to enhance my complaint to the Attorney General Eric T. Schneiderman  delivered on April 9, 2014 by the same means at the same address at THE NEW YORK STATE ATTORNEY GENERAL ERIC T SCHNEIDERMAN, THE CAPITOL, ALBANY, NY 12224 – 0341

I also certify that I intend to send a courtesy copy of this supplementary document to the Case Manager, Ms. Maria Reyes, the Office of the Clerk of Court for the Third Circuit Court of Appeals, 601 Market Street, Philadelphia, PA 19106-1737, and to be postmarked the same date I mail this document to the Office of the Attorney General of New York.

I certify that I give a copy of this document to my workplace, Harlem Dialysis Center, 2615 Frederick Douglas Blvd, New York, NY 10030.

Date: May 27, 2014

John Paul Opoku

June 15, 2014

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 23, 2014.

Selected Entity Name: 2100 PARK ASSOCIATES LLC
Selected Entity Status Information

Current Entity Name: 413-415-417 E. 81 REALTY LLC
DOS ID #: 2136083
Initial DOS Filing Date: APRIL 22, 1997
County: WESTCHESTER
Jurisdiction: NEW YORK
Entity Type: DOMESTIC LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

Selected Entity Address Information

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
413-415-417 E. 81 REALTY LLC
145 HUGUENOT STREET ROOM 503
NEW ROCHELLE, NEW YORK, 10801

Registered Agent

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

Name History

**Filing Date**   **Name Type**   **Entity Name**

APR 03, 2014   Actual   413-415-417 E. 81 REALTY LLC

APR 22, 1997   Actual   2100 PARK ASSOCIATES LLC

APR 22, 1997   Actual   2100 PARK ASSOCIATES

A Fictitious name must be used when the Actual name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results      New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

*signature* June 15, 2014

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 23, 2014.

Selected Entity Name: NYSANDY4 NBP15 LLC
Selected Entity Status Information

Current Entity Name: NYSANDY4 NBP15 LLC
DOS ID #: 4516420
Initial DOS Filing Date: JANUARY 21, 2014
County: NEW YORK
Jurisdiction: NEW YORK
Entity Type: DOMESTIC LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

Selected Entity Address Information

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207

Registered Agent

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

*Stock Information

# of Shares        Type of Stock        $ Value per Share

No Information Available

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 21, 2014 | Actual | NYSANDY4 NBP15 LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results

New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

*June 15, 2014*

Online Banking

| Accounts | Bill Pay | Transfers | Cash Back Deals | Tools & Investing | Open an Account | Help & Support |

## View Payment

Payments Overview  ·  Automatic Payments  ·  Make a Single Payment

### Quick Help

Use this page to view the details of a payment you've made. After a payment is processed, we provide a summary of how the payment was sent (electronically or by mail), when the funds were withdrawn from your account, a payment memo and whether it was sent with the payment, and when the payment was delivered to the Pay To account.

▶ **What can I do?**

▶ **What do I need to know?**

▶ **What else can I do?**

For more information, please browse our list of Frequently Asked Questions.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **2100 Park Associates LLC** RENT -4-004 | $1,085.00 | ADV TIERED INTEREST CHKG-0839 | 03/13/2014 |

**Confirmation Number: GTCPW-6X4SG**

Payment check # 89162426 was sent to 2100 Park Associates LLC on 03/10/2014 and delivered on 03/13/2014. Funds were withdrawn from your **ADV TIERED INTEREST CHKG-0839** account on **03/13/2014.** The payment was applied on **03/14/2014.**

If you have a question about this payment, click **Inquire About Payment** to send a message to customer service.

**Inquire About Payment**   **Return to Previous Page**

---

**Secure Area**   Locations | Contact us | Browse with Specialist | Help | Privacy & Security | Online Banking Service Agreement | Sign off

Investment and Insurance products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured By Any Federal Government Agency | Are Not a Condition to Any Banking Service or Activity |

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management and Merrill Edge which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Merrill Lynch Wealth Management makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation. Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform.

Securities products are provided by MLPF&S, a registered broker-dealer, Member SIPC, and a wholly-owned subsidiary of Bank of America Corporation.

Insurance Products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insurance Services, Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂

©2014 Bank of America Corporation. All rights reserved.

Online Banking

John Paul Opoku    Profile & Settings    Sign Off

Search

| Accounts | Bill Pay | Transfers | Cash Back Deals | Tools & Investing | Open an Account | Help & Support |

## View Payment

Payments Overview · Automatic Payments · Make a Single Payment

**Quick Help**

Use this page to view the details of a payment you've made. After a payment is processed, we provide a summary of how the payment was sent (electronically or by mail), when the funds were withdrawn from your account, a payment memo and whether it was sent with the payment, and when the payment was delivered to the Pay To account.

▶ **What can I do?**

▶ **What do I need to know?**

▶ **What else can I do?**

For more information, please browse our list of Frequently Asked Questions.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| 2100 Park Associates LLC RENT -4-004 | $1,085.00 | ADV TIERED INTEREST CHKG-0839 | 04/09/2014 |

**Confirmation Number:** GWXW6-9TRS0

Payment check # 97545891 was sent to 2100 Park Associates LLC on 04/04/2014 and delivered on 04/09/2014. Funds were withdrawn from your **ADV TIERED INTEREST CHKG-0839** account on 04/09/2014. The payment was applied on 04/17/2014.

If you have a question about this payment, click Inquire About Payment to send a message to customer service.

Inquire About Payment | Return to Previous Page

**Secure Area**    Locations | Contact us | Browse with Specialist | Help | Privacy & Security | Online Banking Service Agreement | Sign off

Investment and insurance products:

**Are Not FDIC Insured**            **Are Not Bank Guaranteed**            **May Lose Value**

**Are Not Deposits**            **Are Not Insured By Any Federal Government Agency**            **Are Not a Condition to Any Banking Service or Activity**

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management and Merrill Edge which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Merrill Lynch Wealth Management makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation. Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services, and a self-directed online investing platform.

Securities products are provided by MLPF&S, a registered broker-dealer, Member SIPC, and a wholly-owned subsidiary of Bank of America Corporation.

Insurance Products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insurance Services, Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠

©2014 Bank of America Corporation. All rights reserved.

*June 15, 2014*

Online Banking

Accounts | Bill Pay | Transfers | Cash Back Deals | Tools & Investing | Open an Account | Help & Support

## View Payment

Payments Overview · Automatic Payments · Make a Single Payment

### Quick Help

Use this page to view the details of a payment you've made. After a payment is processed, we provide a summary of how the payment was sent (electronically or by mail), when the funds were withdrawn from your account, a payment memo and whether it was sent with the payment, and when the payment was delivered to the Pay To account.

▶ **What can I do?**

▶ **What do I need to know?**

▶ **What else can I do?**

For more information, please browse our list of Frequently Asked Questions.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **2100 Park Associates LLC** RENT -4-004 | $1,080.00 | ADV TIERED INTEREST CHKG-0839 | 05/08/2014 |

**Confirmation Number:** H05C7-7GS7G

Payment check # 6853184 was sent to 2100 Park Associates LLC on 05/08/2014 and delivered on 05/08/2014. Funds were withdrawn from your ADV TIERED INTEREST CHKG-0839 account on 05/08/2014. The payment was applied on 05/16/2014.

If you have a question about this payment, click Inquire About Payment to send a message to customer service.

**Inquire About Payment** | **Return to Previous Page**

---

**Secure Area**   Locations | Contact us | Browse with Specialist | Help | Privacy & Security | Online Banking Service Agreement | Sign off

Investment and insurance products:

| **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |
|---|---|---|
| **Are Not Deposits** | **Are Not Insured By Any Federal Government Agency** | **Are Not a Condition to Any Banking Service or Activity** |

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management and Merrill Edge which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Merrill Lynch Wealth Management makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation. Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform.

Securities products are provided by MLPF&S, a registered broker-dealer, Member SIPC, and a wholly-owned subsidiary of Bank of America Corporation.

Insurance Products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insurance Services, Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Bank of America, N.A. Member FDIC. Equal Housing Lender

©2014 Bank of America Corporation. All rights reserved.

Online Banking

John Paul Opoku    Profile & Settings    Sign Off

Search

Accounts | Bill Pay | Transfers | Cash Back Deals | Tools & Investing | Open an Account | Help & Support

## 2100 Park Associates LLC
RENT -4-004

Change Pay To Account: | 2100 Park Associates LLC - RENT | ▾ | Go

**Pay To Account** ❓

**2100 Park Associates LLC**
RENT -4-004
145 Huguenot Street - Room 503
New Rochelle
064-004, NY 10801
718-829-8978

Edit Pay To account information

Delete Pay To account

**Make a Payment** ❓

To make a payment to this Pay To account, enter your payment information and click Make Payment.

| Pay To | Amount | Pay From | Deliver By mm/dd/yyyy |
|---|---|---|---|
| **2100 Park Associates LLC** RENT -4-004 | $ [____] Show memo | ADV TIERED ...-0839 Avail. Funds: $697.30 | [____] 📅 Earliest Delivery 05/29/2014 |

Make Payment

**Important:** Deliver By is the estimated date that your Pay To account will receive the payment and funds will leave your account. The actual delivery date may vary from the Deliver By date estimate. Please make sure that there are sufficient available funds in your account to cover your payment beginning a few days before the Deliver By date estimate and keep such funds available until the payment is deducted from your account. Otherwise, you may be charged an overdraft or returned item fee. Other fees also may apply. Please refer to your account agreement and applicable fee schedule for details.

If we fail to process a payment in accordance with your properly completed instructions, we will reimburse you any late-payment-related fees. Please contact Online Banking Customer Service to request that the fees be reversed.

Hide message

**Alerts & Reminders (Set Alerts)**

You can set up alerts for this Pay To account. To turn on an alert, click **Set Alerts.**

OFF  Reminder
OFF  Payment changed
OFF  Payment processing
OFF  Automatic Payment scheduled
OFF  Recurring payment plan about to end
OFF  e-Bill due, no payment scheduled

**Automatic Payments** ❓

**e-Bill initiated payments:**

This Pay To account does not send e-Bills.

**Recurring payment plans:**

You do not have any recurring payments scheduled for this Pay To account at this time. Tell me more...

Set up a recurring payment

**Payments & e-Bills** ❓

**Payment History (Past Six Months)**        e-Bill History (Past Six Months)

| Amount | Deliver By | Status | |
|---|---|---|---|
| $1,080.00 | 05/08/2014 | Processed | View Payment |
| $1,085.00 | 04/09/2014 | Processed | View Payment |
| $1,085.00 | 03/13/2014 | Processed | View Payment |
| $1,080.00 | 02/13/2014 | Processed | View Payment |
| $1,062.00 | 01/03/2014 | Processed | View Payment |
| $1,060.00 | 12/05/2013 | Processed | View Payment |

See more payments

*June 15, 2014*

**Secure Area**    Locations | Contact us | Browse with Specialist | Help | Privacy & Security | Online Banking Service Agreement | Sign off

Investment and insurance products:

| **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |
|---|---|---|
| **Are Not Deposits** | **Are Not Insured By Any Federal Government Agency** | **Are Not a Condition to Any Banking Service or Activity** |

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management and Merrill Edge which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).



**SimplyBetter**
Our Commitment • Your Home

1075 GERARD AVENUE,
BRONX, NY 10452
(917) 801-2011

Page 4?

| | | | |
|---|---|---|---|
| | **Account :** | 75979 - 110-02A - work142 | |
| **JOHN PAUL OPOKU** | **Date :** | 05/19/14 | |
| **2110 BRONX PARK EAST 2A**<br>**BRONX, NY 10462** | **Payment :** | $ | |
| | **Remit To :** | NYSANDY4 NBP15 LLC | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | -59.72 |
| 05/01/14 | Rent - Residential (05/2014) | 1,061.75 | | 1,002.03 |
| 05/15/14 | Chk# 6853184 | | 1,080.00 | (77.97) |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---|---|---|---|---|
| -54.72 | -23.25 | 0.00 | 0.00 | -77.97 |

## IMPORTANT NOTICE

1. Please be advised that we will no longer be sending monthly statements. This statement is being provided to you so that you can review the current status of your account. Per the terms of your lease, rent is due to our office by the 1st of each month, with a grace period prior to application of late fees. Please be advised that non-payment of the rent due will result in legal action. We would be happy to provide you with information about our ACH services if you would like to enroll in recurring electronic payments, and you are also free to pay your rent via automatic bill payment through your financial services provider.

2. Payments should always be made out to the entity named on your statement above (see **"Remit To:____"**) and can be mailed or delivered in person to our offices located at 1075 Gerard Avenue, Bronx, NY10452. Please be sure to include your street address and apartment number when making payments. Please retain this information with your records for future reference.

3. *** In order to properly transfer your security deposit to New York Community Bank, please complete and sign the enclosed W-9 form and return it to our office. The bank requires this information to set up the account which holds your security deposit. Please be sure to include your full address with apartment number and your social security number where requested. ***

Thank you for your attention to this notice and for your cooperation.

_June 15, 2014_

Resident Statement

Monday, May 19, 2014

104628£2236 C092

June 15, 2014



*June 15, 2014*

**Form W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

*Print or type*
*See Specific Instructions on page 2.*

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

Requester's name and address (optional)

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**

Signature of U.S. person ▶

Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
BUREAU OF CONSUMER FRAUDS & PROTECTION



May 22, 2014

John Paul Opoku
2110 Bronx Park East
Apt 2A
Bronx, NY 10462

Our File Number: **2014-1165779**
Company: Cohen & Slamowitz, LLP / Midland Funding LLC

Dear John Paul Opoku:

On behalf of Attorney General Eric T. Schneiderman, thank you for contacting us.

In order to determine whether we can assist you, **kindly complete the enclosed complaint form and include a clear, simple and brief statement of the problem and the relief you are seeking.** In your reply, please mention our file number and the full name of the company.

We will keep your file open for twenty days to give you time to reply. I hope to have an opportunity to assist you.

Very truly yours,

Crystal Lewis
Bureau of Consumer Frauds
And Protection

Enclosure

June 15, 2014

# OFFICE OF THE ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
## STATE OF NEW YORK  DEPARTMENT OF LAW



**Consumer Frauds and Protection Bureau**
120 Broadway, 3rd Floor
New York, NY 10271
Phone: (212) 416-8300  Fax: (212) 416-8787

**Consumer Hotline**
**(800) 771-7755**
**TDD (800) 788-9898**
**http://www.ag.ny.gov**

---

1. Please be sure to complain to the company or individual *before* filing a complaint.
2. Please type or print clearly in dark ink. Form may also be filled in online using Adobe Acrobat version 5.0 (or later) and printed out for mailing.
3. Complete the *entire* form. Incomplete or unclear forms will be returned to you.
4. Please attach *photocopies*—no originals—of supporting documents.

---

## CONSUMER

Name

Street Address

City/Town                    County

Home phone

Business phone

Email address

State          Zip

## COMPLAINT:

Name of seller or provider of services

Street Address

City/Town                    County

Date of transaction          Cost of product or service

Phone

Email address

Website

State          Zip

Method of payment

Did you sign a contract?  ☐ Yes  ☐ No

Date signed:            Where signed:

*June 15, 2014*

**OPTIONAL:** Other seller, provider of services, manufacturer or warrantor

Phone

Email address

Street Address

Website

City/Town                                County                              State                    Zip

Was the product or service advertised? ☐ Yes  ☐ No

Date advertised:                          Where/how advertised:

Date and method of complaint to company or individual:        Person contacted (include title):

☐ Email  ☐ Telephone  ☐ In person  ☐ Other:_____

Date(s) and nature of response(s):

Has this matter been submitted to another agency or attorney? (If "Yes," please provide name and address.)

☐ Yes  ☐ No

Is court action pending? (If "Yes," please describe.)

☐ Yes  ☐ No

Briefly describe your complaint:

*[signature]* June 15, 2014

What form of relief are you seeking?  (e.g., refund, credit, exchange, repair, etc.)

*June 15, 2014*

---

### PLEASE READ THE FOLLOWING BEFORE SIGNING BELOW

Please attach to this form *photocopies* of any paper involved (web printouts, contracts, warranties, bills , statements, cancelled checks, correspondence including email, etc.)  DO NOT SEND ORIGINALS.  Due to the volume of complaints we receive, any final resolution of this matter may take some time and your patience is greatly appreciated.  In order to protect your privacy, we suggest you remove all confidential information from the complaint and documents you submit to us, such as your Social Security number, financial account numbers, and any medical information.

NOTE:  In order to resolve your complaint, we may send a copy of this form to the person or company about whom you are complaining.

#### In filing this complaint, I understand that:

- The Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices.  My filing this complaint does not mean that the Attorney General has initiated a lawsuit or proceeding on my behalf or that it will do so.
- The Attorney General cannot give me legal advice or represent me in court.  If I have any questions concerning my legal rights or responsibilities, I should contact a private attorney.
- In order to resolve my complaint, the Attorney General may send a copy of my complaint and any documents I provide to the person or business about whom I am complaining and I authorize that person or business to release information concerning my complaint to the Attorney General.
- The Attorney General works with other state, local and federal government agencies to investigate complaints and coordinate law enforcement and may also share my complaint with them.  In addition, the Attorney General may use information from my complaint in legal proceedings to establish violations of law.

The above complaint is true and accurate to the best of my knowledge.  I also understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/or Section 210.45 of the Penal Law.

Signature                                                               Date

Return completed form and documents to:

**Office of the Attorney General**
**Consumer Frauds and Protection Bureau**
**120 Broadway, 3rd Floor**
**New York, NY  10271**
**(212) 416-8300 / 8341**
**Fax: (212) 416-8787**

CFB001 - (rev 10 12)                                    3

**11.Exhibit Set C :**          **Evidence of Insurance claim on**

                               **the lost May 28, 2014 Document**

**UNITED STATES**
**POSTAL SERVICE.**

Date: June 11, 2014

JOHN PAUL OPOKU:

In response to your request dated June 11, 2014, we regret to inform you that we were unable to locate any delivery information in our records regarding your item number EK255007349US.

If you would like additional assistance with this inquiry, please take this receipt to your local Post Office or postal representative.

Sincerely,
United States Postal Service

June 15, 2014

**From:** donotreply <donotreply@usps.com>
**To:** johnopk42 <johnopk42@aol.com>
**Subject:** US Postal Service Insurance Claim Received
**Date:** Wed, Jun 11, 2014 9:22 am

Dear US Postal Service Insurance Customer:

Thank you for submitting your claim for Label (or Tracking) Number EK255007349US online. If your claim is missing any required information, we'll contact you so we can quickly process the claim.

To check the status of your claim or print a copy of the completed claim form, login at www.usps.com/onlineclaims and select Label (or Tracking) Number EK255007349US from your claims history.

Please do not reply to this automatically generated email. For help with your online account, email the Internet Customer Care Center at uspstechsupport@esecurecare.net.

The United States Postal Service values your business. We apologize for any inconvenience you may have experienced as a result of this matter.

United States Postal Service
www.usps.com/onlineclaims
uspstechsupport@esecurecare.net

June 15, 2014

**From:** US_Postal_Service <US_Postal_Service@usps.com>
**To:** johnopk42 <johnopk42@aol.com>
**Subject:** USPS Proof of Delivery Info for EK255007349US
**Date:** Wed, Jun 11, 2014 11:32 am
**Attachments:** EK255007349US.pdf (16K)

This is a post-only message. Please do not respond.

Label Number: EK255007349US

Service Type: Priority Mail Express®

Thank you for requesting a Proof of Delivery letter on your shipment.

Your Proof of Delivery letter is included in a PDF file attached to this email. You will need Adobe Acrobat Reader software to view the PDF file. Download Adobe Acrobat Reader for free by going to http://www.adobe.com/products/acrobat/readstep2.html.

If you have additional questions on Track & Confirm services and features or if you have difficulties viewing the attached file, please visit the Frequently Asked Questions (FAQs) section of our Track and Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm for more information.

Attachment: Proof of Delivery letter (PDF)

-------------------------------------------------------------------------

Results provided by the U.S. Postal Service.

**Exhibit Set D: Fake Apartment Lease from "Simply Better"**

# RENEWAL LEASE FORM

Owners and Tenants should read **INSTRUCTIONS TO OWNER** and **INSTRUCTIONS TO TENANT**
on reverse side before filling out or signing this form

**THIS IS A NOTICE FOR RENEWAL OF LEASE AND RENEWAL LEASE FORM ISSUED UNDER SECTION 2523.5(a) OF THE RENT STABILIZATION CODE. ALL COPIES OF THIS FORM MUST BE SIGNED BELOW AND RETURNED TO YOUR LANDLORD WITHIN 60 DAYS.**

Dated: **January 01, 2014**

Tenant's Name(s) and Address:

**JOHN PAUL OPOKU**

**2110 BRONX PARK EAST 2A**

**BRONX, NY     10462**

Owner's /Agent's Name and Address:

**NYSANDY4 NBP15 LLC**

**1075 Gerard Avenue**

**Bronx, NY 10452**

1. The owner hereby notifies you that your lease will expire on: **6 / 30 / 2014**

## PART A - OFFER TO TENANT TO RENEW

2. You may renew this lease, for one or two years, at your option, as follows:

| Column A Renewal Term | Column B Legal Rent on Sept.30th Preceding Commencement Date of this Renewal Lease | Column C Guideline % or Minimum $ Amount (If unknown, check box and see below)* ☐ | Column D Applicable Guideline Supplement, if any | Column E Lawful Rent Increase, if any, Effective after Sept. 30th | Column F New Legal Rent (If a lower rent is to be charged, check box and see item 5 below )☐ |
|---|---|---|---|---|---|
| 1 Year | $ __1,061.75__ | ( 4.00 %) $ __42.47__ | $ _____ | $ _____ | $ __1,104.22__ |
| 2 Years | Same as above | ( 7.75 %) $ __82.28__ | $ _____ | $ _____ | $ __1,144.03__ |

\* If applicable guideline rate is unknown at time offer is made check box in column c and enter current guideline which will be subject to adjustment when rates are ordered.

3. Security Deposit:
   Current Deposit: $ **1,040.93**      Additional Deposit Required - 1 year lease: $ **63.29**
                                             Additional Deposit Required - 2 year lease: $ **103.10**

4. Specify separate charges, if applicable:
   a. Air conditioner : $ _____    c. 421a (2.2%) : $ _____
   b. Appliances : $ _____    d. Other : $ _____     Total separate charges: $ _____

5. Lower Rent to be charged, if any. 1 year lease $ _____, 2 year lease $ _____   Agreement attached: Yes ☐   No ☐

6. Tenant shall pay a monthly rent (enter amount from 2F or 5) of $ **1,104.22** for a 1 year renewal or $ **1,144.03** for a 2 year renewal, plus total separate charges (enter amount from 4) $ _____ for a total monthly payment of $ **1,104.22** for a 1 year renewal or $ **1,144.03** for a 2 year renewal.

7. This renewal lease shall commence on **07 / 01 / 2014**, which shall not be less than 90 days nor more than 150 days from the date of mailing or personal delivery of this Renewal Lease Form. This Renewal Lease shall terminate on **06 / 30 / 2015** (1 year lease) or **06 / 30 / 2016** (2 year lease.)

8. This renewal lease is based on the same terms and conditions as your expiring lease. (See instructions about additional provisions.)

9. SCRIE and DRIE. Owner and Tenant acknowledge that, as of the date of this renewal, Tenant is entitled to pay a reduced monthly rent in the amount of $ _____ under the New York City SCRIE program or the New York City DRIE program. The reduced rent may be adjusted by orders of such program.

This form becomes a binding renewal when signed by the owner below and returned to the tenant. A rider setting forth the rights and obligations of tenants and owners under the Rent Stabilization Law must be attached to this lease when signed by the owner and returned to the tenant. The rent, separate charges and total payment provided for in this renewal lease may be increased or decreased by order or annual updates of the Division of Housing and Community Renewal (DHCR) or the Rent Guidelines Board (RGB).

## PART B - TENANT'S RESPONSE TO OWNER

Tenant: Check and complete where indicated one of three responses below after reading instructions on reverse side. Then date and sign your response below. You must return this Renewal Lease Form to the owner in person or by regular mail, within 60 days of the date this Notice was served upon you by the owner. Your failure to do so may be grounds for the commencement of an action by the owner to evict you from your apartment.

☐ I (we), the undersigned Tenant(s), accept the offer of a **one (1) year** renewal lease at a monthly rent of $ **1,104.22** plus separate charges of $ _____ for a total monthly payment of $ **1,104.22**

☐ I (we), the undersigned Tenants(s), accept the offer of a **two (2) year** renewal lease at a monthly rent of $ **1,144.03** plus separate charges of $ _____ for a total monthly payment of $ **1,144.03**

☐ I (we) will not renew my (our) lease and I (we) intend to vacate the apartment on the expiration date of the present lease.

Tenant's Signature(s): _____

Dated: _____ 20____

Dated: _____ 20____

Owner's Signature(s): _____

RTP-8 (3/10)      **NYSANDY4 NBP15 LLC**

GENNADIY MALATOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087006
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/15/20



**SimplyBetter**
Our Commitment ✶ Your Home

✶ SIMPLYBETTER APARTMENT HOMES

\*\* To better help serve your needs, please fill out the following form for our records. \*\*

## RESIDENT INFORMATION

Building: _____        Unit: _____

**Resident 1:**            _____

Work Phone:                _____

Office Phone:              _____

Mobile Phone:              _____

Email Address:             _____

**Resident 2:**            _____

Work Phone:                _____

Office Phone:              _____

Mobile Phone:              _____

Email Address:             _____

**Emergency Contact:**

Name:                      _____

Phone Number:              _____

I certify that this document was one of three independent leaflet but related document, enclosed in an envelope postmarked May 28, 2014.

_signature_ 6/2/2014

GENNADIY MAIAIOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087606
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

1075 Gerard Avenue, Bronx, NY 10452
TEL 917.801.2011 I FAX 347.577.5160
EMAIL ContactUs@SimplyBetterAptHomes.com
WEB SimplyBetterAptHomes.com

6/2/64



**SimplyBetter**
Our Commitment ★ Your Home

★ SIMPLYBETTER APARTMENT HOMES

John Paul Opoku
2110 Bronx Park East 2A
Bronx, NY 10462

Dear John Paul,

Upon reviewing your file I see that your lease will be on 06/30/2014. Attached you will find your renewal lease that needs to be signed and mailed or faxed over to me. Also I have sent over a Resident Information form, please fill out and send that as well. If you have any questions or concerns please feel free to reach me at (917) 801-2012 or at Jackie.Ramos@simplybetterapthomes.com. Thank you and hope to hear from you soon.

Sincerely
Jackie Ramos
Leasing Administrative Assistant

I certify that this letter was
Received on 5/29/2014
at 8:45pm. _[signature]_  in the envelope
postmarked May 28, 2014 as one of three pages (independent leaflets)
_related documents_ _[signature]_ 6/2/2014 make up total pages of documents four pages
has front and back pages

GENNADIY MATAYOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6087806
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/18/20

6/2/2014

1075 Gerard Avenue, Bronx, NY 10452
TEL 917.801.2011 | FAX 347.577.5160
EMAIL ContactUs@SimplyBetterAptHomes.com
WEB SimplyBetterAptHomes.com

**Exhibit Set E:  NYS Rent Stabilized Laws in Part**

# ERIC T. SCHNEIDERMAN
**Attorney General**



Dear New Yorker:

My office receives many inquiries concerning landlord/tenant matters. To assist you, we are pleased to provide our Tenant's Rights Guide, which summarizes and explains the laws tenants need to know. We hope you find this guide useful as a first source for any tenant issues you may have.

Tenants who are concerned about cooperative and condominium housing, topics not addressed in this guide, should contact my office's Real Estate Financing Bureau.

Should you need additional assistance or information about landlord/tenant matters, we have provided you with useful contacts at the end of this guide.

Sincerely,

Eric T. Schneiderman

completely removed from regulation.

In New York City, each rent controlled apartment has a maximum base rent that is adjusted every two years to reflect changes in operating costs. Tenants may challenge increases if the rent being charged by the landlord exceeds the legal regulated rent, the building has housing code violations, the owner's expenses do not warrant an increase, or the owner is not maintaining essential services.

**RENT STABILIZATION**

Generally, in New York City, apartments are under rent stabilization if they are in buildings of six or more units built between February 1, 1947 and December 31, 1973. Tenants in buildings built before February 1, 1947, who moved in after June 30, 1971, are also covered by rent stabilization. A third category of rent stabilized apartments covers buildings with three or more apartments constructed or extensively renovated on or after January 1, 1974 with special tax benefits. Outside New York City, rent stabilized apartments are generally found in buildings with six or more apartments that were built before January 1, 1974.

Local Rent Guidelines Boards in New York City, Nassau, Rockland and Westchester counties set maximum rates for rent increases once a year which are effective for one or two year leases beginning on or after October 1each year. Tenants in rent stabilized apartments are entitled to receive required essential services and to have their leases renewed, and may not be evicted except on grounds allowed by law.

Any apartment with a monthly rent of $2,000 or more per month becomes deregulated when it becomes vacant. Occupied apartments may be deregulated when the legal regulated rent for the apartment reaches $2,000 or more and the apartment's occupants have a total annual income in excess of $175,000 per year in each of the two years preceding the deregulation. Total annual income is the sum of the annual incomes of all persons (other than subtenants) who occupy the apartment as their primary residence on a non- temporary basis. A tenant in a unit that becomes deregulated in this manner may be offered a rent at the prevailing market rate.

# LEASES

## WHAT IS A LEASE?

A lease is a contract between a landlord and a tenant which contains the terms and conditions of the rental. It cannot be changed while it is in effect unless both parties agree. Leases for apartments which are not rent stabilized may be oral or written. However, to avoid disputes the parties may wish to enter into a written agreement. A party must sign the lease in order to be bound by its terms. An oral lease for more than one year cannot be legally enforced. General Obligations Law § 5-701.

At a minimum, leases should identify the premises, specify the names and addresses of the parties, the amount and due dates of the rent, the duration of the rental, the conditions of occupancy, and the rights and obligations of both parties. Except where the law provides otherwise, a landlord may rent on such terms and conditions as are agreed to by the parties. Any changes to the lease should be initialed by both parties.

New York City rent stabilized tenants are entitled to receive from their landlords a fully executed copy of their signed lease within 30 days of the landlord's receipt of the lease signed by the tenant. The lease's beginning and ending dates must be stated. Rent stabilized tenants must also be given a rent stabilization lease rider, prepared by DHCR, which summarizes their rights under the law and provides specific information on how the rent was calculated.

## LEASE PROVISIONS

Leases must use words with common and everyday meanings and must be clear and coherent. Sections of leases must be appropriately captioned and the print must be large enough to be read easily. General Obligations Law § 5-702; NY C.P.L.R. § 4544.

The following lease provisions are void:

- Exempting landlords from liability for injuries to per-

sons or property caused by the landlord's negligence, or that of the landlord's employees or agents

- Waiving the tenant's right to a jury trial in any lawsuit brought by either of the parties against the other for personal injury or property damage

- Requiring tenants to pledge their household furniture as security for rent

- General Obligations Law § 5-321; Real Property Law § 259-c and § 231.

If a lease states that the landlord may recover attorney's fees and costs incurred if a lawsuit arises, a tenant automatically has a reciprocal right to recover those fees as well. Real Property Law § 234.

If the court finds a lease or any lease clause to have been unconscionable at the time it was made, the court may refuse to enforce the lease or the clause in question. Real Property Law § 235-c.

## RENEWAL LEASES

For non-rent regulated apartments, a tenant may only renew the lease with the consent of the landlord and may be subject to eviction at the end of the lease term. However, a lease may contain an automatic renewal clause. In such case, the landlord must give the tenant advance notice of the existence of this clause between 15 and 30 days before the tenant is required to notify the landlord of an intention not to renew the lease. General Obligations Law § 5-905.

Rent stabilized tenants have a right to a one or two year renewal lease, which must be on the same terms and conditions as the prior lease. A landlord's acceptance of a Section 8 subsidy is one such term which must be continued on a renewal lease. Landlords may refuse to renew a lease only in certain enumerated circumstances, such as when the tenant is not using the premises as a primary residence. For New York City rent stabilized tenants, the landlord must give timely written notice to the tenant of the right to renewal as required

by law.

After the notice of renewal is given, the tenant has 60 days in which to accept. If the tenant does not accept the renewal offer within the prescribed time, the landlord may refuse to renew the lease and seek to evict the tenant through court proceedings. If the tenant accepts the renewal offer, the landlord has 30 days to return the fully executed lease to the tenant. Until returned to the tenant, the lease is not effective, and therefore the rent increase portion need not be paid.

## MONTH-TO-MONTH TENANTS

Tenants who do not have leases and pay rent on a monthly basis are called "month-to-month" tenants. In localities without rent regulation, tenants who stay past the end of a lease are treated as month-to-month tenants if the landlord accepts their rent. Real Property Law § 232-c.

A month-to-month tenancy outside New York City may be terminated by either party by giving at least one month's notice before the expiration of the tenancy. For example, if the landlord wants the tenant to move out by November 1 and the rent is due on the first of each month, the landlord must give notice by September 30. In New York City, 30 days' notice is required, rather than one month.

The termination notice need not specify why the landlord seeks possession of the apartment, only that the landlord elects to terminate the tenancy and that refusal to vacate will lead to eviction proceedings. Such notice does not automatically allow the landlord to evict the tenant. A landlord may raise the rent of a month-to-month tenant with the consent of the tenant. If the tenant does not consent, however, the landlord can terminate the tenancy by giving appropriate notice. Real Property Law § 232-a and § 232-b.

## RENT

## RENT CHARGES

When an apartment is not rent regulated, a landlord is free to charge any rent agreed upon by the parties. If the apart-

ment is subject to rent regulation, the initial rent and subsequent rent increases are set by law.

Maximum rent increases for rent stabilized apartments are set each year by the Rent Guidelines Board. In addition, landlords of rent stabilized apartments may seek rent increases for certain types of building-wide major capital improvements (MCI) that benefit all tenants, such as the replacement of a boiler or the installation of new equipment. Rents may be increased in individual apartments for substantial increases in dwelling space, new equipment, improvements or furnishings.

The landlord must file an application with DHCR for the increase within two years after making the improvements. With the consent of the tenant, the landlord may seek a monthly rent increase for improvements made to an apartment for up to 1/40 of the cost of such improvements, including installation but excluding finance charges. Tenants are given the opportunity to challenge the rent increase. No rent adjustment may be charged until DHCR approves the application.

For rent stabilized apartments in New York City, the rent adjustment collectible in any one year may not exceed six percent of the tenant's rent. Adjustments above the six percent cap can be spread forward to future years. For all rent controlled or stabilized apartments outside New York City, the permanent adjustment collectible in any one year may not exceed fifteen percent of the tenant's rent.

Additionally, a landlord may increase the rent because of hardship or increased labor costs. For rent controlled apartments in New York City, the rent may also be adjusted according to changes in the prices of various types of heating fuels.

Tenants who are senior citizens (62 years or older) or who are disabled may be granted certain exemptions from rent increases. Tenants may determine whether they qualify for a Senior Citizen Rent Increase Exemption (SCRIE) or a Disability Rent Increase Exemption (DRIE) by calling the DHCR's Rent InfoLine at (718) 739-6400.

Landlords must provide tenants with a written receipt when

7

**Exhibit Set F:  Rent Statements from January 2014**

**2100 PARK ASSOCIATES LLC**
145 Huguenot Street, Suite 503
New Rochelle, NY 10801

| DATE | 03/01/14 |
| AMOUNT DUE | 1048.53 |
| ACCOUNT NO. | 064-004 |

MAKE CHECK
PAYABLE TO     **2100 PARK ASSOCIATES LLC**

All online banking payments must be sent to:
145 Huguenot Street - Room 503
New Rochelle, NY 10801

**PLEASE SUBMIT THIS PART WITH YOUR PAYMENT**

| Please Return Payment To: | Name |

064-004
2100 PARK ASSOCIATES LLC
P.O. BOX 3074
HICKSVILLE, N.Y.
11802-3074

064-004
JOHN PAUL OPOKU
APT. 2A
2110 BRONX PARK EAST
BRONX, NEW YORK 10462

2224504866  0030741  00640043  001048538  031405

---

2100 PARK ASSOCIATES LLC
145 Huguenot Street, New Rochelle, NY 10801

**Keep This Part For Your Records**

| Account Number | Includes Payments Received As Of |
| 064-004 | 2/21/14 |

| ITEM | AMOUNT |
| BASE RENT | 1061.75 |
| BASE RENT AR | -13.22 |

D E T A C H   H E R E

| DATE DUE | AMOUNT DUE |
| 03/01/14 | 1048.53 |

**Exhibit Set G: Simply Batter Letter and docs of May 19, 2014**


**SimplyBetter**
Our Commitment ✦ Your Home

1075 GERARD AVENUE,
BRONX, NY 10452
(917) 801-2011

Page 435

| | | | | |
|---|---|---|---|---|
| | | **Account :** | 75979 - 110-02A - work142 | |
| **JOHN PAUL OPOKU** | | **Date :** | 05/19/14 | |
| **2110 BRONX PARK EAST 2A** | | **Payment :** | $ | |
| **BRONX, NY 10462** | | **Remit To :** | NYSANDY4 NBP15 LLC | |

| Date | Description | | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | Balance Forward | | | | -59.72 |
| 05/01/14 | Rent - Residential (05/2014) | | 1,061.75 | | 1,002.03 |
| 05/15/14 | Chk# 6853184 | | | 1,080.00 | (77.97) |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---|---|---|---|---|
| -54.72 | -23.25 | 0.00 | 0.00 | -77.97 |

## IMPORTANT NOTICE

1. Please be advised that we will no longer be sending monthly statements. This statement is being provided to you so that you can review the current status of your account. Per the terms of your lease, rent is due to our office by the 1st of each month, with a grace period prior to application of late fees. Please be advised that non-payment of the rent due will result in legal action. We would be happy to provide you with information about our ACH services if you would like to enroll in recurring electronic payments, and you are also free to pay your rent via automatic bill payment through your financial services provider.

2. Payments should always be made out to the entity named on your statement above (see "**Remit To:_____**") and can be mailed or delivered in person to our offices located at 1075 Gerard Avenue, Bronx, NY10452. Please be sure to include your street address and apartment number when making payments. Please retain this information with your records for future reference.

3. **\*\*\* In order to properly transfer your security deposit to New York Community Bank, please complete and sign the enclosed W-9 form and return it to our office. The bank requires this information to set up the account which holds your security deposit. Please be sure to include your full address with apartment number and your social security number where requested. \*\*\***

Thank you for your attention to this notice and for your cooperation.

*June 15, 2014*

Resident Statement

Monday, May 19, 2014

June 15, 2014

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

*Print or type*
*See Specific Instructions on page 2.*

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I     Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

## Part II     Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**     Signature of U.S. person ▶                                   Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                         Form **W-9** (Rev. 8-2013)



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
02 1P
0003155622     MAY 20 2014
MAILED FROM ZIP CODE 10023

i04623±2236 C032

June 15, 2014

**Exhibit H:  Internet Publication of the two versions**

**"Simply Better Apartment Homes"**



## Choose a
## SimplyBetter state
(or click on map)

Colorado
District of Columbia
Florida
Georgia
Michigan
Nevada
North Carolina
Texas



Select a State

Terms and Conditions | Privacy Policy | ©2011-2013 Simply Better Management Co, LLC

Colorado | District of Columbia | Florida | Georgia | Michigan | Nevada | North Carolina | Texas

SEARCH   RELOCATION   TIPS   EXTENDED STAY   OFF-CAMPUS HOUSING   SENIOR LIVING   EN   ESPAÑOL

Careers | Advertise | Managers & Owners

Enter a location to begin

iOS    Android

Home › Profile

PRINT    EMAIL A FRIEND    SEND TO CELL

# SimplyBetter Apartment Homes

1075 Gerard Avenue, Bronx, NY 10452 (View on Map)

Check Your Credit

## (866) 638-1550

## Map
View property, WalkScore, and Driving Directions

Open Map

**SimplyBetter Apartment Homes**
1075 Gerard Avenue
Bronx, NY 10452

CHECK AVAILABILITY

« Return to Search Results



Located in Bronx, New York, SimplyBetter Apartment Homes offers studios, one bedrooms, two bedrooms, three bedrooms, and four bedroom apartments for rent. Call today for pricing and availability!

## SPECIALS

Call today for pricing and availability!

## FLOORPLANS AND PRICING
Click floorplan name below to view floorplan diagram.

Back to Top

### MOVING RESOURCES
For help moving, visit our partners.

### STUDIO

| | | | |
|---|---|---|---|
| 3010 Valentine Ave Unit # C | 1 Bathroom | $988 | Check Availability › |
| 222 Bedford Park Blvd Unit # 3E | 1 Bathroom | $1000 | Check Availability › |
| 2160 Holland Ave Unit # A3 | 1 Bathroom | $1000 | Check Availability › |
| 2160 Bolton St Unit # 5H | 1 Bathroom | $1300 | Check Availability › |


Apartment Rental Movers Checklist
**Let ForRent.com help you organize and manage your move!**

### 1 BEDROOM

| | | | |
|---|---|---|---|
| 2966 Briggs Ave Unit #4B | 1 Bathroom | $1200 | Check Availability › |
| 2160 Holland Ave Unit # A12 | 1 Bathroom | $1279 | Check Availability › |
| 2160 Holland Ave Unit # E15 | 1 Bathroom | $1300 | Check Availability › |
| 3013 Valentine Ave Unit # 4G | 1 Bathroom | $1300 | Check Availability › |
| 2180 Bolton St Unit # 3A | 1 Bathroom | $1350 | Check Availability › |
| 3073 Buhre Ave Unit #5G | 1 Bathroom | $1350 | Check Availability › |
| 2966 Briggs Ave Unit # 5D | 1 Bathroom | $1350 | Check Availability › |
| 2160 Bolton St Unit # 1F | 1 Bathroom | $1378 | Check Availability › |
| 3010 Valentine Ave Unit # 1F | 1 Bathroom | $1395 | Check Availability › |


**Need a Mover?**
Get the best prices from the best movers in your inbox.

**Check your Credit**
Your new landlord will. Make sure you're ready.

### PROPERTY MANAGEMENT



**Exhibit Set I: Evidence of the tampering of my Bank Checking**

**Account**

## Online Banking

John Paul Opoku    **Profile & Settings**    **Sign Off**

Search

Accounts    Bill Pay    Transfers    Cash Back Deals    Tools & Investing    Open an Account    Help & Support

## Alerts

Alert Settings        Alert History        About Alerts

Your Alerts History lists the alerts we've sent you in the past 60 days.

Note that if "undeliverable" is displayed, delivery was unsuccessful after 3 attempts. Please make sure your email address is correct or mobile phone is active.

1 - 11

**Other Alerts**

View and manage your other alerts.

Bill Pay alerts »

Merrill Edge alerts »

**Send alerts to**

**johnopk42@aol.com**    Edit
Undeliverable
Primary Email address ⓘ

**(***)***-9880**    Edit
Secondary Contact ⓘ

| Date | Account | Alert | Sent to |
|------|---------|-------|---------|
| 05/09/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Has Insufficient Funds and Is Using Overdraft Protection** | (***)***-9880 |
| 05/08/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Balance Fell Below $25** | (***)***-9880 |
| 04/16/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Balance Fell Below $25** | (***)***-9880 |
| 04/11/2014 | ADV TIERED INTEREST CHKG - 0839 | **General and Security Alert Turned Off** | johnopk42@aol.com Undeliverable |

To: JOHN OPOKU
Account: **ADV TIERED INTEREST CHKG ending in 0839**
Date: **04/10/2014**

The following general and security alert was turned off on 04/10/2014.

Activity Alert: Your Account Has Insufficient Funds and Is Using Overdraft Protection
Activity Alert: Your Account Is Overdrawn; Take Action to Prevent Additional Fees

Your request to turn off the alert will go into effect in 5 days. Your security is important to us, and we recommend that you keep general and security alerts turned on.

Please sign in to Online Banking at www.bankofamerica.com to review your alert settings. If you did not turn off this alert, please contact us immediately at 1.800.933.6262.

| | | | |
|------|---------|-------|---------|
| 04/11/2014 | ADV TIERED INTEREST CHKG - 0839 | **Notice: Your profile is updated** | johnopk42@aol.com Undeliverable |
| 04/11/2014 | Online Banking | **Authorization Code You Requested** | (***)***-9880 |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | johnopk42@aol.com Undeliverable |
| 04/10/2014 | PRIMARY Checking | **ATM Transaction** | johnopk42@aol.com Undeliverable |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | none@bac.com Undeliverable |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | none@bac.com Undeliverable |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | johnopk42@aol.com Undeliverable |

1 - 11

Bank of America | Online Banking | Accounts | Alerts | Alert History

Online Banking

| Accounts | Bill Pay | Transfers | Cash Back Deals | Tools & Investing | Open an Account | Help & Support |

## Alerts

**Alert Settings**      **Alert History**   ·      **About Alerts**

Your Alerts History lists the alerts we've sent you in the past 60 days.

Note that if "undeliverable" is displayed, delivery was unsuccessful after 3 attempts. Please make sure your email address is correct or mobile phone is active.

**Other Alerts**

View and manage your other alerts.:

Bill Pay alerts »

Merrill Edge alerts »

**Send alerts to**

johnopk42@aol.com      Edit
Undeliverable
Primary Email address  ❶

(***)***-9880          Edit
Secondary Contact  ❶

1 - 11

| Date | Account | Alert | Sent to |
|------|---------|-------|---------|
| 05/09/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Has Insufficient Funds and Is Using Overdraft Protection** | (***)***-9880 |
| 05/08/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Balance Fell Below $25** | (***)***-9880 |
| 04/16/2014 | PERSONAL CHECKING/SAVINGS ACCOUNT - 0839 | **Activity Alert: Your Account Balance Fell Below $25** | (***)***-9880 |
| 04/11/2014 | ADV TIERED INTEREST CHKG - 0839 | **General and Security Alert Turned Off** | johnopk42@aol.com Undeliverable |
| 04/11/2014 | ADV TIERED INTEREST CHKG - 0839 | **Notice: Your profile is updated** | johnopk42@aol.com Undeliverable |
| 04/11/2014 | Online Banking | **Authorization Code You Requested** | (***)***-9880 |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | johnopk42@aol.com Undeliverable |
| 04/10/2014 | PRIMARY Checking | **ATM Transaction** | johnopk42@aol.com Undeliverable |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | none@bac.com Undeliverable |
| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | none@bac.com Undeliverable |

To: **JOHN OPOKU**
Account: **ADV TIERED INTEREST CHKG ending in 0839**
Date: **04/10/2014**

Your primary email address was changed on 04/10/2014.

Your security is important to us. If you did not authorize this change, please contact us immediately at 1.800.432.1000.

| 04/10/2014 | ADV TIERED INTEREST CHKG - 0839 | **Email Address Changed** | johnopk42@aol.com Undeliverable |

1 - 11

**See Exhibit Set J: Ambiguous NYC records  depicting**

2100 **PARK ASSOCIATES LLC**  and

NYSANDY4  NBP15 LLC



New York City Department of Finance
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

# Detailed Document Information

**Current Search Criteria:**
Name: 2100 PARK ASSOCIATES LLC*
Date: Last 90 days
Party Type: All Parties
Borough/County: BRONX
Document Class: All Document Classes

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2014040900575001 | **CRFN:** 2014000124582 | **COLLATERAL:** N/A | |
| **# of PAGES:** 4 | **REEL-PAGE:** N/A-N/A | **EXPIRATION DATE:** N/A | |
| **DOC. TYPE:** DEED | **FILE NUMBER:** N/A | **ASSESSMENT DATE:** N/A | |
| **DOC. DATE:** 4/1/2014 | **RECORDED / FILED:** 4/11/2014 12:11:52 PM | **SLID #:** N/A | |
| **DOC. AMOUNT:** $21,000,000.00 | **BOROUGH:** MANHATTAN | | |
| **% TRANSFERRED:** 100% | **RPTT #:** N/A | **MAP SEQUENCE #:** N/A | |
| **MESSAGE:** N/A | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 2100 PARK ASSOCIATES LLC | 145 HUGUENOT STREET | SUITE 503 | NEW ROCHELLE | NY | 10801 | US |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| NYSANDY4 NBP15 LLC | 1075 GERARD AVENU | | BRONX | NY | 10452 | US |

**PARTY 3/Other**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

**PARCELS**

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| BRONX | 4286 | 22 | ENTIRE LOT | APARTMENT BUILDING | N | N | N | 2100 BRONX PARK EAST | | |

**REFERENCES**

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS**

[ Print ]   [ View Document ]   [ Search Results ]   [ Search Options ]   [ Main Options ]

Go To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map

*June 15, 2014*

# A3. Overview

## Address

| | |
|---|---|
| Primary address | 2100-2110 Bronx Park E |
| Zip code | 10462 |
| Borough | Bronx |
| Block & lot | 04286-0022 |
| First 3 alternate addresses | 2100-2110 Bronx Park E |
| | 600 Lydig Ave |

## Neighborhood

| | |
|---|---|
| Neighborhood name | Bronxdale |
| Historic district | None |
| Community district | 11 |
| Closest police station | 0.98 Miles - ⬦ |
| Closest fire station | 0.51 Miles - ⬦ |
| School district number | 11 |
| School rating | Greatschools |
| Census tract | 0224.01 |

## Valuation

| | |
|---|---|
| Tax class | 2 |
| Current value | $6,368,000 |
| Projected value | $7,398,000 |

## Property Taxes

| | |
|---|---|
| Current tax bill | $72,067.46 |
| Projected tax bill | $81,669.88 |

## Abatement

| | |
|---|---|
| J51 | Yes |
| 421A | No |

## Last Sale

| | |
|---|---|
| Sale date | 6/30/1997 |
| Sale price | $0 |

## Owner

| | |
|---|---|
| Full name | 2100 Park Associates |
| Address | 145 Huguenot St Suite # |
| City state zip | New Rochelle, NY 10801 |

Check the Building Contacts section for ways to reach the owner!

## Lot

| | |
|---|---|
| Lot sq. ft. | 39,617 |
| Lot dimensions | 173.67 ft x 229.33 ft |
| Corner lot | CR |
| Buildings on lot | 1 |

## Floor Area Ratio (FAR)

| | |
|---|---|
| Max allowed FAR | 3.44 |
| FAR as built | 4.27 |
| Maximum usable floor area | 136,282 |
| Usable floor area | 169,165 |
| SF over FAR | 32,882 |

## Building

| | |
|---|---|
| Certificate of Occupancy | Click here |
| Building class | Elevator Apartments Semi-fireproof (Without Stores) (D1) |
| Landmark | None |
| Sq. ft. | 168,990 |
| Building dimensions | 173 ft x 190 ft |
| Stories | 6 |
| Has garage | n/a |
| Year built | 1929 |
| Year last altered | 1997 |

## Use

| | |
|---|---|
| Residential units | 157 |
| Residential sq. ft. | 168,990 |

## Zoning

| | |
|---|---|
| District code | R7-1 |

## Property Maps

| | |
|---|---|
| Zoning map | 3c |
| Tax map | 21510 |
| Sanborn map | 220 011 |

## Violations

| | |
|---|---|
| ECB violations | 3 |

## Hazards & Environment

| | |
|---|---|
| Toxic site on this property | No |
| Neighboring toxic sites | No |
| E-Designation | None |

# CERTIFICATE OF SERVICE

I certify that by the UPS Registered mail Service I have served a copy of this motion on the Court of Appeals for the Third Circuit through the Clerk of Court, Maria Reyes at Office of the Clerk, Maria Reyes, Case Manager.

Date: JUNE 15, 2014

JOHN PAUL OPOKU

PRO SE