OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 8, 2014

Elisa P. McEnroe, Esq.
John Paul Opoku
Brian W. Shaffer, Esq.
Claudia M. Tesoro, Esq.

RE: John Opoku v. Educational Commission for For, et al
Case Number: 13-4076
District Case Number: 2-12-cv-03457

Dear Litigant and Counsel:

    Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Tuesday, July 22, 2014.** This means your presence will not be required.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **CHAGARES, GARTH and SLOVITER, Circuit Judges**