<u>TUESDAY, JULY 22, 2014</u>

<u>Coram: CHAGARES, GARTH and SLOVITER, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 13-4076</u>
Pursuant to 3rd Cir. LAR 34.1(a)

JOHN PAUL OPOKU,
      Appellant

v.

EDUCATIONAL
COMMISSION
FOR FOREIGN
MEDICAL
GRADUATES; et al.