UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-4076

_____

JOHN PAUL OPOKU,
                                                    Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 12-cv-3457)
District Judge:  Honorable Petrese B. Tucker

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 22, 2014
Before:  CHAGARES, GARTH and SLOVITER, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on July 22, 2014.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered September 25, 2013, is modified and affirmed as modified.  Costs taxed against

Appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:


<u>s/Marcia M. Waldron</u>
Clerk

Dated: July 28, 2014