**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A.     13-4076

Caption:  Opoku v. Education Comm'n for Foreign Medical Graduates, et al.

| Cost Taxable | AMOUNT REQUESTED ||||||| COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Docketing Fee $450.00 | | | | | | | | |
| Brief | 7 | 31 | .10 | $ 4.00 | $40.00 (total) | n/a | $ 89.70 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 31pp x.10=$3.10; $3.10+4.00=$7.10; $7.10 x 7 copies=$49.70; $49.70+$40=$89.70 TOTAL ||||||| $ 89.70 | $ |

Brief Produced by Reproduction:   ☐         Brief Produced by Photocopy: x
                                                                    In House:           x
                                                                    Commercial:      ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Claudia M. Tesoro        , do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*/s/ Claudia M. Tesoro*                                          8/5/2014
Signature                                                             Date
Attorney for:  Appellees Griffin and Martinez

**A certificate of service must accompany this form.**

_____

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ _____.

Marcia M. Waldron, Clerk

By: _____
        Deputy Clerk                                            Date: _____

## CERTIFICATE OF SERVICE

I, Claudia M. Tesoro, hereby certify that the foregoing Bill of Costs is being filed electronically, so the Notice of Docket Activity that is generated by the court's electronic filing system constitutes service of the filed document on any/all Filing User(s) involved in this case, including emcenroe@morganlewis.com and bshaffer@morganlewis.com.

I further certify that a hard copy of this Bill of Costs is being served upon appellant, a non-Filing User, by First Class Mail, postage prepaid, addressed as follows:

John Paul Opoku
2110 Bronx Park East 2A
Bronx, NY  10462

/s/ *Claudia M. Tesoro*
Claudia M. Tesoro
Senior Deputy Attorney General

DATE:  August 5, 2014