IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

----------------------------

Docket No: 13-4076

----------------------------

JOHN PAUL OPOKU

Appellant

V.

EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

----------------------------

ON APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C Civil Action No 12-cv-3457)

District Judge: HONORABLE PETRESE B TUCKER

----------------------------

PRO SE PETITION FOR REHEARING AND EN BANC REHEARING

TAKEN FROM PANEL JUDGMENT

ENTERED ON JULY 28, 2014

CIRCUIT JUDGES: HONORABLES: CHAGARES, GARTH, AND SLOVITER

## AFFIDAVIT OF PROOF OF SERVICE

----------------------------

Pursuant FRAP 35 AND 40, 3ʳᴰ Cir LAR 35 AND 40

## AFFIDAVIT OF PROOF OF SERVICE

I, John Paul Opoku (Opoku), declare in this affidavit, that I have obtained proofs of delivery from FedEX, U.S mail, and together with the mailing receipts attached to this affidavit I have submitted them, for the records of the U.S Court of Appeals for the Third Circuit, on this 7th Day of August 2014. FedEX mail delivery tracking numbers **780095030640, 780095063104, 780095119990,** respectively, with the receipts of mailing included, constitute an embodiment of the facts declared in this affidavit.

Required Copies of Delivery have been made of, Opoku's August 5, 2014 Petition for <u>Rehearing and En Banc Rehearing</u> in the case 13-4076, to the following addresses, as directed:

1. Court of Appeals for the Third Circuit, the Office of the Clerk, Maria Reyes, Case Manager, 601 Market Street, 21400 U.S CourtHouse, Philadelphia, PA 19106,
2. Ms. Claudia M. Tesoro, Office of Attorney General of Pennsylvania, 21 South 12th ST, Philadelphia, PA 19107 (Counsel of Griffin and Martinez)
3. Elisa P. McEnroe and Brian W. Shaffer Esq. 1701 Market Street, Philadelphia, PA 19103 (Counsels of ECFMG and Grese)

Respectfully declared by

_____     DATE: August 7, 2014

JOHN PAUL OPOKU

ATTACHMENTS:

1. PROOF OF MAILING TO THE ADDRESS OF THE OFFICE OF CLERK OF COURT, MARIA REYES, CASE MANAGER, U.S COURT OF APPEALS FOR THE THIRD CIRCUIT......
2. PROOF OF MAILING TO THE ADDRESS ON RECORD OF MS CLAUDIA M. TESERO ESQ, COUNSEL OF GRIFFIN AND MARTINEZ.....
3. PROOF OF MAILING TO THE ADDRESS OF ELISA P. MCENROE ESQ, AND BRIAN W SHAFFER ESQ (COUNSELS OF ECFMG AND GRESE)
4. **(A) PROOF OF DELIVERY** TO THE ADDRESS OF THE OFFICE OF CLERK OF COURT, MARIA REYES, CASE MANAGER, U.S COURT OF APPEALS FOR THE THIRD CIRCUIT......
5. **(B) PROOF OF DELIVERY** TO THE ADDRESS ON RECORD OF MS CLAUDIA M. TESERO ESQ, COUNSEL OF GRIFFIN AND MARTINEZ.....
6. **( C ) PROOF OF DELIVERY** TO THE ADDRESS ON RECORD OF OF ELISA P. MCENROE ESQ, AND BRIAN W SHAFFER ESQ (COUNSELS OF ECFMG AND GRESE)



```
Customer:
JOHN PAUL OPOKU

Ship To:
OFFICE OF CLERK, MARIA REYES, CASE MANAGER
601 MARKET STREET

PHILADELPHIA, PA 19106

Details:
FedEx Priority Overnight Envelope
Date/Time:       8/5/2014 3:52:50 PM
[User Defined]:
Package ID:      15218
Shipment ID:     14952
Tracking Number: 780095030640
Weight(MAN WT):  2 LB 0.00 OZ
Rating Weight:   2 LB 0.00 OZ
Dimensions:      0.00 x 0.00 x 0.00
Declared Value:  $0.00

Contents:

Charges:
        Shipping:              27.93
        Labor:                  0.00
        Packing Materials:      0.00

        Sales Tax:             $0.00
        Total:                $27.93


                                    PC 9.0.5.2 Z
```







**FedEx.**

**780095030640**

Ship (P/U) date :
**Tues 8/05/2014 5:54 pm**
NEW YORK, NY  US

**Delivered**
Signed for by: M.OCHMANWICZ

Actual delivery :
**Wed 8/06/2014 9:14 am**
PHILADELPHIA, PA  US

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - 8/06/2014 - Wednesday | | |
| 9:14 am | Delivered | PHILADELPHIA, PA |
| 8:30 am | On FedEx vehicle for delivery | PHILADELPHIA, PA |
| 7:50 am | At local FedEx facility | PHILADELPHIA, PA |
| 5:00 am | At destination sort facility | PHILADELPHIA, PA |
| 3:10 am | Departed FedEx location | NEWARK, NJ |
| 12:20 am | Arrived at FedEx location | NEWARK, NJ |
| - 8/05/2014 - Tuesday | | |
| 11:00 pm | Left FedEx origin facility | BRONX, NY |
| 5:54 pm | Picked up | BRONX, NY |
| 3:04 pm | Shipment information sent to FedEx | |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 780095030640 | Service | FedEx Priority Overnight |
| Weight | 2 lbs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 2 lbs / 0.91 kgs |
| Invoice number | PKG ID: 15218 | Shipper reference | JOHN PAUL OPOKU |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |



# FedEx

**780095063104**

Ship (P/U) date: **Tues 8/05/2014 5:54 pm**
NEW YORK, NY US

**Delivered**
Signed for by: D HARRIS

Actual delivery: **Wed 8/06/2014 1:19 pm**
PHILADELPHIA, PA US

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **8/06/2014 - Wednesday** | | |
| 1:19 pm | Delivered | PHILADELPHIA, PA |
| 1:01 pm | On FedEx vehicle for delivery | PHILADELPHIA, PA |
| 12:08 pm | Delivery exception — Incorrect address | PHILADELPHIA, PA |
| 8:28 am | On FedEx vehicle for delivery | PHILADELPHIA, PA |
| 7:50 am | At local FedEx facility | PHILADELPHIA, PA |
| 5:00 am | At destination sort facility | PHILADELPHIA, PA |
| 3:10 am | Departed FedEx location | NEWARK, NJ |
| 12:20 am | Arrived at FedEx location | NEWARK, NJ |
| **8/05/2014 - Tuesday** | | |
| 11:00 pm | Left FedEx origin facility | BRONX, NY |
| 5:54 pm | Picked up | BRONX, NY |
| 3:03 pm | Shipment information sent to FedEx | |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 780095063104 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Invoice number | PKG ID: 15219 | Shipper reference | JOHN PAUL OPOKU |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |



August 7, 2014

# FedEx

**780095119990**

Ship (P/U) date :
Tues 8/05/2014 5:54 pm
NEW YORK, NY US

**Delivered**
Signed for by J.BANFORD

Actual delivery :
Wed 8/06/2014 9:49 am
PHILADELPHIA, PA US

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **- 8/06/2014 - Wednesday** | | |
| 9:49 am | Delivered | PHILADELPHIA, PA |
| 8:34 am | On FedEx vehicle for delivery | PHILADELPHIA, PA |
| 7:40 am | At local FedEx facility | PHILADELPHIA, PA |
| 5:00 am | At destination sort facility | PHILADELPHIA, PA |
| 3:10 am | Departed FedEx location | NEWARK, NJ |
| 12:20 am | Arrived at FedEx location | NEWARK, NJ |
| **- 8/05/2014 - Tuesday** | | |
| 11:00 pm | Left FedEx origin facility | BRONX, NY |
| 5:54 pm | Picked up | BRONX, NY |
| 3:20 pm | Shipment information sent to FedEx | |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 780095119990 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Invoice number | PKG ID: 15221 | Shipper reference | JOHN PAUL OPOKU |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |



August 7, 2014