IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN PAUL OPOKU,

   Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, et
al.,

   Defendants.

CIVIL ACTION

NO. 12-3457

## ORDER

AND NOW, this 24th day of September, 2013, Upon consideration of Defendants Education Common for Foreign Medical Graduates and Christina Grese's Motion to Dismiss for Failure to State a Claim (Doc. 5), Defendants Kimberly Griffin and Suzanne Martinez's Motion to Dismiss for Failure to State a Claim (Doc. 10), and Plaintiff Opoku's Motions in Opposition to Defendants' motions to dismiss (Docs. 15 & 16), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motions are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Opoku's Motion to Amend the Memorandum of Law in Opposition to ECFMG and Grese's Motion to Dismiss Complaint (Doc. 17) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall mark the above-captioned matter **CLOSED** for statistical purposes.

ENTERED
SEP 25 2013
CLERK OF COURT

BY THE COURT:

_____
Hon. Petrese B. Tucker, C. J.