No. 13-4076

_____

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

JOHN PAUL OPOKU,

Plaintiff-Appellant,

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,
KIMBERLY GRIFFIN, SUZANNE MARTINEZ, AND CHRISTINA JOY F. GRESE

Defendants-Appellees.

_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania, No. 12-CV-3457
Petrese B. Tucker, United States District Judge

_____

CERTIFICATE OF COMPLIANCE FOR PETITION OF DEFENDANTS-APPELLEES
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND
CHRISTINA JOY F. GRESE FOR PANEL REHEARING CONCERNING WITHOUT
PREJUDICE DISMISSAL OF STATE LAW CLAIMS

I, Elisa P. McEnroe, Esq. hereby certify as follows:

1.  Per Third Circuit Local Rule 28.3, both Brian W. Schaffer,

    Esq. and I are members of the bar of this court.

2.  Pursuant to Third Circuit Local Rule 31.1(c):

    a.  This brief complies with the typeface requirements of

        Federal Rule of Appellate Procedure 32(a)(5) and the type

        style requirements of Federal Rule of Appellate Procedure

        32(a)(6) because this brief has been prepared in a

proportionally spaced typeface using Microsoft Word in Courier New, 12 pt. font.

b.    The virus program McAfee version 4.6, was run on the electronic file of this brief and no virus was detected.

/s/ Elisa P. McEnroe

August 11, 2014
Date

Elisa P. McEnroe