## CERTIFICATE OF SERVICE

I, Elisa P. McEnroe, hereby certify that on this 11th day of August, 2014, I caused one true and correct copy of the foregoing Petition for Partial Rehearing By Panel to be served on the following via electronic filing and First Class U.S. mail postage pre-paid:

>John Paul Opoku
>2110 Bronx Park East, 2A
>Bronx, New York 10462
>
>*Pro se* Plaintiff-Appellee
>
>Claudia M. Tesoro, Esq.
>21 S. 12th Street, 3rd Floor
>Philadelphia, Pennsylvania 19107
>
>*Counsel for Defendants-Appellees Kimberly Griffin and Suzanne Martinez*

/s/ Elisa P. McEnroe
_____
Elisa P. McEnroe