UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

13-4076
_____

JOHN PAUL OPOKU,

Appellant
v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

_____

Present: McKEE, Chief Judge, RENDELL, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR.,
VANASKIE, SHWARTZ, and KRAUSE, Circuit Judges, and
GARTH and SLOVITER, Senior Circuit Judges*

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

_____
*Pursuant to Third Circuit I.O.P. 9.5.3., Judges Garth and Sloviter's vote limited to panel rehearing.

BY THE COURT,


s/ Michael A. Chagares
Circuit Judge

Dated: August 22, 2014


cc: John Paul Opoku
    Elisa P. McEnroe, Esq.
    Brian Shaffer, Esq.
    Claudia M. Tesoro, Esq.