UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 15, 2014

No. 13-4076

JOHN PAUL OPOKU,

                                Appellant
                        v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

(E.D. Pa. No. 2-12-cv-03457)

Present: CHAGARES, GARTH and SLOVITER, Circuit Judges

    Motion by Appellant for Leave to File a Response to Petition for Rehearing filed on August 11, 2015.

                                                                 Respectfully,
                                                                 Clerk/mlr

_____ORDER_____
The foregoing motion is hereby denied.

                                                                 By the Court,

                                                                 s/ Michael A. Chagares
                                                                Circuit Judge

Dated: September 2, 2014
CJG/cc:     John Paul Opoku
               Elisa P. McEnroe, Ees.
               Brian W. Shaffer, Esq.
               Claudia M. Tesoro, Esq.