UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

13-4076
_____

JOHN PAUL OPOKU,

Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE
_____

SUR PETITION FOR REHEARING
_____

Present:  CHAGARES, GARTH and SLOVITER, Circuit Judges

The petition for panel rehearing filed by appellees, in the above entitled case having been submitted to the judges who participated in the decision of this court, and no judge who concurred in the decision having asked for rehearing, the petition for panel rehearing is denied.

By the Court,

s/ Michael A. Chagares
Circuit Judge

DATED: September 2, 2014
CJG/cc:    John Paul Opoku

Elisa P. McEnroe, Ees.
Brian W. Shaffer, Esq.
Claudia M. Tesoro, Esq.