RECEIVED
SEP - 3 2014
U.S. C.A. 3rd

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

-------------------------------

### Docket No: 13-4076

-------------------------------

### JOHN PAUL OPOKU

**Appellant**

### V.

### EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

-------------------------------

### ON APPEAL FROM THE JUDGMENT OF DISMISSAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### (D.C Civil Action No 12-cv-3457)

### District Judge: HONORABLE PETRESE B TUCKER

-----------------------------------------------------------

### CIRCUIT JUDGES: HONORABLES: McKEE, CHAGARES, GARTH, AND SLOVITER, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR, VANASKIE, SHWARTZ, AND KRAUSE

-------------------------------

### OPOKU'S MOTION TO MOVE TO STAY THE MANDATE PEANDING PETITION FOR WRIT OF CERTIORARI IN THE U.S SUPREME COURT

-----------------------------------------------------------

i

John Paul Opoku (APPELLANT)

2110 Bronx Park East 2A

Bronx, NY 10462

Tel.: 718-829-8978

Email: johnopk42@aol.com

(PRO SE)


Ms. Claudia M. Tesoro, Esq.                    Elisa P. McEnroe, Esq.

21 South 12th Street                           Brian W. Shaffer Esq.

Office of Attorney General                     1701 Market Street

Of Pennsylvania                                Philadelphia, PA 19103

Philadelphia, PA 19107                         (Counsel for ECFMG & Grese)

                                            Appellees

# TABLE OF CONTENTS

Subject                                                              Page

INTRODUCTION……...………………………………………………………1

ISSUES TO BE PRESENTED IN

PETITION FOR WRIT OF CERTIORARI.......................................................1-3

CONCLUSION… ………………………………………………..…..4


CERTIFICATE OF COMPLIANCE…………………………………………....v

CERTIFICATE OF SERVICE …………………………………………………vi

# TABLE OF AUTHORITIES

Filartiga v. Pena –Irala 630 F. 2d 876 (1980)……………...……………………2

Gomez V. Toledo,(1980)

U.S) 64 L Ed 2d 572, 100S. Ct. 1920…………………………………………2

Picking v. Pennsylvania Railway 151 F2d 240…..;…...…....................................3

Saucher v. Katz, 533 U.S 194 (2001)

458 F.3d 181, 188 (3d Cir. 2006)”………………………………………......2

## STATUTES

Alien Tort Statute (ATS) of 1789……………………………………….....… 2

42 U. S. C§ 1983………………………………………………………………..2

42 U. S. C § 1985………………………………………………………………..2

Section 35 of the Judiciary Act of 1789, 1 Sat 73, 92,………………………..2

## TABLE OF OTHER AUTHORITIES

Fed R. Civ. P. Rule 11 ………………………………………………...……...3

FRAP Rule 41 (d) (2) (A)………………………………………………………1

## OPOKU'S MOTION TO MOVE TO STAY THE MANDATE PENDING THE FILING OF A PETITION FOR A WRIT OF CERTIORARI IN THE U.S SUPREME COURT

### Introduction

Now comes Opoku and for a timely motion, pursuant to FRAP Rule 41(d) (2) (A), to request the U.S Court of Appeals for the Third Circuit for stay of the mandate pending the filing of a petition for a Writ of Certiorari in the U.S Supreme Court.

Opoku's petition for Rehearing En Banc and before the original Panel was timely filed on August 6, 2014 and was denied on August 22, 2014, Friday. Since Friday, August 22, 2014 was a weekend, the Office of the Clerk could reasonably initiate the mailing of the Court of Appeals' decision to Opoku (Pro se) only on Monday, August 25, 2014.  Opoku received the mail on Wednesday, August 27, 2014. For Pro se litigant two more days are added to seven days for the duration of the mailing process bringing the final due date to fall on September 3, 2014.

### ISSUES TO BE PRESENTED TO THE
### U.S SUPREME COURT

Opoku intends to present the issue below to the U.S Supreme Court for consideration:

1. WHETHER APPEARING PRO SE IN THE FEDERAL COURTS TO DEFEND BASIC HUMAN AND CIVIL RIGHTS IS AN OBSTACLE TO

JUSTICE IN THE UNITED STATES, AS OPPOSED TO SECTION 35 OF
THE JUDICIARY ACT OF 1789. 1 Sat 73, 92. Gomez V. Toledo,(1980)

(U.S) 64 L Ed 2d 572, 100S. Ct. 1920

2. WHETHER APPEARING PRO SE IN THE FEDERAL COURTS

TO DEFEND BASIC HUMAN AND CIVIL RIGHTS WHILE A GOOD AND

PATRIOTIC FOREIGN NATIONAL RESIDENT IN THE UNITED STATES

IS AN OBSTACLE TO JUSTICE IN THE UNITED STATES, AS OPPOSED

TO THE ALIEN TORT STATUTE OF 1789. Filartiga v. Pena-Irala, 630 F.

2d 876 (1980)

3. WHETHER INDIVIDUALS, BEING PERSONS OR JURIDICAL

PERSONS IN THE UNITED STATES, AND ARE NOT THE UNITED

STATES CONGRESS, THE UNITED STATES COURTS, OR FOREIGN

MISSIONS, CAN BE DEEMED SOVEREIGN OR INDEMNIFIED AND ARE

THEREFORE NOT AMENABLE TO LAWSUIT FOR WRONGFUL THEIR

ACTIONS COMMITTED AGAINST A HARMLESS PERSON WITHIN THE

BORDERS  OF THE UNITED STATES. See 42 U.S.C Sections 1983 (5)

4. WHETHER THE 11TH AMENDMENT PROVISIONS PROTECT

STATE EMPLOYEES IN ILLEGAL ACTIVITIES THEY UNDERTAK IN

CONSPIRACY WITH PRIVATE PARTIES TO VIOLATE A PERSON'S

FUNDAMENTAL HUMAN AND CIVIL RIGHTS WITHIN THE BORDERS

OF THE UNITED STATES. See Saucer v. Katz, 533 U.S. 194 (2001)

5. WHETHER THE U.S COURT OF APPEALS FOR THE THIRD CIRCUIT HAS COMMITTED AN ERROR AGAINST ITS OWN STANDARDS AND PRECEDENCES BY REWARDING TRUMPED UP TECHNICALITIES THAT DISREGARD THE BASIC RULES OF THE FEDERAL COURTS WHILE DISMISSING A VALID NON-LAWYER PRO SE COMPALINT SUPPORTED BY OVERWHELMING MATERIAL FACTS, PREPONDERANCE OF EVIDENCE, AND SUBSTANTIAL EVIDENDE. See Picking v. Pennsylvania Railway Cor. 151 F. 2d. 240 (3rd Circuit)

6. WHETHER COUNSELED PARTIES WHO HAVE RECKLESSLY COMMITTED SERIOUS VIOLATIONS AGAINST A PERSON'S FUNDAMENTAL HUMAN AND CIVIL RIGHTS ARE PERMITTED TO BENIFIT FROM THEIR COUNSELS' OBVIOUS NON-COMPLAINCE TO FED. R. OF CIVIL PROCEDURE, LOCAL RULES OF CIVIL PROCEDURE, FEDERAL RULES OF APPELLATE PROCEDURE, THE 3RD CIR. LOCAL APPELLATE RULES, ALL IN THE NAME OF TRUMPED UP TECHNICALITIES. See Fed. R. Civ. P. Rule 11.

## CONCLUSION

Opoku respectfully prays that his motion be granted in the interest of substantial justice.

Respectfully Submitted

John Paul Opoku (Pro se

September 2, 2014

## CERTIFICATE OF COMPLIANCE

I certify to the required specifications below in compliance with Motions.

    a.  Number of Pages: 3 pages

    b.  Typeface: 14 points or larger; Theme Fonts: Times New Roman; proportionally spaced,

    c.  Double spaced typing (except indented quotations, footnotes, and headings that are single spaced)

    d.  Certificate of Compliance included

    e.  Certificate of Service included

    f.  Brief typed on 8 ½ by 11 inches light paper, opaque and unglazed, typed only on one side of the paper in black ink

    g.  Bound,

    h.  Paper has at least one inch margin on the sides

Declared and signed by

Date September 2, 2014

John Paul Opoku (Appellant- Pro-Se)

v

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, by US certified MAIL, I have served on the Court of Appeals for the Third Circuit, the Office of the Clerk, Maria Reyes, Case Manager, 601 Market Street, 21400 U.S CourtHouse, Philadelphia, PA 19106, **COPIES OF BOUND  PAPER COPY** (including the original) of the Pro se Opoku's Motion to move the stay of mandate pending the filing of a petition for a Writ of Certiorari in the U.S Supreme Court .

I also certify that, by U.S certified MAIL, I have served on Education Commission for Foreign Medical Graduates and Christina Joy F. Grese, through their Counsel (s) of record, at Brian W. Shaffer Esq. 1701 Market Street, Philadelphia, PA 19103, **ONE BOUND IDENTICAL PAPER COPY** of the Pro se Opoku's Motion to move the stay of mandate pending the filing of a petition for a Writ of Certiorari in the U.S Supreme Court .

I certify that, by U.S certified MAIL, I have served on Kimberly Griffin and Suzanne Martinez, through their Counsel of record, at Ms. Claudia M. Tesoro, Office of Attorney General of Pennsylvania, 21 South 12th ST, Philadelphia, PA 19107, **ONE BOUND PAPER COPY** of the Pro se Opoku's Motion to move the stay of mandate pending the filing of a petition for a Writ of Certiorari in the U.S Supreme Court .

Declared and signed by

_John Paul Opoku (Appellant)_

Date _September 2, 2014_

vi