UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
September 5, 2014

No. 13-4076

JOHN PAUL OPOKU,
　　　　　　　　　　　　Appellant
v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
KIMBERLY GRIFFIN; SUZANNE MARTINEZ; CHRISTINA JOY F. GRESE

(E.D. Pa No. 2-12-cv-03457)

Present: CHAGARES, GARTH and SLOVITER, Circuit Judges

　　　It is  O R D E R E D that the motion for stay of mandate is DENIED because no substantive right of the applicant will be affected by failure to grant the stay of mandate. This is without prejudice to the applicant's right to file a timely petition for writ of certiorari.  See Nara v. Frank, 494 F.3d 1132 (3d Cir. 2007).

　　　　　　　　　　　　　　　　　　　For the Court,


　　　　　　　　　　　　　　　　　　　s/ Michael A. Chagares
　　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: September 17, 2014


cc: John Paul Opoku
　　Elisa P. McEnroe, Esq.
　　Brian W. Shaffer, Esq.