OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 17, 2014

Mr. Michael Kunz
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: John Opoku v. Educational Commission for For, et al
Case Number: 13-4076
District Case Number: 2-12-cv-03457

Dear Mr. Michael Kunz,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of
the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a
formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment
or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Maria, Case Manager
267-299-4937

cc: Elisa P. McEnroe, Esq.
John Paul Opoku
Brian W. Shaffer, Esq.
Claudia M. Tesoro, Esq.